David R. Medlin       (SBN 77417)
G. Bradley Hargrave   (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:     (510) 832-2900
Facsimile:     (510) 832-2945
E-mail:        *jrosenthal@mhlawcorp.com*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>         Defendants. | Case No.: C 07 3140 SI<br><br>[PROPOSED] ORDER GRANTING FRCP 12(b)(6) MOTION TO DISMISS<br><br>Date:  September 14, 2007<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10<br>Judge: Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: None Set |

The Motion of defendants CMG Mortgage Inc., a California Corporation, CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, and CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage to dismiss plaintiffs' 2nd, 3rd, 6th, 7th, 11th, 12th, 15th, 16th, 20th and 21st causes of action pursuant to Federal Rules of Civil Procedure 12(b)(6) on the ground that the relief sought violates California law and violates the commerce clause of the U.S. Constitution.  U.S. Const., Art. I, § 8, came on regularly for hearing on September 14, 2007, before this Court in Courtroom 10.  Joshua A. Rosenthal of Medlin & Hargrave, a P.C. appeared on behalf of the defendants.  Angela Xavier appeared on behalf of plaintiffs.

///

///

1

1  Good cause appearing, IT IS HEREBY ORDERED THAT:

2  1) The Motion to Dismiss plaintiffs' 2nd, 3rd, 6th, 7th, 11th, 12th, 15th, 16th, 20th and 21st
3  causes of action is granted.

4  2) Defendants to answer the complaint with respect to the remaining causes of action
5  within 10 days of this order.

6  
7  Date: _____        _____
                                      Honorable Susan Illston