IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES W. BOWMAN,                                  No. C 07-03140SI

       Plaintiff,                                      **NOTICE**

  v.

CMC MORTGAGE INC.,

       Defendant.

                                     /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 28, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: July 12, 2007  RICHARD W. WIEKING, Clerk

 

Tracy Sutton
Deputy Clerk