**EXHIBIT # 4**

# C·M·G
## MORTGAGE

December 18, 2006

Rec'd 12/20/06

James Bowman
Pacific Trust Lending
2505 South 320th Street, Suite 260
Federal Way, WA 98003

*Re: Notice of Termination of Branch Management and Employment Agreement(s)*

Dear Jim:

This letter shall serve as your thirty (30) day notice from CMG Mortgage, Inc. d/b/a Pacific Guarantee Mortgage ("PGM") that it is exercising its right to terminate the Branch Management and Employment Agreement(s) ("BMA") entered into between you and PGM on December 3, 2003, Branch 455, Federal Way, WA; and July 7, 2004, Branch 457, Vancouver, WA. Pursuant to the terms of paragraph 2 and 11 of the BMA, termination of your employment will become final on January 17, 2007 (the "Effective Date"). In addition, this letter is intended to provide you with notice of PGM's intent to terminate all of its employees at, and all of its relationships with, this branch office no later than the Effective Date.

    PGM will be taking all measures necessary prior to the Effective Date to wind-down its pending and outstanding affairs at this branch office. In this regard, PGM anticipates that you will fulfill your obligations under the BMA by cooperating fully to make this transition as smooth as possible. Moreover, PGM would like to remind you of your continuing obligations under the BMA, including, but not limited to, your obligation to release to PGM all closed and pending loan files as well as your obligation to protect the confidentiality of all Proprietary Information, as that term is defined in the BMA.

    PGM will, of course, fulfill its payment obligations to employees employed at this branch office including any compensation which may be due on loans in progress as of the Effective Date. In addition, PGM may be sending you, as applicable, information regarding your right to participate in the COBRA plan, information regarding continuing benefits coverage and information regarding your 401K plan. Finally, a PGM representative will be contacting you shortly to discuss any other matters regarding the termination of its relationship with this branch office including, but not limited to, reconciliation of final expenses, transfer of files to PGM's corporate office, and any additional paperwork which may be necessary to effectuate this termination.

    We regret that this action was necessary and wish you the best of luck in your future endeavors. If you have any questions, please call the undersigned at (925) 983-3113.

Sincerely,

Paul Chevez
Chief Financial Officer
CMG Mortgage

# C · M · G
## MORTGAGE

December 18, 2006

James Bowman
Pacific Trust Lending
2505 South 320th Street
Suite 260
Federal Way, WA 98003

*Re: Notice of Termination of Facilities Agreement(s)*

Dear Jim:

This letter shall serve as your notice from CMG Mortgage, Inc. d/b/a Pacific Guarantee Mortgage ("PGM") that it is exercising its right under paragraph 3.1 of the Facilities Agreement ("Agreement") to terminate its contractual relationship with your branch offices in Federal Way and Vancouver, Washington.

CMG will be taking all necessary measures over the next few weeks to wind-down pending and outstanding affairs at this branch office. In this regard, CMG anticipates that you will cooperate in making this transition as smooth as possible. In addition, please be advised that CMG will be providing you with a final accounting as soon as reasonably possible, and that it reserves all rights under the Agreement to satisfy any indebtedness now owed to CMG pursuant to the terms of paragraph 2.2 therein.

We regret that this action was necessary and wish you the best of luck in your future endeavors. If you have any questions, please call the undersigned at (925) 983-3113.

Sincerely,

Paul Chevez
Chief Financial Officer
CMG Mortgage