Case 3:07-cv-03140-SI   Document 10-2   Filed 08/22/2007   Page 1 of 2

ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation, <br><br> Plaintiffs, <br> vs. <br><br> CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California Corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, <br><br> Defendants. | Case No. C-07-3140-SI <br><br> **DECLARATION OF ANGELA M. XAVIER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Date: September 14, 2007 <br> Time: 9:00 a.m. <br> Dept: Courtroom 10 <br> Judge: The Honorable Susan Illston <br> Trial Date: Not Set |

I, Angela M. Xavier, declare as follows:

I represent the Plaintiffs in the above-entitled action. As such, I have personal knowledge of the facts in this Declaration and could testify regarding these facts if called to do so.

DECLARATION OF ANGELA M. XAVIER                                   1
Case No.C-07-3140-SI

1. <u>Attached as Exhibit #1 is a true and correct copy of the following document:</u>

    a. Federal Way – Branch Management and Employment Agreement, dated December 1, 2003

2. <u>Attached as Exhibit #2 is a true and correct copy of the following document:</u>

    a. Vancouver – Branch Management and Employment Agreement, dated June 30, 2004

3. <u>Attached as Exhibit #3 is a true and correct copy of the following document</u>

    a. CMG Notice of Termination of Branch Management and Employment Agreements(s), dated December 18, 2006

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed under the laws of the United States on this 22nd day of August, 2007, in Federal Way, Washington.

/S/ Angela M. Xavier
**ANGELA M. XAVIER**
(Attorney for Plaintiffs)

DECLARATION OF ANGELA M. XAVIER            2
Case No.C-07-3140-SI