ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGE CMG MORTGAGE SERVICES, INC., a California Corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>　　　　　　　　　Defendants. | Case No. C-07-3140-SI<br><br>**(PROPOSED) ORDER DENYING MOTION TO DISMISS**<br><br>Date:　　　September 14, 2007<br>Time:　　　9:00 a.m.<br>Dept:　　　Courtroom 10<br>Judge:　　The Honorable Susan Illston<br>Trial Date: Not Set |

　　　On September 14, 2007, this Court heard argument on Defendants' motion to dismiss Plaintiffs' causes of action brought under the California Labor Code. Having considered the arguments of the parties', and the papers on file herein, the Court denies the motion.

　　　IT IS SO ORDERED.

Dated: September 14, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE