# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation, E-filing<br><br>Plaintiffs,<br>vs.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, | **SUMMONS IN A CIVIL CASE**<br><br>Case number:<br><br>**C 07  3140**<br><br>**MEJ** |

TO: CMG MORTGAGE SERVICES, INC.
3160 Crow Canyon Road, #400
San Ramon, CA 94583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **RICHARD W. WIEKING** | JUN 1 4 2007 |
| CLERK | DATE |
| *[signature]* MARY ANN BUCKLEY<br>(BY) DEPUTY CLERK | |

SUMMONS IN A CIVIL CASE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ANGELA M. XAVIER<br>ATTORNEY AT LAW<br>- SBN # 165152<br>900 CHERRY AVENUE, SUITE 300<br>SAN BRUNO, CA 94066 | (650) 355-0414 | |
| ATTORNEY FOR (NAME): Plaintiffs BOWMAN and PREMCO | REFERENCE NUMBER<br>00033843-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address:
UNITED STATES DISTRICT COURT,
Northern District of California

SHORT NAME OF CASE
BOWMAN vs. CMG MORTGAGE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 3140 SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; ECF Registration Information Handout; Welcome to the U.S. District Court, San Francisco; Dispute Resolution Procedures (Booklet); Notice of Trial Assignment to a U.S. Magistrate Judge; Declination To Proceed Before A U. S. Magistrate Judge; Form to Prepare Case Management, Standing Orders, ADR Certification Form.

Name: CMG MORTGAGE SERVICES, INC.
Person Served: KIM CALLAS, Chief Operating Officer
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: June 20, 2007      HDATE:
Time of Delivery: 03:25 pm

Place of Service: 3160 CROW CANYON ROAD, #400
SAN RAMON, CA 94583                    (Business)

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

**Kim Callas identified herself as the Chief Operating Officer and that she was authorized by the corporation to receive service of process. Calif. CCP 416.10**

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SACRAMENTO County,
Number: 2005-55
Expiration Date:

RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266

302/00033843-03

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: June 26, 2007
at: San Francisco, California.

Signature: _____
Name: RICHARD SNELL
Title: