ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California Corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>Defendants. | Case No. C-07-3140-SI<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California."* on the Court's ADR Internet site www.adr.cand.uscourts.gov.

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 30, 2007

JAMES W. BOWMAN, JR.
(Plaintiff)

Dated: August 30, 2007

JAMES W. BOWMAN, JR.,
President
PACIFIC REAL ESTATE
MANAGEMENT COMPANY, INC.
(Plaintiff)

Dated: August 30, 2007

ANGELA M. XAVIER
(Attorney for Plaintiffs)