ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California Corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>Defendants. | Case No. C-07-3140-SI<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

    The parties have not yet reached an agreement to an ADR process. Plaintiffs JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., are requesting a telephone conference pursuant to ADR L.R. 3-5 which requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

    Both Plaintiffs' and Defendants' counsel have left messages on each others' voice mail (returning each others' telephone calls). They have been unable to meet and confer in person or in a

telephone conversation regarding initial disclosures, early settlement, ADR process selection, and discovery plan. Plaintiffs are filing this Notice Of Need For ADR Phone Conference as August 30, 2007, is the last day to file this Notice.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Angela M. Xavier | Plaintiffs | (650) 355-0414 | (650) 355-0842 |
| Joshua Rosenthal | Defendants | (510) 832-2900 | (510) 832-2945 |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: August 30, 2007

ANGELA M. XAVIER
(Attorney for Plaintiffs)