David R. Medlin (SBN 77417)
G. Bradley Hargrave (SBN 173911)
Joshua A. Rosenthal (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone: (510) 832-2900
Facsimile: (510) 832-2945
E-mail: jrosenthal@mhlawcorp.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>Defendants.<br>_____ / | Case No.: C 07 3140 SI<br><br>DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF REPLY BRIEF IN SUPPORT OF FRCP 12(b)(6) MOTION TO DISMISS<br><br>Date: September 14, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom 10<br>Judge: Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: None Set |

**DECLARATION OF ATTORNEY JOSHUA A. ROSENTHAL**

I, Joshua A. Rosenthal, declare:

1. I am an attorney for defendants CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage in the above entitled matter. I make this declaration in support of defendants' motion to dismiss. The matters stated in this declaration, except where expressly stated to be upon information and belief, are personally known to me.

2. On August 22, 2007, plaintiffs filed an opposition to defendants' 12b(6) motion

2

DECLARATION IN SUPPORT OF REPLY BRIEF IN SUPPORT OF FRCP 12(b)(6) MOTION TO DISMISS C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Motion to Dismiss-12b6\declofrosenthal.wpd.wpd

1  as well as an amended pleading that added Washington State labor law citations to the California
2  Labor Code causes of action in plaintiffs' complaint. The amended complaint addressed
3  defendants' concerns as raised in the 12b(6) motion and I was willing to stipulate to withdrawing
4  the motion and allowing the amended complaint to be deemed the operative pleading. On
5  August 28, 2007, I called plaintiffs' counsel, Angela Xavier to ask if she would stipulate to
6  defendants withdrawing the motion and deeming the amended complaint filed as the operative
7  pleading. Ms. Xavier was not present and I left a message. Ms. Xavier did not return the phone
8  call until around 1 p.m. on Thursday, August 30, 2007, when I was at lunch. I returned the call
9  immediately and left a message requesting a call back to discuss the 12b(6) motion. That day I
10 left messages with Ms. Xavier's local number (650)355-0414, as well as her Washington number
11 (360)840-5574. After still not receiving a return call, I sent an e-mail to plaintiffs' counsel
12 outlining what I sought to do regarding the amended pleading. A true and correct copy of the e-
13 mail is attached hereto as Exhibit 1. Ms. Xavier did not respond to that e-mail.
14          3.      I was able to confirm that Ms. Xavier was in front of a computer at some point
15 after I sent the e-mail on August 30, 2007, because a few hours after the e-mail was sent, Ms.
16 Xavier filed two documents with the Court. The morning of August 31, 2007, I sent another
17 e-mail requesting that plaintiffs' counsel return my call and again placed calls to both numbers
18 and left messages. A true and correct copy of the e-mail is attached hereto as Exhibit 2. As of
19 the filing of this reply, I have not received a response to my numerous calls and e-mails (other
20 than the message Ms. Xavier left me while I was at lunch).
21      I declare under penalty of perjury that the foregoing is true and correct, and if sworn as a
22 witness, I could and would testify competently thereto.
23      Executed at Oakland, California, on August 31, 2007.
24
25
26                                              Joshua A. Rosenthal
27
28

2

# EXHIBIT 1

## Joshua A. Rosenthal

**From:** Joshua A. Rosenthal [jrosenthal@mhlawcorp.com]
**Sent:** Thursday, August 30, 2007 4:06 PM
**To:** 'amxe@earthlink.net'
**Subject:** Bowman v CMG

Dear Ms. Xavier,

I have been trying to get in touch with you for the past few days regarding the above entitled matter. I have left messages at 650-355-0414 and at 360-840-5574 but I have not been able to get in touch with you. I am trying to stipulate to the filing of the proposed amended pleading plaintiffs provided with the opposition to the 12b(6) motion. My reply brief is due tomorrow and I would like to avoid the Court having to review the papers and hear this matter when I believe the proposed amended pleading addressed the concerns raised in the 12b(6) motion. Please get back to me as soon as possible so we can discuss this matter.

Thank you,

Josh Rosenthal

Joshua A. Rosenthal
Medlin & Hargrave, P.C.
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Tel: (510) 832-2900
Fax: (510) 832-2945

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

# EXHIBIT 2

## Joshua A. Rosenthal

**From:** Joshua A. Rosenthal [jrosenthal@mhlawcorp.com]
**Sent:** Friday, August 31, 2007 9:04 AM
**To:** 'amxe@earthlink.net'
**Subject:** Bowman v CMG

Dear Ms. Xavier,

I see from the filing I received that you are, in fact, available. I urge you to return my calls so that we can discuss this case. Thank you for returning the message I left on Tuesday by calling me on Thursday. However, you called at lunch and I was unavailable. I called you back as soon as I returned to the office on Thursday but I have not heard back from you. I understand that you are looking at the original case management order in this matter. We were reassigned to Judge Illston, who assigned a new CMC date. I do not know why you filed a document purporting to have my agreement to participate in a telephone conference when you never discussed this matter with me. Please do not do that again. The easiest way for us to discuss the issues that need to be discussed in this matter is for you to call my office. I will be here all morning. In the afternoon I will be at lunch from 1-2 and then possibly leaving early.

Thank you,

Josh Rosenthal

Joshua A. Rosenthal
Medlin & Hargrave, P.C.
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Tel: (510) 832-2900
Fax: (510) 832-2945

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

8/31/2007