David R. Medlin     (SBN 77417)
G. Bradley Hargrave (SBN 173911)
Joshua A. Rosenthal (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:   (510) 832-2900
Facsimile:   (510) 832-2945

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>            Plaintiffs,<br>    vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>            Defendants.<br>_____/ | Case No.: C 07 3140 SI<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

    COMES NOW, defendants CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage and in answer to plaintiffs' first amended complaint responds as follows:

    1.    In response to paragraph 1, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said paragraph and, basing their denial thereon, deny each and every allegation contained therein.

    2.    In response to paragraph 2, these answering defendants admit that they reside in this judicial district but do not have sufficient information or belief to enable them to admit or deny the allegations of the rest of said paragraph and, basing their denial thereon, deny each and every allegation

1

contained therein.

3. In response to paragraph 3, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said paragraph and, basing their denial thereon, deny each and every allegation contained therein.

4. In response to paragraph 4, these answering defendants admit the allegation contained therein.

5. In response to paragraph 5, these answering defendants admit that they subleased and rented office space and equipment from PREMCO in the State of Washington.

6. In response to paragraph 6, these answering defendants admit the allegation contained therein.

7. In response to the first four sentences of paragraph 7, these answering defendants admit the allegations contained therein. In response to the fifth sentence of paragraph 7, these answering defendants admit that they subleased and rented office space and equipment from PREMCO in the State of Washington.

8. In response to the first, fourth, seventh and eighth sentences of paragraph 8, these answering defendants admit the allegations contained therein. In response to the second sentence of paragraph 8, these answering defendants admit that the copies of the Agreements attached to plaintiffs' first amended complaint are true and correct, and otherwise deny the rest of the allegations in said sentence. In response to the third, sixth and ninth sentence of paragraph 8, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said paragraph and, basing their denial thereon, deny each and every allegation contained therein. In response to the fourth sentence of paragraph 8, these answering defendants admit the allegations contained therein. In response to the fifth and tenth sentences of paragraph 8, these answering defendants deny the allegations contained therein.

9. In response to the first, second and fourth sentences of paragraph 9, these answering defendants admit the allegations contained therein. In response to the third and fifth sentences of paragraph 9, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentences and, basing their denial thereon, deny each and every

allegation contained therein. In response to the sixth sentence of paragraph 9, these answering defendants admit that the entirety of paragraph 9 of the Branch Management Agreements are accurately depicted in the Branch Management and Employment Agreements attached to plaintiffs' first amended complaint, and otherwise deny the rest of the allegations in said sentence. In response to the seventh sentence of paragraph 9, these answering defendants deny the allegations contained therein.

10. In response to the first sentence of paragraph 10, these answering defendants admit the allegations contained therein. In response to the second, third, fourth and fifth sentences of paragraph 10, these answering defendants deny the allegations contained therein.

11. In response to the first sentence of paragraph 11, these answering defendants admit the allegations contained therein. In response to the second sentence of paragraph 11, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentences and, basing their denial thereon, deny each and every allegation contained therein. In response to the third sentence of paragraph 11, these answering defendants deny the allegations contained therein

12. In response to the fourth and fifth sentences of paragraph 12, these answering defendants admit the allegations contained therein. In response to the first, third, seventh, eighth and ninth sentences of paragraph 12, these answering defendants deny the allegations contained therein. In response to the second and sixth sentences of paragraph 12, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentences and, basing their denial thereon, deny each and every allegation contained therein.

13. In response to the first and second sentence of paragraph 13, these answering defendants admit that CMG sent a memo on or about September of 2004, related to Marketing Credits and denies the remaining allegations of the sentences. In response to the fourth and fifth sentences of paragraph 13, these answering defendants deny the allegations contained therein. In response to the third sentence of paragraph 13, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentence and, basing their denial thereon, deny each and every allegation contained therein.

14. In response to the first and second sentences of paragraph 14, these answering defendants admit that the entirety of paragraphs 6 and 9 of the Branch Management Agreements are accurately depicted in the Branch Management and Employment Agreements attached to plaintiffs' first amended complaint, and otherwise deny the rest of the allegations in said sentences. In response to the third sentence of paragraph 14, these answering defendants deny the allegations contained therein. In response to the fourth and fifth sentences of paragraph 14, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentences and, basing their denial thereon, deny each and every allegation contained therein.

15. In response to the first and second sentences of paragraph 15, these answering defendants admit the allegations contained therein. In response to the third sentence of paragraph 15, these answering defendants deny the allegations contained therein. In response to the fourth and fifth sentences of paragraph 15, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said sentences and, basing their denial thereon, deny each and every allegation contained therein.

16. In response to paragraph 16, these answering defendants admit the allegations contained therein.

17. In response to paragraph 17, these answering defendants do not have sufficient information or belief to enable them to admit or deny the allegations of said paragraph and, basing their denial thereon, deny each and every allegation contained therein.

18. In response to paragraph 18, these answering defendants deny each and every allegation contained therein.

19. These answering defendants incorporate their previous responses as if set forth fully herein.

20. In response to paragraph 20, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid under the Agreements, and otherwise deny the rest of the allegations in the paragraph.

21. In response to paragraph 21, these answering defendants admit each and every allegation contained therein.

22. In response to paragraph 22, these answering defendants deny each and every allegation contained therein.

23. In response to paragraph 23, these answering defendants deny each and every allegation contained therein.

24. In response to paragraph 24, these answering defendants deny the allegations contained therein.

25. These answering defendants incorporate their previous responses as if set forth fully herein.

26. In response to paragraph 26, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

27. In response to paragraph 27, these answering defendants deny each and every allegation contained therein.

28. In response to paragraph 28, these answering defendants deny each and every allegation contained therein.

29. In response to paragraph 29, these answering defendants deny each and every allegation contained therein.

30. In response to paragraph 30, these answering defendants deny each and every allegation contained therein.

30a. In response to paragraph 30a, these answering defendants deny each and every allegation contained therein.

31. These answering defendants incorporate their previous responses as if set forth fully herein.

32. In response to paragraph 32, these answering defendants deny each and every allegation contained therein.

33. In response to paragraph 33, these answering defendants deny each and every allegation contained therein.

34. In response to paragraph 34, these answering defendants deny each and every allegation contained therein.

35. In response to paragraph 35, these answering defendants deny each and every allegation contained therein.

36. These answering defendants incorporate their previous responses as if set forth fully herein.

37. In response to paragraph 37, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid under the Agreements, and otherwise deny the rest of the allegations in the paragraph.

38. In response to paragraph 38, these answering defendants deny each and every allegation contained therein.

39. In response to paragraph 39, these answering defendants deny each and every allegation contained therein.

40. In response to paragraph 40, these answering defendants deny each and every allegation contained therein.

41. In response to paragraph 41, these answering defendants deny each and every allegation contained therein.

42. In response to paragraph 42, these answering defendants deny each and every allegation contained therein.

43. In response to paragraph 43, these answering defendants deny each and every allegation contained therein.

44. In response to paragraph 44, these answering defendants deny each and every allegation contained therein.

45. These answering defendants incorporate their previous responses as if set forth fully herein.

1  46. In response to paragraph 46, these answering defendants deny each and every allegation contained therein.

2  47. In response to paragraph 47, these answering defendants deny each and every allegation contained therein.

3  48. In response to paragraph 48, these answering defendants deny each and every allegation contained therein.

4  49. In response to paragraph 49, these answering defendants deny each and every allegation contained therein.

5  50. In response to paragraph 50, these answering defendants deny the allegations contained therein.

6  51. These answering defendants incorporate their previous responses as if set forth fully herein.

7  52. In response to paragraph 52, these answering defendants deny each and every allegation contained therein.

8  53. In response to paragraph 53, these answering defendants deny each and every allegation contained therein.

9  54. In response to paragraph 54, these answering defendants deny each and every allegation contained therein.

10  55. In response to paragraph 55, these answering defendants deny each and every allegation contained therein.

11  56. In response to paragraph 56, these answering defendants deny each and every allegation contained therein.

12  56a. In response to paragraph 56a, these answering defendants deny each and every allegation contained therein.

13  57. These answering defendants incorporate their previous responses as if set forth fully herein.

14  58. In response to paragraph 58, these answering defendants deny each and every allegation contained therein.

59. In response to paragraph 59, these answering defendants deny each and every allegation contained therein.

60. In response to paragraph 60, these answering defendants deny each and every allegation contained therein.

61. In response to paragraph 61, these answering defendants deny each and every allegation contained therein.

62. These answering defendants incorporate their previous responses as if set forth fully herein.

63. In response to paragraph 63, these answering defendants deny each and every allegation contained therein.

64. In response to paragraph 64, these answering defendants deny each and every allegation contained therein.

65. In response to paragraph 65, these answering defendants deny each and every allegation contained therein.

66. In response to paragraph 66, these answering defendants deny each and every allegation contained therein.

67. In response to paragraph 67, these answering defendants deny each and every allegation contained therein.

68. In response to paragraph 68, these answering defendants deny each and every allegation contained therein.

69. In response to paragraph 69, these answering defendants deny each and every allegation contained therein.

70. In response to paragraph 70, these answering defendants deny each and every allegation contained therein.

71. These answering defendants incorporate their previous responses as if set forth fully herein.

72. In response to paragraph 72, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the

way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

73. In response to paragraph 73, these answering defendants admit each and every allegation contained therein.

74. In response to paragraph 74, these answering defendants deny each and every allegation contained therein.

75. In response to paragraph 75, these answering defendants deny each and every allegation contained therein.

76. In response to paragraph 76, these answering defendants deny the allegations contained therein.

77. In response to paragraph 77, these answering defendants deny the allegations contained therein.

78. These answering defendants incorporate their previous responses as if set forth fully herein.

79. In response to paragraph 79, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

80. In response to paragraph 80, these answering defendants admit each and every allegation contained therein.

81. In response to paragraph 81, these answering defendants deny each and every allegation contained therein.

82. In response to paragraph 82, these answering defendants deny each and every allegation contained therein.

83. In response to paragraph 83, these answering defendants deny each and every allegation contained therein.

84. These answering defendants incorporate their previous responses as if set forth fully herein.

85. In response to paragraph 85, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

86. In response to paragraph 86, these answering defendants deny each and every allegation contained therein.

87. In response to paragraph 87, these answering defendants deny each and every allegation contained therein.

88. In response to paragraph 88, these answering defendants deny each and every allegation contained therein.

89. In response to paragraph 89, these answering defendants deny each and every allegation contained therein.

89a. In response to paragraph 89a, these answering defendants deny each and every allegation contained therein.

90. These answering defendants incorporate their previous responses as if set forth fully herein.

91. In response to paragraph 91, these answering defendants deny each and every allegation contained therein.

92. In response to paragraph 92, these answering defendants deny each and every allegation contained therein.

93. In response to paragraph 93, these answering defendants deny each and every allegation contained therein.

94. In response to paragraph 94, these answering defendants deny each and every allegation contained therein.

95. These answering defendants incorporate their previous responses as if set forth fully herein.

96. In response to paragraph 96, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the

way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

97. In response to paragraph 97, these answering defendants deny each and every allegation contained therein.

98. In response to paragraph 98, these answering defendants deny each and every allegation contained therein.

99. In response to paragraph 99, these answering defendants deny each and every allegation contained therein.

100. In response to paragraph 100, these answering defendants deny each and every allegation contained therein.

101. In response to paragraph 101, these answering defendants deny each and every allegation contained therein.

102. In response to paragraph 102, these answering defendants deny each and every allegation contained therein.

103. In response to paragraph 103, these answering defendants deny each and every allegation contained therein.

104. These answering defendants incorporate their previous responses as if set forth fully herein.

105. In response to paragraph 105, these answering defendants deny each and every allegation contained therein.

106. In response to paragraph 106, these answering defendants deny each and every allegation contained therein.

107. In response to paragraph 107, these answering defendants deny each and every allegation contained therein.

108. In response to paragraph 108, these answering defendants deny each and every allegation contained therein.

109. In response to paragraph 109, these answering defendants deny each and every allegation contained therein.

110. These answering defendants incorporate their previous responses as if set forth fully herein.

111. In response to paragraph 111, these answering defendants deny each and every allegation contained therein.

112. In response to paragraph 112, these answering defendants deny each and every allegation contained therein.

113. In response to paragraph 113, these answering defendants deny each and every allegation contained therein.

114. In response to paragraph 114, these answering defendants deny each and every allegation contained therein.

115. In response to paragraph 115, these answering defendants deny each and every allegation contained therein.

115a. In response to paragraph 115a, these answering defendants deny each and every allegation contained therein.

116. These answering defendants incorporate their previous responses as if set forth fully herein.

117. In response to paragraph 117, these answering defendants deny each and every allegation contained therein.

118. In response to paragraph 118, these answering defendants deny each and every allegation contained therein.

119. In response to paragraph 119, these answering defendants deny each and every allegation contained therein.

120. In response to paragraph 120, these answering defendants deny each and every allegation contained therein.

121. These answering defendants incorporate their previous responses as if set forth fully herein.

122. In response to paragraph 122, these answering defendants deny each and every allegation contained therein.

123. In response to paragraph 123, these answering defendants deny each and every allegation contained therein.

124. In response to paragraph 124, these answering defendants deny each and every allegation contained therein.

125. In response to paragraph 125, these answering defendants deny each and every allegation contained therein.

126. In response to paragraph 126, these answering defendants deny each and every allegation contained therein.

127. In response to paragraph 127, these answering defendants deny each and every allegation contained therein.

128. In response to paragraph 128, these answering defendants deny each and every allegation contained therein.

129. In response to paragraph 129, these answering defendants deny each and every allegation contained therein.

130. These answering defendants incorporate their previous responses as if set forth fully herein.

131. In response to paragraph 131, these answering defendants admit that the Branch Management and Employment Agreements attached to plaintiff's first amended complaint describe the way in which Net Profits are paid and the responsibilities of the parties under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

132. In response to paragraph 132, these answering defendants admit each and every allegation contained therein.

133. In response to paragraph 133, these answering defendants deny each and every allegation contained therein.

134. In response to paragraph 134, these answering defendants deny each and every allegation contained therein.

135. In response to paragraph 135, these answering defendants deny each and every allegation contained therein.

1   136.  In response to paragraph 136, these answering defendants deny each and every allegation
2   contained therein.
3   137.  These answering defendants incorporate their previous responses as if set forth fully
4   herein.
5   138.  In response to paragraph 138, these answering defendants deny each and every allegation
6   contained therein.
7   139.  In response to paragraph 139, these answering defendants deny each and every allegation
8   contained therein.
9   140.  In response to paragraph 140, these answering defendants deny each and every allegation
10  contained therein.
11  141.  In response to paragraph 141, these answering defendants deny each and every allegation
12  contained therein.
13  142.  In response to paragraph 142, these answering defendants deny each and every allegation
14  contained therein.
15  143.  These answering defendants incorporate their previous responses as if set forth fully
16  herein.
17  144.  In response to paragraph 144, these answering defendants deny each and every allegation
18  contained therein.
19  145.  In response to paragraph 145, these answering defendants deny each and every allegation
20  contained therein.
21  146.  In response to paragraph 146, these answering defendants deny each and every allegation
22  contained therein.
23  147.  In response to paragraph 147, these answering defendants deny each and every allegation
24  contained therein.
25  148.  In response to paragraph 148, these answering defendants deny each and every allegation
26  contained therein.
27  148a. In response to paragraph 148a, these answering defendants deny each and every allegation
28  contained therein.

14

149. These answering defendants incorporate their previous responses as if set forth fully herein.

150. In response to paragraph 150, these answering defendants deny each and every allegation contained therein.

151. In response to paragraph 151, these answering defendants deny each and every allegation contained therein.

152. In response to paragraph 152, these answering defendants deny each and every allegation contained therein.

153. In response to paragraph 153, these answering defendants deny each and every allegation contained therein.

154. In response to paragraph 154, these answering defendants deny each and every allegation contained therein.

155. These answering defendants incorporate their previous responses as if set forth fully herein.

156. In response to paragraph 156, these answering defendants deny each and every allegation contained therein.

157. In response to paragraph 157, these answering defendants deny each and every allegation contained therein.

158. In response to paragraph 158, these answering defendants deny each and every allegation contained therein.

159. In response to paragraph 159, these answering defendants deny each and every allegation contained therein.

160. In response to paragraph 160, these answering defendants deny each and every allegation contained therein.

161. In response to paragraph 161, these answering defendants deny each and every allegation contained therein.

162. In response to paragraph 162, these answering defendants deny each and every allegation contained therein.

163. In response to paragraph 163, these answering defendants deny each and every allegation contained therein.

164. These answering defendants incorporate their previous responses as if set forth fully herein.

165. In response to paragraph 165, these answering defendants admit that the Facilities Agreement attached to plaintiff's first amended complaint describes the way in which expenses are to be allocated and paid under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

166. In response to paragraph 166, these answering defendants admit each and every allegation contained therein.

167. In response to paragraph 167, these answering defendants deny each and every allegation contained therein.

168. In response to paragraph 168, these answering defendants deny each and every allegation contained therein.

169. In response to paragraph 169, these answering defendants deny each and every allegation contained therein.

170. These answering defendants incorporate their previous responses as if set forth fully herein.

171. In response to paragraph 171, these answering defendants admit that the Facilities Agreement attached to plaintiff's first amended complaint describes the way in which expenses are to be allocated and paid under the Agreement, and otherwise deny the rest of the allegations in the paragraph.

172. In response to paragraph 172, these answering defendants deny each and every allegation contained therein.

173. In response to paragraph 173, these answering defendants deny each and every allegation contained therein.

174. In response to paragraph 174, these answering defendants deny each and every allegation contained therein.

175. In response to paragraph 175, these answering defendants deny each and every allegation contained therein.

176. In response to paragraph 176, these answering defendants deny each and every allegation contained therein.

177. In response to paragraph 177, these answering defendants deny each and every allegation contained therein.

178. In response to paragraph 178, these answering defendants deny each and every allegation contained therein.

179. These answering defendants incorporate their previous responses as if set forth fully herein.

180. In response to paragraph 180, these answering defendants deny each and every allegation contained therein.

181. In response to paragraph 181, these answering defendants deny each and every allegation contained therein.

182. In response to paragraph 182, these answering defendants deny each and every allegation contained therein.

183. In response to paragraph 183, these answering defendants deny each and every allegation contained therein.

184. In response to paragraph 184, these answering defendants deny each and every allegation contained therein.

185. These answering defendants incorporate their previous responses as if set forth fully herein.

186. In response to paragraph 186, these answering defendants deny each and every allegation contained therein.

187. In response to paragraph 187, these answering defendants deny each and every allegation contained therein.

188. In response to paragraph 188, these answering defendants deny each and every allegation contained therein.

188. In response to paragraph 188, these answering defendants deny each and every allegation contained therein.

17

189. In response to paragraph 189, these answering defendants deny each and every allegation contained therein.

190. In response to paragraph 190, these answering defendants deny each and every allegation contained therein.

191. In response to paragraph 191, these answering defendants deny each and every allegation contained therein.

192. In response to paragraph 192, these answering defendants deny each and every allegation contained therein.

193. In response to paragraph 193, these answering defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As separate, affirmative defenses to the first amended complaint, defendants allege:

### First Affirmative Defense

The first amended complaint fails to state any cause of action against these defendants upon which relief can be granted.

### Second Affirmative Defense

Plaintiffs' claims against the defendants are barred by the equitable doctrines of estoppel, waiver, laches, ratification, acquiescence, abandonment and unclean hands.

### Third Affirmative Defense

Plaintiffs' claims against the defendants are barred by virtue of plaintiffs not having suffered any damage from the events complained of, or if they have suffered any damage, such damage is nominal.

### Fourth Affirmative Defense

Plaintiffs' claims against the defendants are barred by their failure to mitigate their alleged damages.

### Fifth Affirmative Defense

The first amended complaint is barred by the applicable statutes of limitation, including, but not limited to, California Code of Civil Procedure §§ 337, 338, 338.1, 339, 340, and 343.

### Sixth Affirmative Defense

The defendants allege that plaintiffs are barred from the relief requested in the first amended complaint because plaintiffs engaged in acts and courses of conduct which rendered them *in pari delicto*.

### Seventh Affirmative Defense

The defendants allege, upon information and belief, that plaintiffs are barred from the relief sought in the first amended complaint and/or are entitled to a set off of the relief sought based upon plaintiffs' conversion and/or embezzlement of commission amounts received by plaintiffs but due and owing to defendants.

### Eighth Affirmative Defense

Plaintiffs' damages, if any, should be apportioned among all parties, including plaintiffs, in proportion to such parties' respective fault.

### Ninth Affirmative Defense

Plaintiffs' first amended complaint, to the extent it seeks exemplary or punitive damages, violates the defendants' rights to protection from "excessive fines" as provided in the Eight Amendment of the United States Constitution and Article I, Section 17 of the Constitution of the State of California, and violates the defendants' rights to substantive due process as provided in the Fifth and Fourteenth Amendment of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action supporting punitive or exemplary damages claimed.

### Tenth Affirmative Defense

Plaintiffs' first amended complaint, to the extent it seeks exemplary or punitive damages, violates the defendants' rights to procedural due process under the Fourteenth Amendment of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action upon which either punitive or exemplary damages can be awarded.

### Eleventh Affirmative Defense

Plaintiffs' first amended complaint and each cause of action therein fail to state facts sufficient to entitle plaintiffs to recover punitive damages against the defendants.

### Twelfth Affirmative Defense

Plaintiffs' first amended complaint, to the extent it seeks relief under the California Labor Code for employment in Washington State, fails to state causes of action against these defendants as such

1 | causes of action are in violation of the California Labor Code, the Commerce Clause of the United States
2 | Constitution and the Full Faith and Credit Clause of the United States Constitution.
3 |     WHEREFORE, the defendants pray for judgment as follows:
4 |     (1)    That plaintiffs take nothing by their first amended complaint;
5 |     (2)    For costs of suit incurred herein;
6 |     (3)    For attorneys' fees; and,
7 |     (4)    For such other and further relief as the court deems just and proper.

Date: September 11, 2007

**MEDLIN & HARGRAVE**
A PROFESSIONAL CORPORATION

By: _____
Joshua A. Rosenthal
Attorneys for Defendants

20

ANSWER TO FIRST AMENDED COMPLAINT C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Pleadings\Answer.wpd