```
David R. Medlin       (SBN 77417)
G. Bradley Hargrave   (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:    (510) 832-2900
Facsimile:    (510) 832-2945
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>            Plaintiffs,<br>vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>            Defendants.<br>_____/ | Case No.: C 07 3140 SI<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:.

    Christopher M. George, President of defendants.

///

///

///

///

1  Dated: September __, 2007					MEDLIN & HARGRAVE, P.C.

							_____
							Joshua A. Rosenthal, Attorneys for Defendants
							CMG Mortgage Inc., a California Corporation;
							CMG Mortgage, Inc., d/b/a Pacific Guarantee
							Mortgage, CMG Mortgage Services, Inc., a
							California Corporation, CMG Mortgage Services,
							Inc. d/b/a Pacific Guarantee Mortgage