ANGELA M. XAVIER, (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 355-0414
Facsimile:   (650) 355-0842

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR., and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation,<br>            Plaintiffs,<br>vs.<br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation, CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br>            Defendants. | Case No.  C-07-3140-SI<br><br>**CERTIFICATION OF INTERESTED ENTITITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. KRISTINE L. BOWMAN is the spouse of JAMES W. BOWMAN, JR., and has a financial interest (potential community property interest).

2. CHRISTOPHER M. GEORGE is the President of Defendant corporations and has a financial interest.

3. CMG FINANCIAL SERVICES is the parent company of Defendant Corporations and has a financial interest.

In addition, as of this date, there are no other interested persons or entities to report.

DATED: September 7, 2007

By: /S/ Angela M. Xavier
**ANGELA M. XAVIER**
(Attorney for Plaintiffs)

CERTIFICATION OF INTERESTED
ENTITITES OR PERSONS
Case No. C-07-3140 SI                    -2-