**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/28/07

Case No.   C-07-3140SI            Judge:   SUSAN ILLSTON

Title: JAMES BOWMAN  -v- CMC MORTGAGE

Attorneys: A. Xavier        J. Rosenthal

Deputy Clerk: Tracy Sutton  Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **1/4/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **6/27/08     @ 9:00 a.m.**   for Motions
(Motion due **5/23/08** , Opposition **6/6/08** Reply **6/13/08**)

Case continued to **8/12/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/25/08    @ 8:30 a.m.**  for Trial (Jury :   Days)
Discovery Cutoff: 5/16/08  Designate Experts by: 4/18/08, Rebuttal Experts:4/28/08, Expert Discovery Cutoff: 5/16/08

ORDERED AFTER HEARING:
If there are arbitration provisions in the contract, that should be determined now rather than later.
This case shall be referred to the Mediation Program.  The mediation shall occur within 90 days. Counsel shall exchange initial disclosures by October 26, 2007.
The parties have agreed to not conduct any further discovery prior to the mediation.  If any discovery is necessary, counsel shall contact the court.

Cc: ADR