IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BOWMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CMC MORTGAGE INC.,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 07-03140 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 4, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 16, 2008.

DESIGNATION OF EXPERTS: 4/18/08; REBUTTAL: 4/28/08.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 16, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by May 23, 2008;

　　Opp. Due June 6, 2008; Reply Due June 13, 2008;

　　and set for hearing no later than June 27, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 12, 2008 at 3:30 PM.

JURY TRIAL DATE: August 25, 2008 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
If there are arbitration provisions in the contract, that should be determined now rather than later.
This case shall be referred to the Mediation Program. The mediation shall occur within 90 days.
Counsel shall exchange initial disclosures by October 26, 2007.
The parties have agreed to not conduct any further discovery prior to the mediation. If any discovery is necessary, counsel shall contact the court.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge