**ANGELA M. XAVIER**
**ATTORNEY AT LAW**
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Tel:  (650) 355-0414

November 2, 2007

Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA  94102

RE:     Bowman vs. CMG, Inc.,  et al.

Dear Judge Illston:

This letter is in response to Mr. Rosenthal's letter dated November 2, 2007.  Having received it, late on a Friday afternoon, I will need some additional time in order to properly respond to it.

I will be returning to Washington State where my clients are located.  However, on Monday, November 5th, I have appointments in Bellingham, Washington with a C.P.A. and an Estate Planning attorney regarding a mutual client.  On Tuesday, November 6th, and Wednesday, November 7th, I have appointments, with clients, in Mount Vernon, Washington.  Both of these cities are much farther north (nearer to the Canadian border) than my clients' location in Federal Way, Washington which is south of Seattle.  Additionally, on Wednesday, November 6th, I will be flying back to San Francisco for a meeting on Thursday, November 8th.  All of these arrangements were made before I received Mr. Rosenthal's letter.  This is a busy-crunch time for me.

Mr. Keith has set the mediation for Tuesday, December 4, 2007.  My clients have valid reasons for wanting to proceed with the mediation.  I will be meeting with Mr. Bowman on Monday, November 12th, 2007.  He wants to be able to, properly and fully, address Mr. Rosenthal's letter.  To the extent that the Court may be considering altering the order for mediation, we would like the opportunity to respond.  The full picture needs to be presented to the Court.

Based on the aforementioned circumstances, I will be able to e-file a response letter by the date of Wednesday, November 14th, unless the Court notifies me that it is requiring a response by an earlier date.   Mr. Keith has set the mediation for Tuesday, December 4, 2007, at 10:00 a.m.

Sincerely,


Angela M. Xavier

cc:     James Bowman
        Philip S. Keith (mediator)
        Claudia Forehand (ADR Program)