

**MEDLIN & HARGRAVE**
A PROFESSIONAL CORPORATION

JOSHUA A. ROSENTHAL
jrosenthal@mhlawcorp.com

November 20, 2007

*Via E-Filing and U.S. Mail*

Honorable Susan Illston
Unisted States District Court,
Northern District of California
450 Golden Gate Ave.
Courtroom 10, 19th Floor
San Francisco, CA 94102

    Re:    *Pacific Real Estate Man. Company, Inc. et al. v. CMG Mortgage, Inc. et al.*
             *U.S. District Court, Northern District of California*
             *Case No.: C07-3140 MEJ*

Dear Judge Illston:

    I am sending this letter in response to plaintiffs' request to go forward with the mediation in this matter on December 4, 2007. Defendants had previously expressed concern about going forward with an early mediation prior to conducting discovery in light of plaintiff's newly revised claim in excess of $3,000,000. However, in light of plaintiffs' emphatic request to go forward with the mediation at this point and statement that they are flexible in their demands, defendants will withdraw their request to move the mediation and discovery stay.

    Thank you for your consideration of this matter.

                                                  Sincerely,

                                                    Joshua A. Rosenthal

JAR:xt
court.02.jar.wpd
cc:    Client
        Angela Xavier
        Phillip Keith