1  Alan F. Cohen (State Bar No. 194075)
2  **LAW OFFICES OF ALAN F. COHEN**
   101 Montgomery Street, Suite 2050
3  San Francisco, CA 94104
   Telephone: (415) 984-1943
4  Facsimile: (415) 984-1953
   cohenlaw@mindspring.com
5

6
   ANGELA M. XAVIER, (State Bar No. 165152)
7  Attorney At Law
   900 Cherry Avenue, Suite 300
8  San Bruno, CA 94066
   Telephone: (650) 355-0414
9  Facsimile: (650) 355-0842
   amxe@earthlink.net
10

11  Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  JAMES W. BOWMAN, JR.,                )    Case No. C-07-3140-SI
    and PACIFIC REAL ESTATE              )
17  MANAGEMENT COMPANY, INC.,            )    **NOTICE OF ASSOCIATION**
    a Washington Corporation,            )    **OF COUNSEL**
18                                       )
                      Plaintiffs,        )
19         vs.                           )
    CMG MORTGAGE, INC., a California     )
20  Corporation; CMG MORTGAGE, INC., d/b/a )
    PACIFIC GUARANTEE MORTGAGE,          )
21  CMG MORTGAGE SERVICES, INC.,         )
    a California corporation,            )
22  CMG MORTGAGE SERVICES, INC.,         )
23  d/b/a PACIFIC GUARANTEE MORTGAGE,    )
                                         )
24                    Defendants.        )
25  _____)

26         TO: THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF

27  RECORD:

28         PLEASE TAKE NOTICE that Angela M. Xavier, being the attorney of record for Plaintiffs

    James W. Bowman, Jr., and Pacific Real Estate Management Company, Inc., hereby associates

NOTICE OF ASSOCIATION OF COUNSEL
Case No. C-07-3140 SI                    -1-

Alan F. Cohen, Law Offices of Alan F. Cohen, as co-counsel for Plaintiffs. Please ensure that Mr. Cohen is copied on all future correspondence and pleadings in this action. The address and telephone number for Mr. Cohen are as follows:

> Alan F. Cohen (State Bar No. 194075)
> **LAW OFFICES OF ALAN F. COHEN**
> 101 Montgomery Street, Suite 2050
> San Francisco, CA 94104
> Telephone: (415) 984-1943
> Facsimile: (415) 984-1953
> cohenlaw@mindspring.com

DATED: November 28, 2007

By:   /S/ Angela M. Xavier
**ANGELA M. XAVIER**
(Attorney for Plaintiffs)
CA SBN 165152