# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bowman,<br><br>          Plaintiff(s),<br><br>    v.<br><br>CMG Mortgage Inc,<br><br>          Defendant(s). | No. C 07-03140 SI MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE
    session on (date) Dec. 4, 2007

2.  Did the case settle?        ☐ fully        ☐ partially     ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) Jan 22, 2008

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**        ☐ YES        ☒ NO

    Dated:    Dec 4, 2007

    **Mediator, Philip S. Keith**
    Law Offices of Philip Keith
    44 Montgomery Street Suite 1050
    San Francisco, CA 94104

**Certification of ADR Session**
07-03140 SI MED