1  David R. Medlin      (SBN 77417)
   G. Bradley Hargrave  (SBN 173911)
2  Joshua A. Rosenthal  (SBN 190284)
   MEDLIN & HARGRAVE
3  A Professional Corporation
   One Kaiser Plaza, Suite 1305
4  Oakland, CA  94612
   Telephone:   (510) 832-2900
5  Facsimile:   (510) 832-2945
   E-mail:      *jrosenthal@mhlawcorp.com*
6
    Attorneys for Defendants
7
   Alan F. Cohen (State Bar No. 194075)
8  LAW OFFICES OF ALAN F. COHEN
   101 Montgomery Street, Suite 2050
9  San Francisco, CA 94104
   415.984.1943 (tel.)
10 415.984.1953 (fax)
   cohenlaw@mindspring.com
11
   Angela M. Xavier (SBN 165152)
12 Attorney At Law
   900 Cherry Avenue, Suite 300
13 San Bruno, CA 94066
   Telephone: (650)355-0414
14 Facsimile:  (650)355-0842

15 Attorney for Plaintiffs

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington | Case No.: C 07 3140 SI |
| 19 Corporation, | SECOND JOINT CASE MANAGEMENT STATEMENT |
| 20          Plaintiffs, | |
|         vs. | Date:  January 15, 2008 |
| 21 | Time:  2:30 p.m. |
| CMG Mortgage Inc., a California Corporation; | Dept:  Courtroom 10 |
| 22 CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a | Judge: Honorable Susan Illston |
| 23 California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage, | File date: June 14, 2007 |
| | Trial date: August 25, 2008 |
| 24          Defendants. | |
| 25 _____/ | |

26 ///

27 ///

28 ///

1

**1.    Current Status.**

Since the last Case Management Conference the parties exchanged Rule 26 initial disclosures, and have completed an initial mediation session with the Court-appointed mediator, Keith Phillips. The case did not settle during the mediation, but the parties agreed to engage in some initial discovery with the intent of determining whether another session with the mediator would be fruitful. To that end, the parties agreed to exchange requests for documents and attempt to produce responsive documents in advance of the time periods provided by Rule 34. The parties informally agreed to attempt in good faith to comply with the inspection demands by January 11. The parties also agreed to take depositions of the others' principals once documents have been exchanged. Defendants intend to depose Plaintiff James Bowman, and Plaintiffs intend to depose Defendant CMG Mortgage, Inc.'s CEO Christopher George and CFO Paul Chevez. These depositions are expected to take place in early to mid-February.

At the conclusion of the initial mediation session, it was agreed that the mediator would contact the parties the week after this Case Management Conference to determine whether another session of mediation should be scheduled, and when. After conducting the initial discovery discussed above, the parties have agreed to re-assess and determine what further discovery, if any, needs to be done or whether it would be worthwhile to continue the mediation.

Dated: January 8, 2008                         MEDLIN & HARGRAVE, P.C.

/S/ Joshua A. Rosenthal
_____
Joshua A. Rosenthal, Attorneys for Defendants CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage

| | |
|---|---|
| Dated: January 8, 2008 | ALAN F. COHEN, ATTORNEY AT LAW |
| | /S/ Alan F. Cohen |
| | ———————————————— |
| | Alan Cohen, Attorney for James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation |

3

SECOND JOINT CASE MANAGEMENT STATEMENT C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Pleadings\Joint CMC 11508.wpd