UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/15/08

Case No.   C-07-3140SI            Judge:   SUSAN ILLSTON

Title: JAMES BOWMAN  -v- CMC MORTGAGE

Attorneys: A. Xavier, A Cohen         J. Rosenthal

Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1 Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **5/2/08 @ 2:30 p.m.**  for Further Case Management Conference

Case continued to

Case continued to  for Pretrial Conference

Case continued to

ORDERED AFTER HEARING:

The second mediation session shall occur and be completed by the end of April 2008.

Cc: ADR