1

2

3

4

5

6

7

8                                                                Joshua A. Rosenthal, Attorneys for Defendants
                                                                 CMG Mortgage Inc., a California Corporation;
                                                                 CMG Mortgage, Inc., d/b/a Pacific Guarantee
9                                                                Mortgage, CMG Mortgage Services, Inc., a
                                                                 California Corporation, CMG Mortgage Services,
10                                                               Inc. d/b/a Pacific Guarantee Mortgage

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER RE CONTINUANCE OF THE DISCOVERY CUT OFF C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Discovery\stiprediscocutoff.wpd                    2