David R. Medlin       (SBN 77417)
G. Bradley Hargrave   (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone:    (510) 832-2900
Facsimile:    (510) 832-2945

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>                    Plaintiffs,<br>vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>                    Defendants.<br>_____/ | Case No.: C 07 3140 SI<br><br>**DECLARATION OF ATTORNEY JOSHUA A. ROSENTHAL IN SUPPORT OF STIPULATION AND ORDER TO CONTINUE THE EXPERT AND NON-EXPERT DISCOVERY CUT OFF DATES** |

**DECLARATION OF JOSHUA A. ROSENTHAL**

I, Joshua A. Rosenthal, declare:

1.      I am an attorney with Medlin & Hargrave, a Professional Corporation, the attorneys of record for defendants. I make this declaration in support of the concurrently filed Stipulation for Continuance of the Discovery Cut Off.

2.      The parties, through their attorneys of record, have stipulated to continuing the discovery cut off in the above entitled matter as follows:

a)      The expert and non-expert discovery cut off to be continued from May 16, 2008 to June 16, 2008.

b)      the expert witness designation date be continued from April 18, 2008 to May 19, 2008 and the expert rebuttal designation date be continued from April 28, 2008 to May 27, 2008.

1

1        3.      There is good cause for the requested continuance as the parties are in the process of gathering information from each other and from third parties relative to the claims and defenses of the parties. Additionally, the schedules of the parties and the attorneys creates difficulty in setting depositions prior to the scheduled discovery cut off. Plaintiffs' counsel requested, and defendants' counsel agreed, to move the depositions of Chris George, the president of defendant CMG Mortgage, Inc., Paul Chevez, the Chief Financial Officer of defendant CMG Mortgage, Inc. and plaintiff James Bowman from their initially scheduled dates of February 19, 20 and 21, 2008, due to plaintiffs' counsel's trial schedule. Plaintiffs' counsel then requested that Chris George's deposition be moved from its rescheduled date of March 19, 2008, due to a conflicting matter. Defendants' counsel agreed to accommodate this request as well. The next time both Mr. George and Mr. Bowman's depositions can be scheduled to accommodate the schedules of all of the parties and their attorneys is the last week of April, 2008. Finally, the parties would like to complete more discovery and determine whether they might be able to settle the matter prior to having to retain expert witnesses.

        3.      There have been no other previous modifications of the pretrial scheduling order. Additionally, allowing the requested continuance would not alter any other dates in the pretrial scheduling order nor would it affect the trial date of August 28, 2008.

        I declare under penalty of perjury that the foregoing is true and correct, and if sworn as a witness, I could and would testify competently thereto.

        Executed at Oakland, California, on March 25, 2007.


                                        /s/_____
                                        Joshua A. Rosenthal

STIPULATION AND ORDER RE CONTINUANCE OF THE DISCOVERY CUT OFF C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Discovery\decl with stipirediscocutoff.wpd        2