David R. Medlin     (SBN 77417)
G. Bradley Hargrave   (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:    (510) 832-2900
Facsimile:    (510) 832-2945

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>            Plaintiffs,<br>    vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>            Defendants.<br>_____/ | Case No.: C 07 3140 SI<br><br>**STIPULATION AND ORDER TO CONTINUE THE EXPERT AND NON-EXPERT DISCOVERY CUT OFF DATES** |

WHEREAS the parties are in the process of gathering information from each other and from third parties relative to the claims and defenses of the parties.

WHEREAS the schedules of the parties and the attorneys creates difficulty in setting depositions prior to the scheduled discovery cut off.

WHEREAS the parties would like to complete more discovery and determine whether they might be able to settle the matter prior to having to retain expert witnesses.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the expert and non-expert discovery cut off in the above entitled matter be continued from May 16, 2008 to June 16, 2008.

IT IS ALSO HEREBY STIPULATED by and between the parties to this action through their designated counsel that the expert witness designation date in the above entitled matter be continued

1

STIPULATION AND ORDER RE CONTINUANCE OF THE DISCOVERY CUT OFF C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Discovery\stiprediscocutoff.wpd         1

from April 18, 2008 to May 19, 2008 and the expert rebuttal designation date be continued from April 28, 2008 to May 27, 2008.

Dated: March 25, 2008

MEDLIN & HARGRAVE, P.C.

/s/
Joshua A. Rosenthal, Attorneys for Defendants CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage

Dated: March 24, 2008

LAW OFFICE OF ALAN F. COHEN

/s/
Alan F. Cohen, Attorney for James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation

PURSUANT TO STIPULATION IT IS SO ORDERED that the expert and non-expert discovery cut off in the above entitled matter be continued from May 16, 2008 to June 16, 2008 and that the expert witness designation date in the above entitled matter be continued from April 18, 2008 to May 19, 2008 and the expert rebuttal designation date be continued from April 28, 2008 to May 27, 2008.

Dated:_____                                            _____
                                                              Judge Susan Illston

2

STIPULATION AND ORDER RE CONTINUANCE OF THE DISCOVERY CUT OFF C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Discovery\stiprediscocutoff.wpd    2