*James Bowman v. CMG Mortgage et al.*
No. C07-03140 SI

# PROOF OF SERVICE

I, Alan F. Cohen, declare that I am a resident of the State of California, am over the age of eighteen years, and not a party to the within action. I am a member of the bar of this Court. My address is 101 Montgomery Street, Ste. 2050, San Francisco, CA 94104.

On the date set forth below I served a true and correct copy of:

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**DECLARATION OF ALAN F. COHEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

☒ (FIRST CLASS MAIL) by placing such copy in a sealed envelope postage thereon fully prepaid, with the United States Postal Service for mailing this day from San Francisco, California.

☐ (HAND DELIVERY) by hand delivery on to the party(ies) indicated below:

☐ (FACSIMILE) by consigning such copy to a facsimile operator for transmittal on this date to the party(ies) indicated.

☐ (OVERNIGHT COURIER) by consigning such copy in a sealed envelope postage thereon fully prepared, with the United States Postal Service or an overnight courier for next day delivery to the party(ies) indicated.

☒ (EMAIL) by emailing such copy to the address indicated below. Electronic transmission was reported complete and without error.

I served the above document(s) on the following persons:

David Medlin
Joshua Rosenthal
Medlin & Hargrave
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
jrosenthal@mhlawcorp.com

***Attorneys for Defendants CMG Mortgage, Inc., et al.***

I am readily familiar with my firm's practices for processing of correspondence for delivery according to the instructions indicated above, under which correspondence would be deposited in the mail or other delivery service set forth above on the date below. The above-referenced documents were placed for deposit in accordance with the office's practice. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on May 8, 2008.

*/s/ Alan Cohen*
_____
Alan F. Cohen