1  Alan F. Cohen (State Bar No. 194075)
   **LAW OFFICES OF ALAN F. COHEN**
2  101 Montgomery Street, Suite 2050
   San Francisco, CA 94104
3  415.984.1943 (tel.)
   415.984.1953 (fax)
4  cohenlaw@mindspring.com

5
   Angela M. Xavier (State Bar No. 165152)
6  Attorney At Law
   900 Cherry Avenue, Suite 300
7  San Bruno, CA 94066
   Telephone: (650) 355-0414
8  Facsimile: (650) 355-0842

9
   Attorneys for Plaintiffs James Bowman and
10 Pacific Real Estate Management Company, Inc.

11                        **UNITED STATES DISTRICT COURT**

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation | Case No.: C-07-3140-SI |
| 15 | |
| 16 | **STIPULATION AND ORDER SETTING CASE MANAGEMENT SCHEDULE** |
| 17         Plaintiffs, | |
| 18    *v.* | |
| 19  CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, | Date: May 14, 2008<br>Time: 2:30 p.m.<br>Hon. Susan Illston |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24         Defendants. | |
| 25 | |

26      WHEREAS the parties are in the process of gathering information from each other and

27  from third parties relative to the claims and defenses of the parties.

28

                                              1                    Case No.: C-07-3140-SI
        **STIPULATION AND ORDER SETTING CASE MANAGEMENT SCHEDULE**

1  WHEREAS both parties have obtained evidence in the course of discovery leading them to seek to amend their pleadings. For Plaintiffs, this will mean adding additional causes of action as well as new Defendants; for Defendants, this will mean seeking leave to file a cross-complaint against Plaintiffs.

WHEREAS additional evidence recently obtained in discovery requires the parties to conduct further investigation and discovery, and the parties have several discovery disputes that will not be resolved in time to complete discovery before the current discovery cutoff.

WHEREAS the parties need to conduct further discovery to properly assess the case and determine whether 1) settlement will be possible, and 2) the case may be disposed of without trial in whole or in part through dispositive motions.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the **expert and non-expert discovery cut off** in the above entitled matter be continued from June 16, 2008 to **July 16, 2008**.

IT IS ALSO HEREBY STIPULATED by and between the parties to this action through their designated counsel that the **expert witness designation date** in the above entitled matter be continued from May 19, 2008 to **June 18, 2008** and **the expert rebuttal designation** date be continued from May 27, 2008 to **June 30, 2008**.

IT IS ALSO HEREBY STIPULATED by and between the parties to this action through their designated counsel that **motions to amend the pleadings will be filed by May 20, 2008**. The parties will file any Opposition to amending the pleadings by **May 27**, and any Reply to the Opposition papers will be filed by **May 30**. Hearing on the motions to amend pleadings will be on **June 6, 2008** at _____.

IT IS ALSO HEREBY STIPULATED by and between the parties to this action through their designated counsel that **dispositive motions shall be filed by June 23, 2008**. Opposition papers will be filed by **July 7, 2008**, and any Reply to the Opposition will be filed by **July 14, 2008**. Dispositive motions will be set for hearing on **July 25, 2008** at _____.

**Pre-trial conference will be held on August 19, 2008**, with all pre-trial papers due on **August 5, 2008**.

LAW OFFICES OF ALAN F. COHEN

Dated: May 15, 2008　　　　By  /s/ Alan Cohen
　　　　　　　　　　　　　　　Alan F. Cohen
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 15, 2008　　　　By  /s/ Angela M. Xavier
　　　　　　　　　　　　　　　Angela M. Xavier
　　　　　　　　　　　　　　　Attorney for Plaintiffs

MEDLIN & HARGRAVE

Dated: May 15, 2008　　　　By  /s/ Joshua A. Rosenthal
　　　　　　　　　　　　　　　Joshua A. Rosenthal
　　　　　　　　　　　　　　　Attorneys for Defendants

IT IS SO ORDERED.

Dated:_____　　　　_____
　　　　　　　　　　　　　　　Judge Susan Illston