

# MEDLIN & HARGRAVE
A PROFESSIONAL CORPORATION

JOSHUA A. ROSENTHAL
jrosenthal@mhlawcorp.com

May 15, 2008

*Via E-Filing and U.S. Mail*

Honorable Susan Illston
Unisted States District Court,
Northern District of California
450 Golden Gate Ave.
Courtroom 10, 19th Floor
San Francisco, CA 94102

    Re:   *Pacific Real Estate Man. Company, Inc. et al. v. CMG Mortgage, Inc. et al.*
           *U.S. District Court, Northern District of California*
           *Case No.: C07-3140 MEJ*

Dear Judge Illston:

    In light of a compromise reached with counsel for Sierra Pacific, CMG Mortgage, Inc. is requesting that its motion to compel compliance with subpoena set for hearing on June 6, 2008 be taken off calendar. Counsel for Sierra Pacific agreed to produce redacted documents in response to the subpoena and if there need be any further law and motion regarding the subpoena to be subject to the department rule regarding letter discovery briefs.

    Thank you for your consideration of this matter.

                                    Sincerely,

                                    Joshua A. Rosenthal

JAR:xt
court.03.jar.wpd
cc:    Client
       Angela Xavier
       Anthony Eaton
       Alan Cohen

THE ORDWAY BUILDING | ONE KAISER PLAZA, SUITE 1305 | OAKLAND, CA 94612 | TEL (510) 832-2900 | FAX (510) 832-2945