Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs James Bowman and
Pacific Real Estate Management Company, Inc.

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>Plaintiffs,<br><br>*v.*<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE; CMG FINANCIAL SERVICES, INC., a California Corporation; CHRISTOPHER M. GEORGE, an individual,<br><br>Defendants. | Case No.: C-07-3140-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: June 6, 2008<br>Time:<br>Dept.: Courtroom 10<br>Hon. Susan Illston<br><br>Trial Date:    August 25, 2008 |

1                                                                          CASE NO.: C-07-3140-SI
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

     Plaintiff's Motion for Leave to File Second Amended Complaint came on regularly for hearing on June 6, 2008 in Courtroom 10 of the above court, before the undersigned. Alan F. Cohen appeared on behalf of the Plaintiffs, and Joshua Rosenthal of Medlin and Hargrave appeared on behalf of Defendants. The Court having considered the papers submitted in support of and in opposition to said Motion and the arguments of counsel, and good cause appearing:

     IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED. [The Second Amended Complaint shall be deemed filed as of the date below *or* Plaintiff shall file the Second Amended Complaint by no later than _____]. Defendants shall have until _____ to respond to the Second Amended Complaint.

     IT IS SO ORDERED.

Dated: _____, 2008            _____
                                                        Hon. Susan Illston