# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-07-3140SI          Judge:   SUSAN ILLSTON

Title: JAMES BOWMAN  -v-  CMC MORTGAGE

Attorneys: A. Xavier, A Cohen          J. Rosenthal

Deputy Clerk:  Tracy Sutton   Court Reporter:  none

### **PROCEEDINGS**

1 Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to  for Further Case Management Conference

Case continued to **6/6/08 @ 9:00 a.m.** for Motion to Amend (to refer case to an ADR procedure) (file 5/20/08, oppo 5/23/08, reply 5/30/08)

Case continued to **7/25/08 @ 9:00 a.m.** for motions
(file 6/23/08, oppo 7/7/08, reply 7/14/08)

Case continued to **8/12/08 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/25/08 @ 8:30 a.m.**  Trial

ORDERED AFTER HEARING:
Counsel will file a stipulation indicating all the new deadlines.

Discovery cutoff deadline extended to 7/16/08.
Expert designations extended to 6/18/08.
Rebuttal Expert designations extended to 6/30/08.