**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BOWMAN, et al., | No. C 07-03140 SI |
| Plaintiffs, | **ORDER RE: DISCOVERY** |
| v. | |
| CMG MORTGAGE, INC., et al., | |
| Defendants. | |

Defendant CMG Mortgage, Inc., has filed a letter brief moving to compel plaintiffs to produce certain loan documents. Those documents are in the possession of plaintiff's employer, Sierra Pacific Mortgage ("SPM"), and plaintiffs opposed the motion to compel in part on that basis. Defendant had also filed a motion to order SPM to comply with a subpoena seeking the same loan documents. That motion was scheduled for argument on June 6, 2008, but defendant has filed a letter informing the Court that SPM and defendant have reached an agreement to produce redacted documents in order to protect any third-party privacy rights in the information. The Court understands that SPM's production of documents resolves the issues raised by defendant in its letter brief of April 25, 2008. If that is not the case, defendant should file a supplemental letter brief informing the Court whether defendant requests the Court to take any further actions.

**IT IS SO ORDERED.**

Dated: May 20, 2008

SUSAN ILLSTON
United States District Judge