Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA  94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 355-0414
Facsimile:   (650) 355-0842

Attorneys for Plaintiffs James W. Bowman, Jr. and
Pacific Real Estate Management Company, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>                    Plaintiffs,<br><br>          v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>                    Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: C-07-3140-SI<br><br>**DECLARATION OF ALAN F. COHEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO INTERROGATORIES**<br><br>Letter Brief Filed:      June 11, 2008<br><br><br>Discovery Cutoff:     July 16, 2008<br>Case Filed:              June 14, 2007<br>Trial Date:              August 25, 2008 |

I, Alan F. Cohen , declare:

1

C-07-3140-SI

**DECLARATION OF ALAN F. COHEN IN SUPPORT OF MOTION TO COMPEL PRODUCTION**

1.      I am one of the attorneys of record for James W. Bowman, Jr. and Pacific Real Estate Mortgage Company, Inc. (PREMCO), Plaintiffs in this action.  I have personal knowledge of the facts below, and could and would testify competently hereto if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of the interrogatories I served on Defendants by mail on March 13, 2008.

3.      Attached as Exhibit B is a true and correct copy of Defendants' responses to these interrogatories.

4.      Attached as Exhibit C is a true and correct copy of the document which I am informed and believed is one of the Branch Management and Employment Agreements between the parties.

5.      Before bringing this motion I made every effort to resolve this dispute informally and without involving the Court.  On May 6, 2008 I sent the letter attached as Exhibit D to Defendants' counsel, Joshua Rosenthal of the firm of Medlin & Hargrave.  I received in response the letter attached as Exhibit E, in which Mr. Rosenthal refused to amend the objections and responses to the interrogatories at issue in this motion.  I sent another letter to Mr. Rosenthal on June 3 in the letter attached as Exhibit F.  Defendants agreed to amend certain other responses, but did not change their position refusing to provide the information requested in this motion.

6.      Attached as Exhibit G is the proposed Second Amended Complaint (SAC).  The SAC expands the allegations of breach of contract in the previous complaint to expressly allege failure to pay certain items, including the service release premiums and borrower fees discussed in the instant motion.  The Court has granted leave to file the SAC as to the existing parties, but Plaintiffs have not filed the SAC pending the Court's decision on Plaintiffs' motion for reconsideration on the order denying leave to join as a Defendant CMG's CEO, Christopher George.  Once the Court rules on this issue, Plaintiffs will immediately file the SAC.

7.      I took Mr. George's deposition on April 29, 2008.  Attached as Exhibit H is a true and correct copy of the portions of the reporter's transcript of Mr. George's deposition relevant to this motion.

**DECLARATION OF ALAN F. COHEN IN SUPPORT OF MOTION TO COMPEL PRODUCTION**

1         I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4    Executed this 11th day of June, 2008, at San Francisco, California.

5                          LAW OFFICES OF ALAN F. COHEN

6

7                        By _____
                            Alan F. Cohen
8                           Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C-07-3140-SI

**DECLARATION OF ALAN F. COHEN IN SUPPORT OF MOTION TO COMPEL PRODUCTION**