```
David R. Medlin      (SBN 77417)
G. Bradley Hargrave  (SBN 173911)
Joshua A. Rosenthal  (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone:  (510) 832-2900
Facsimile:  (510) 832-2945
E-mail:     jrosenthal@mhlawcorp.com
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>Defendants. | Case No.: C 07 3140 SI<br><br>DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES<br><br>Dept:  Courtroom 10<br>Judge: Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: August 28, 2008 |

**DECLARATION OF JOSHUA A. ROSENTHAL**

I, Joshua A. Rosenthal, declare:

1. I am an attorney at law duly licensed to practice before this court all courts of this state and an attorney with Medlin & Hargrave, a P.C.

2. Attached hereto as Exhibit A is a true and correct copy of documents produced by defendants in response to plaintiffs' inspection demand, Bates Stamped CMG001717-001718 & CMG001850-001857. The names listed on the email are the names of CMG branch managers. The names listed on the spreadsheet are CMG employees, including branch employees.

1

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2 | correct, and if sworn as a witness, I could and would testify competently thereto.
3 | Executed at Oakland, California, on June 18, 2008.

/s/
Joshua A. Rosenthal

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

# EXHIBIT A

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiffs motion to compel further rog resp\Decl of JAR.wpd

Amended January Statements - Message (HTML)

File  Edit  View  Insert  Format  Tools  Actions  Help  Adobe PDF

Reply | Reply to All | Forward

From: Patricia Mitchell [Pmitchell@cmgmortgage.com]
Sent: Thu 2/22/2007 4:16 PM
To: Jim Bowman
Cc:
Subject: Amended January Statements
Attachments: #455 Amended January Statement.pdf (221 KB); #457 Amended January Statement.pdf (179 KB)

I have amended the statements moving Young from 455 to 457 as well as moved the facilities distribution made in January to 457 from the statement of 455.

From: Jim Bowman [mailto:jimbowman@pacifictrustlending.com]
Sent: Saturday, February 17, 2007 10:53 AM
To: Patricia Mitchell
Subject: RE: January Operating Statements
Importance: High

I did not receive the statements or checks for either branch (445 or 457). Where were they sent? Please, help.

Jim Bowman, Manager
Pacific Trust Lending
2505 S. 320th St. Suite 260
Federal Way, WA 98003

OFC: 253-839-9088
FAX: 253-839-9093

TOLL FREE: 866-958-7878

-----Original Message-----
From: Patricia Mitchell [mailto:Pmitchell@cmgmortgage.com]
Sent: Wednesday, February 14, 2007 5:40 PM
To: Andy Boedeker; Behzad Zandinejad; Bill Hoopes; Brenda McCracken; Dana Hamade; Darren Malone; David Jensen; Greg Tribulato; James Winstead; Jeff Haag; Jim Bowman; Joy Finley; Kurt Gallert; Larry Naser; Leon Huntting; Lisa Leonardo-Howard; Michael Fletcher; Michael Hamade; Michael Link; Michael Ross; Nick Paul; Patricia Cunningham; pholmes@sterlinghomeloan.com; Rick Vujovich; Rob McNelis; Rudaina Hamade; Sally Jensen; Sara Mills; Steve Lewis; Terry Greenan; Todd Lee; Tom Rhea; Tyler J. Kelley
Subject: January Operating Statements
Importance: High

CMG001717

Winstead; Jeff Haag; Jim Bowman; Joy Finley; Kurt Gallert; Larry Naser; Leon Huntting; Lisa Leonardo-Howard; Michael Fletcher; Michael Hamade; Michael Link; Michael Ross; Nick Paul; Patricia Cunningham; pholmes@sterlinghomeloan.com; Rick Vujovich; Rob McNelis; Rudaina Hamade; Sally Jensen; Sara Mills; Steve Lewis; Terry Greenan; Todd Lee; Tom Rhea; Tyler J. Kelley
**Subject:** January Operating Statements
**Importance:** High

Dear Managers,

As I sit here doing a final review of January's financials, I am at this hour accepting the fact I will not meet my deadline of getting them mailed out tonight. The last week and a half has been quite overwhelming for me since taking on the accounting responsibilities from Annie Chih. Annie's last day with CMG was February 2nd; one day after the cutoff for the February 15th pay period. While I was able to pick up her work and get commissions processed on time; my regular work was put to the side. I almost made it, short of one day. Statements and distributions checks will POSITIVELY mail out tomorrow for delivery Friday.

Please accept my apology for the delay, and I hope this will not be a great inconvenience to you all.

Patricia Mitchell
Pacific Guarantee Mortgage
a CMG Financial Services Company
3160 Crow Canyon Road, Suite 320
San Ramon, CA 94583
Phone and Efax: 925-983-3203
Ask about the "*Home Ownership Accelerator*" loan. Join the revolution and pay off your loan years ahead of schedule and save thousands of dollars in interest costs. Go to www.cmghome.com for more information.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents,

CMG001718

| FILE | NAME | DEPT | DEPT. NAME |
|---|---|---|---|
| 627 | BERNSTEIN,RACHEL | FC2500 | |
| 630 | LEMMONS,SHANON | SR1508 | SUSIE WINGATE |
| 635 | VAN COURT,LISA | SR1512 | DARLENE ESPINOZA |
| 595 | VENTURINI,CANDY | SR1513 | |
| 629 | PRICE,LISA A. | SR1515 | GUY SCHWARTZ |
| 623 | WHITACRE,SARA | SR1523 | |
| 635 | VAN COURT,LISA | SR1524 | |
| 156 | ANANIAN,DAVID | WC2501 | PAUL WIRFEL |
| 506 | SANTOS,JINA | WC2502 | CHERYL MCDERMOTT |
| 163 | BARROW,KRISTI | WC2503 | DAVID PERRY |
| 163 | BARROW,KRISTI | WC2504 | JASON PRYDE |
| 424 | PACHECO,CHRISTINA | WC2508 | MIKE GIAPITSOGLOU |
| 506 | SANTOS,JINA | WC2518 | AUDREY BOISSONOU |
| 638 | GUDE,CHERYL | WC2519 | Marcia Walker |
| 643 | CARDONE,MARISA | 10 | |
| 176 | CARRILLO,LETICIA | 10 | |
| 597 | COCANNOUER,BRYAN | 10 | |
| 591 | GARCIA,VERONICA | 10 | |
| 638 | GUDE,CHERYL | 10 | |
| 621 | RAINWATER,SUSAN | 10 | |
| 262 | SINNOTT,JENNIFER | 10 | |
| 622 | TAYLOE,SUSAN | 10 | |
| 606 | INGRAM,JACKIE | 15 | |
| 607 | IRVING,LORNA | 15 | |
| 608 | RYAN,DENISE | 15 | |
| 642 | FORBES,JOLENE | 20 | |
| 639 | GARRETT,MEGAN L. | 20 | |
| 198 | GARRETT,TERRENCE | 20 | |
| 641 | MEDRANO,MARCELINA D | 20 | |
| 458 | SANTIAGO,JANA | 20 | |
| 593 | SMITH,TONI S. | 20 | |
| 540 | SOUZA,CHRISTINE | 20 | |
| 265 | SOUZA,SHARON | 20 | |
| 268 | SURDEZ,CATHY | 20 | |
| 609 | WILLIAMSON,ANDRIA M | 20 | |
| 630 | LEMMONS,SHANON | 44 | |
| 7322 | BENSON,JAMEY | 200259 | |
| 7323 | FROST,WESLEY | 200259 | |
| 7383 | MEYER,KRISANDRA ANN | 200259 | |
| 7434 | NOBLE,CANDICE LYNN | 200259 | |
| 7399 | PETERSEN,CLAUDIA | 200259 | |
| 7464 | WISE,RANDALL LEE | 200259 | |

CMG001850

| | | | |
|---|---|---|---|
| 1410 | FLETCHER,MICHAEL | 200404 | |
| 1420 | PALUMBO,ROBERT S. | 200404 | |
| 7270 | WRUBLE,MARK ROBERT | 200404 | |
| 7191 | GARRETT,MATHEW D. | 200414 | |
| 7225 | GOSS,TONJA LYNETTE | 200414 | |
| 1670 | LEONARDO-HOWARD,LIS | 200414 | |
| 7164 | ROUTH,CRYSTAL | 200414 | |
| 7199 | BEAMAN,LISA | 200417 | |
| 7358 | COATES,JEFFREY ELTO | 200417 | |
| 7070 | HALL,AMY J. | 200417 | |
| 1678 | KIRK,HEIDI M. | 200417 | |
| 1510 | LEWIS,STEVEN L. | 200417 | |
| 7175 | MAWDSLEY,BRIDGETTE | 200417 | |
| 7359 | MONTGOMERY,JAMES MA | 200417 | |
| 1021 | PARKASH,OM | 200417 | |
| 7466 | PERKINS,TARA | 200417 | |
| 7401 | READ,KERRY A. | 200417 | |
| 1772 | REINECKE,ELKO A. | 200417 | |
| 7463 | ST. JOHN,COREY | 200417 | |
| 3037 | STRASSER,TRACEY L. | 200417 | |
| 7330 | VANCE,CASSANDRA | 200417 | |
| 7417 | WOODS,NATHAN RYAN | 200417 | |
| 1786 | HARRIS,JUDITH F. | 200432 | |
| 7222 | KEARNS,MICHAEL W. | 200432 | |
| 1401 | MALONE,DARREN N. | 200432 | |
| 7428 | SWANNER,KRISTINE AN | 200432 | |
| 7112 | TRICOLI JR,STEVEN | 200432 | |
| 7218 | YOUNG,ANGEL | 200432 | |
| 1627 | DUCHARM,JACQUELINE | 200439 | |
| 6083 | HARRIS,MICHAEL A. | 200439 | |
| 1418 | JENSEN,DAVID F. | 200439 | |
| 7257 | JENSEN,RYAN G. | 200439 | |
| 7351 | MOORE,TIFFANY | 200439 | |
| 7448 | ANDAL,GREGORY G. | 200441 | |
| 1787 | BROWN-MORGAN,LAURIE | 200441 | |
| 1865 | BUCKHOLZ,JENNIFER A | 200441 | |
| 7057 | COLBO,BRETT C. | 200441 | |
| 1408 | HAAG,JEFFREY | 200441 | |
| 7010 | HRUBY,TODD J. | 200441 | |
| 7420 | KENNEY,JESSICA M. | 200441 | |
| 7005 | MCCLUSKEY,DEENA M. | 200441 | |
| 1426 | MEYER,KARI L. | 200441 | |
| 1805 | MILLS,JEFFREY STEVE | 200441 | |
| 2063 | RAMOS,NAYELI M. | 200441 | |

CMG001851

| 1402 | RHEA,THOMAS J. | 200441 | |
|---|---|---|---|
| 1852 | SWEENY,ABBY G. | 200441 | |
| 7019 | TAIT,TERESA | 200441 | |
| 1770 | WIDLAND,MARCEE | 200441 | |
| 7155 | WORTON,JENNETTE | 200441 | |
| 1846 | ZIEGWIED,ADAM G. | 200441 | |
| 1655 | ZIEGWIED,ANTONE T. | 200441 | |
| 1865 | BUCKHOLZ,JENNIFER A | 200444 | |
| 1426 | MEYER,KARI L. | 200444 | |
| 7444 | SIRES,AMY | 200444 | |
| 7467 | ALLEN,LESLIE W. | 200447 | |
| 7479 | URCAREGUI,SESAR | 200447 | |
| 1444 | WINSTEAD,JAMES A. | 200447 | |
| 1659 | WINSTEAD,MYRNA V. | 200447 | |
| 7114 | BOWMAN JR.,JAMES | 200455 | |
| 7113 | BOWMAN,JOSEPH | 200455 | |
| 7403 | FIELDS,TRACY LYNN | 200455 | |
| 7453 | FOX,CHRISTOPHER M. | 200455 | |
| 7482 | GONZALES,ROSA LINDA | 200455 | |
| 7117 | KNUDSEN,STEVEN | 200455 | |
| 7123 | LINKE,SHARON L. | 200455 | |
| 7344 | MCLAUGHLIN,CARRIE | 200455 | |
| 7462 | MILLER,TALYA | 200455 | |
| 7273 | OTIS,LINDA T. | 200455 | |
| 7468 | SCHLESINGER,RANDALL | 200455 | |
| 7461 | WEBBER,KATE | 200455 | |
| 7425 | BECKERS,JANET LEE | 200457 | |
| 7437 | GLOVER,JAMES ADAM | 200457 | |
| 7441 | GREENEN,BRETT | 200457 | |
| 7196 | HENKE,JOANNE | 200457 | |
| 7227 | HORN,JOSHUA JAMES | 200457 | |
| 7372 | HOUSE,DANIELLE ELIZ | 200457 | |
| 7287 | JOURNET,JENNIFER | 200457 | |
| 7360 | KERSANTY,CAYLA | 200457 | |
| 7197 | MART,JENNIFER J. | 200457 | |
| 7084 | NASER,LARRY | 200464 | |
| 7449 | CLEMENT,CAROL M. | 200494 | |
| 1010 | PAUL,NICOLAS R. | 200494 | |
| 7478 | BROOKS III,BENJAMIN | 200539 | |
| 7471 | CLARK JR.,DONALD E. | 200539 | |
| 7470 | MCNELIS,ROBERT | 200539 | |
| 7477 | OKAMURA,JEFFREY A. | 200539 | |
| 1415 | HOFFMEISTER,CARRIE | 200575 | |
| 7369 | LINK,ROSEMARIE | 200578 | |

| | | | |
|---|---|---|---|
| 7386 | PARKINSON,CINDY ANN | 200578 | |
| 7480 | SMALLWOOD,PAMELA | 200578 | |
| 7472 | CHMIELEWSKI,TERESE | 200747 | |
| 7474 | HAMADE,LAURA | 200747 | |
| 7415 | FINKBEINER JR.,RICH | 200810 | |
| 7390 | GALLART,KARA | 200810 | |
| 7392 | HELDT-WILSON,VENITA | 200810 | |
| 7393 | KOETSIER,ROBERT LEE | 200810 | |
| 7395 | MARTIN - RAU,MELISS | 200810 | |
| 7412 | SMITH,KENT W. | 200810 | |
| 7484 | MASIAS,THERESA | 200812 | |
| 1805 | MILLS,JEFFREY STEVE | 200812 | |
| 7048 | MILLS,SARA NICOLE | 200812 | |
| 7483 | WATT,KRISTEN M. | 200812 | |
| 200160 | MCCRACKEN,BRENDA | 200252 | |
| 200183 | MANGELS,CONSTANCE | 200257 | |
| 200184 | LEE,RENATA | 200322 | |
| 200109 | ARAGON,MARILYN A. | 200370 | |
| 277 | CAMACHO,ANGELA V. | 200370 | |
| 200187 | COLLINS,CYNTHIA | 200370 | |
| 224 | SHERRATT,STEPHANIE | 200370 | |
| 595 | STEWART,MIA C. | 200370 | |
| 224 | SHERRATT,STEPHANIE | 200371 | |
| 200172 | REAGAN,ERIN LEIGH | 200510 | |
| 200189 | NUNEZ,AURORA | 200550 | |
| 200188 | PARKS,SCOTT | 200550 | |
| 200186 | SNYDER,MARLENE | 200550 | |
| 653 | WILLIAMSON,KENNETH | 15 | |
| 191 | ENGBERSON,RENEE | 16 | |
| 778 | FROST,LISA M. | 16 | |
| 584 | HEALEY,ROSEMARIE C | 16 | |
| 750 | HEIM,LEE | 16 | |
| 462 | KVERNES,JACE | 16 | |
| 399 | VIZINAU,DUANE | 16 | |
| 884 | TOMCZAK,JAMES R. | 19 | |
| 869 | BENALLY,NATASHA T. | 31 | |
| 935 | CARR,LOUISE | 31 | |
| 941 | DAVID,DJ | 31 | |
| 944 | DAVIDSON,KENNETH | 31 | |
| 949 | ENGRAM,TAMIKA N. | 31 | |
| 942 | GOULD,ADRIENNE | 31 | |
| 758 | HARRISON,KAREN | 31 | |
| 928 | HENRY,LESLEY K | 31 | |
| 820 | ISHAM,RINA | 31 | |

| 912 | JARDON,SHAWNA DAWN | 31 | |
|---|---|---|---|
| 805 | KATERELOS,JOHN | 31 | |
| 719 | KEIL,JENNIFER | 31 | |
| 773 | KNAPP,KATHRYN | 31 | |
| 866 | MEAD,MARK G. | 31 | |
| 911 | NEWNAM,JESSICA A. | 31 | |
| 948 | COLTS-TEGG,JOHN ERI | 36 | |
| 809 | DUDLEY,SCOTT E. | 36 | |
| 857 | FLORES,JUDITH | 36 | |
| 853 | FUSCO,CATHLEEN | 36 | |
| 885 | GARCIA,LINDA | 36 | |
| 855 | GIRNUS,ANDREW R. | 36 | |
| 940 | HART,DONALD | 36 | |
| 897 | LINDH,THOMAS P. | 36 | |
| 858 | MANDIGO,MEGAN E. | 36 | |
| 821 | MARINO,ANTHONY | 36 | |
| 854 | MARTINEZ-GOMEZ,NORA | 36 | |
| 943 | COLEMAN,SABRINA | 37 | |
| 872 | MATOZA,MARY A. | 37 | |
| 179 | CHEVEZ,PAUL | 40 | |
| 201 | GEORGE,CHRISTOPHER | 40 | |
| 313 | GEORGE,TERESA | 40 | |
| 223 | LARSON,ERIC | 40 | |
| 680 | MITCHELL,PATRICIA | 40 | |
| 848 | RINGGENBERG BROWN,B | 40 | |
| 256 | SCHWARTZ,GUY | 40 | |
| 786 | CURRIE,IANTHA A. | 41 | |
| 812 | FITZGIBBONS,BETHANN | 41 | |
| 927 | PILA JR.,REYNALDO | 41 | |
| 640 | SCHERMESSER,ALYSHA | 41 | |
| 682 | BLANTON,JASON | 42 | |
| 208 | HODGES,BRAD | 42 | |
| 631 | TANG,DAVID | 42 | |
| 626 | WALIA,ROHIT | 42 | |
| 282 | WONG,ELBERT | 42 | |
| 775 | BRISCO,DENISE | 43 | |
| 468 | CHIH,PING A. | 43 | |
| 777 | GUREVSKY,JENNIFER N | 43 | |
| 904 | BUILTA,JANICE | 44 | |
| 652 | BUILTA,JEANINE | 44 | |
| 936 | FLAHERTY,NADINE | 44 | |
| 715 | LEWIS,KERN M. | 44 | |
| 650 | NESBIT,DOUGLAS | 44 | |
| 641 | MWANGI,PETER | 45 | |

CMG001854

| | | | |
|---|---|---|---|
| 246 | PETERSON,DEBORAH | 45 | |
| 731 | PROEFKE,KATHERINE | 45 | |
| 668 | SINZ,ERIKA | 45 | |
| 755 | BRADLEY,MATTHEW | 60 | |
| 837 | BRADLEY,TAMARAGH S. | 60 | |
| 916 | BROOKS,RYAN | 60 | |
| 892 | DONOVAN,CHRISTINE | 60 | |
| 721 | FLANAGAN-JONES,CLAU | 60 | |
| 724 | LANAM,DIVINIA | 60 | |
| 921 | ORTIZ,ADAM J. | 60 | |
| 723 | ORTIZ,TAWNYA | 60 | |
| 894 | PINAL,SANDRA E. | 60 | |
| 919 | STEPHENS,KATHY E. | 60 | |
| 882 | VARGAS,NICOLE | 60 | |
| 153 | ALBRIGO,TODD | 70 | |
| 829 | BERNAL,MONICA | 70 | |
| 938 | BORELLA,JOSEPH | 70 | |
| 833 | COLL,BENJAMIN | 70 | |
| 632 | COSTA,MAIRA | 70 | |
| 712 | DANZ,DAVID | 70 | |
| 918 | DONATO,ROSEMARY | 70 | |
| 795 | DRAKE,PATRICIA AMAN | 70 | |
| 470 | DUDLEY,CANDY | 70 | |
| 834 | DUDLEY,DEREK A. | 70 | |
| 635 | EVANS,BRIANNA M. | 70 | |
| 945 | HERBST,CHARLES | 70 | |
| 655 | HERBST,DAVID | 70 | |
| 835 | HETHERMAN,CYNTHIA | 70 | |
| 830 | KIM,CHRISTINA J. | 70 | |
| 868 | MECCHI,CARA E. | 70 | |
| 933 | NEUMANN,SCOTT A. | 70 | |
| 898 | NGUYEN,CATHY T. | 70 | |
| 842 | PALAS,KOLET | 70 | |
| 336 | PENA,ISABELL | 70 | |
| 920 | ROCHA,MARCIO D. | 70 | |
| 939 | RYBURN,KAHN T. | 70 | |
| 915 | SARIBAL,DENIZ | 70 | |
| 923 | SIKES,JOSEPH S. | 70 | |
| 922 | SWANSON,JENNIFER AN | 70 | |
| 917 | TAJANLANGIT,EMMARUT | 70 | |
| 658 | TOOHEY,ERIN E. | 70 | |
| 271 | TRENKWALDER,MATT | 70 | |
| 840 | WALKER,GIA M. | 70 | |
| 801 | ANDERSON,JOANN | 80 | |

| 678 | ARGUETA, PAULA | 80 | |
|---|---|---|---|
| 759 | AVANSINO, DEBORAH | 80 | |
| 384 | BARLOW, CATHERINE | 80 | |
| 907 | BATES, KATHLEEN N. | 80 | |
| 850 | BEHNIA, MARYAM | 80 | |
| 705 | BOHACEK, CORA | 80 | |
| 861 | BUCCELLATO, DANAE | 80 | |
| 734 | CAPURRO, MICHAEL | 80 | |
| 667 | CHAPIN, JAMIE | 80 | |
| 946 | CUELLAR, RYAN J. | 80 | |
| 184 | DELIANIDES, PHILLIP | 80 | |
| 792 | ECKHARDT, BRENT | 80 | |
| 646 | ECKHARDT, ERIKA | 80 | |
| 937 | EPPS, REGINALD Q. | 80 | |
| 843 | ESTERLIN, GARY | 80 | |
| 783 | FERREIRA, MIA R. | 80 | |
| 778 | FROST, LISA M. | 80 | |
| 807 | HAAG, ROBERT RYAN | 80 | |
| 750 | HEIM, LEE | 80 | |
| 210 | HOWE, SUSAN | 80 | |
| 383 | JARAMILLO, GINA | 80 | |
| 644 | KROSNJAR, MARKO | 80 | |
| 860 | LOWY, JEFFREY A. | 80 | |
| 803 | MACHADO, ZACHARY H. | 80 | |
| 839 | MESLER, PATRICIA | 80 | |
| 685 | PARKER, TARA | 80 | |
| 706 | RAILEY, GINGER | 80 | |
| 890 | RAINWATER, STEVEN | 80 | |
| 249 | REEDER, TRACY | 80 | |
| 648 | SAGE JR., DAVID | 80 | |
| 422 | SEVILLA, MARGARITA | 80 | |
| 891 | SHARKEY, SEAN A. | 80 | |
| 708 | SMITH, ELIZABETH | 80 | |
| 828 | TORRENTE, ELISA | 80 | |
| 947 | TRIBE, TROY R. | 80 | |
| 832 | USHER, ROBIN | 80 | |
| 297 | AHERN, DEBORAH | 85 | |
| 770 | ARGUETA, VICENTE | 85 | |
| 583 | BARRITT, JACOB | 85 | |
| 585 | BERNIE, BRIGETTE | 85 | |
| 284 | BLAKNEY, MARY | 85 | |
| 779 | BOYSEN, SAM | 85 | |
| 877 | CABRALL, JOSEPH | 85 | |
| 674 | CALLAS, KIMBERLY | 85 | |

CMG001856

| 703 | CATALDO,STEVEN | 85 | |
|---|---|---|---|
| 852 | CHAN,PATRICK P. | 85 | |
| 179 | CHEVEZ,PAUL | 85 | |
| 790 | CRISTOBAL,LOLITA A. | 85 | |
| 929 | CROWDER JR.,DARRYL | 85 | |
| 932 | DE LA TORRE,COLLIN | 85 | |
| 405 | DEAN,SHERRY | 85 | |
| 905 | FLAHERTY,THOMAS | 85 | |
| 878 | GEORGE,ANDREW J. | 85 | |
| 575 | HOLLOWAY,TIMOTHY | 85 | |
| 222 | LARSEN,LESLIE | 85 | |
| 700 | LEWIS,SHEENA | 85 | |
| 876 | LOWERY,JACOB | 85 | |
| 225 | LOWERY,LORI | 85 | |
| 769 | PHILLIPS,THERESA A. | 85 | |
| 893 | PROEFKE,RACHEL A. | 85 | |
| 374 | RAMIREZ,EDITH CAROL | 85 | |
| 851 | RANOLA,RAPHAEL A. | 85 | |
| 649 | SCOGGINS,MICHAEL | 85 | |
| 599 | SINNOTT,BRETT | 85 | |
| 266 | STEELE,DEBBIE | 85 | |
| 177 | TETIK,LORENA | 85 | |
| 603 | TOW,LYNN | 85 | |
| 666 | WILCOX,JOHNNIE | 85 | |
| 798 | CHMIELEWSKI,TERESE | 747 | |

CMG001857