United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BOWMAN, et al., | No. C 07-03140 SI |
| Plaintiffs, | **ORDER RE: MOTION FOR RECONSIDERATION** |
| v. | |
| CMG MORTGAGE INC., et al., | |
| Defendants. | |

Construing plaintiffs' motion for reconsideration as a motion for leave to file a motion for reconsideration (see Local Rule 7-9), the Court GRANTS leave to file the motion to reconsider.

The Court is inclined to grant the motion to reconsider as well, since it appears that the Court misunderstood the claims for which plaintiffs intended to add defendant Christopher M. George. However, since defendants have not had an opportunity to respond on the merits of the motion to reconsider, they are given leave to file an opposition to the motion for reconsideration (or a statement of non-opposition) by July 3, 2008. No further filings by the plaintiffs are necessary.

**IT IS SO ORDERED.**

Dated: June 20, 2008

SUSAN ILLSTON
United States District Judge