Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>Defendants. | Case No.: C-07-3140-SI<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |
| CMG Mortgage Inc., a California Corporation<br><br>Counter-Claimant,<br><br>v.<br><br>James W. Bowman, Jr., an individual,<br><br>Cross-Defendant. | |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 25, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, in Courtroom 10, the Honorable Susan Illston presiding, Plaintiffs James W. Bowman, Jr. and Pacific Real Estate Mortgage Company, Inc. ("PREMCO") will and hereby do move the Court for summary adjudication of the following issues:

1.  That the California Labor Code applies to the employment relationship between Plaintiff James Bowman and Defendants. The grounds for this motion are that Defendants inserted a California choice-of-law provision in all of their contracts with Plaintiffs, and that this has been held to require the application of California statutory employment law to the employment relationship. *Olinick v. BMG Entertainment* (2006) 138 Cal.App.4th 1286.

2.  That Plaintiffs are entitled to summary adjudication on the issue of liability for breach of contract under the Third and Fourth Causes of Action. The grounds for this motion are that the contracts in question, known as Facilities Agreement, required Defendants to reimburse Plaintiffs for facilities expenses at an amount equal to 125% of the expenses, that it cannot be disputed that they failed to do so, and that Defendants had no excuse for non-performance.

3.  That Plaintiff Bowman is entitled to summary adjudication on the issue of liability for failure to reimburse expenses under the Thirteenth Cause of Action. The grounds for this motion are that Defendants had an absolute duty to reimburse Mr. Bowman for all expenses he incurred in the course of his duties under Labor Code § 2802, and that the undisputed facts demonstrate that they failed to do so.

4.  That Plaintiffs are entitled to summary adjudication on the issue of liability for Labor Code § 203 waiting-time penalties under the Seventh Cause of Action. The grounds for this motion are that Defendants failed to pay Mr. Bowman all his wages on his last day of employment and that Defendants' failure to pay these wages was "willful" within the meaning of § 203.

5.  The Plaintiffs are entitled to summary adjudication on the issue of liability for breach of fiduciary duty under the Eleventh Cause of Action. The grounds for this motion are that Defendants wrongfully extracted "security deposits" and "Reserves" from Plaintiffs in

contravention of California's Cash Bond Law, Labor Code §§400-410; that Defendants were obligated to hold these funds in trust both under the Labor Code and under common law; that Defendants failed to hold the funds in trust and in fact commingled them with their own money and used them for their own business purposes; and that Plaintiffs have been damaged as a result.

This motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, supporting Declarations of Alan F. Cohen and James W. Bowman, Jr., including the exhibits attached thereto, and Request for Judicial Notice; the pleadings and papers on file herein; and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

LAW OFFICES OF ALAN F. COHEN

Dated: June 23, 2008               By   /s/ Alan Cohen
                                       Alan F. Cohen
                                       Attorneys for Plaintiffs