Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>    Plaintiffs,<br><br>  v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>    Defendants. | Case No.: C-07-3140-SI<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |
| CMG Mortgage Inc., a California Corporation<br><br>    Counter-Claimant,<br><br>  v.<br><br>James W. Bowman, Jr., an individual,<br><br>    Cross-Defendant. | |

///

1     CASE NO.: C-07-3140-SI
**REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY ADJUDICATION**

Plaintiffs James Bowman and Pacific Real Estate Management Company, Inc. request that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. Department of Housing and Urban Development Mortgagee Letter 00-15, issued by the Office of the Assistant Secretary for Housing-Federal Housing Commissioner and dated May 1, 2000. A true and correct copy is attached to this Request as Exhibit A.

2. Relevant excerpts from the Handbook 4060.1 REV-2, FHA Title II Mortgagee Approval Handbook dated August 14, 2006, which incorporated and replaced the Mortgagee Letter referenced above. A true and correct copy is attached to this Request as Exhibit B.

3. Labor Commissioner Opinion Letter 1997.03.21-2. A true and correct copy is attached as Exhibit C.

4. Counter-Claim filed in this action by CMG Mortgage Inc. against James W. Bowman, Jr. A true and correct copy is attached as Exhibit D.

The Court may judicially notice legislative enactments and regulations issued by any public entity in the United States. *Demos v. City of Indianapolis*, 302 F.3d 698, 706 (7th Cir. 2002). *See also Refac Int'l, Ltd. v. Lotus Develop. Corp.* 81 F.3d 1576, 1584, fn. 2 (Fed. Cir. 1996) (court may take judicial notice of agency's official interpretation of statutes or regulations provided that it is not in conflict with the statutes or regulations). The Court may also take judicial notice of prior pleadings in this matter. *Asdar Group v. Pillsbury, Madison & Sutro* 99 F.3d 289, 290, fn. 1 (9th Cir. 1996).

Respectfully submitted,

LAW OFFICES OF ALAN F. COHEN

Dated: June 23, 2008

By  /s/ Alan Cohen
Alan F. Cohen
Attorneys for Plaintiffs