# Exhibit B



U. S. Department of Housing and Urban Development
Office of Housing

Special Attention of:
Directors of Housing
Directors, Single Family Homeownership Centers
Directors, Multifamily Housing HUBs & Divisions
Field Office Managers, Chiefs
Area Coordinators, State Coordinators

**Transmittal**

Handbook No. 4060.1 REV-2
Issued: August 14, 2006

1. **This transmits:** Handbook 4060.1 REV-2, FHA Title II Mortgagee Approval Handbook.

2. **Explanation of changes:** This handbook incorporates the Department's FHA Title II mortgagee approval and renewal requirements specified in 24 CFR Parts 202, 203, 206, 241, and 266 in addition to all Mortgagee Letters issued since September 30, 1993 pertaining to the FHA mortgagee approval requirements. Other significant changes to this handbook include:

   a. "Principal activity" for non-supervised mortgagees and non-supervised loan correspondents has been clarified to state that a non-supervised entity must have at least 50 percent of its gross revenues derived from mortgage lending activities [See paragraphs 2-27(D) and 2-29(C)].

   b. All employees must be issued W-2s [see paragraph 2-9(A)].

   c. Each traditional and nontraditional branch will no longer be required to have a separate branch manager [see paragraph 2-12(B)].

   d. The use of satellite offices for taking single-family loan applications has been eliminated due to the expansion of the originating lending area of registered branch offices (see paragraph 2-19).

3. **Cancellations:**
   a. Handbook 4060.1 REV-1, dated September 30, 1993;
   b. Mortgagee Letter 94-39, dated August 9, 1994;
   c. Mortgagee Letter 94-46, dated October 5, 1994;
   d. Mortgagee Letter 94-47, dated October 6, 1994;
   e. Mortgagee Letter 95-6, dated January 25, 1995;
   f. Mortgagee Letter 95-36, dated August 2, 1995, except for Item #5;
   g. Mortgagee Letter 95-37, dated August 9, 1995;
   h. Mortgagee Letter 96-12, dated February 29, 1996, except for Item #2;

**HULL: Distribution:** W-3-1

| | |
|---|---|
| i. | Mortgagee Letter 96-64, dated November 21, 1996; |
| j. | Mortgagee Letter 99-17, dated May 14, 1999; |
| k. | Mortgagee Letter 00-15, dated May 1, 2000; |
| l. | Mortgagee Letter 00-40, dated November 3, 2000; |
| m. | Mortgagee Letter 01-01, dated January 5, 2001, paragraph 6 only; |
| n. | Mortgagee Letter 03-03, dated February 25, 2003; |
| o. | Mortgagee Letter 04-06, Dated June 30, 2004; |
| p. | Mortgagee Letter 04-19, dated April 30, 2004; |
| q. | Mortgagee Letter 05-24, dated May 17, 2005; |
| r. | Mortgagee Letter 05-37, dated September 28, 2005; |
| s. | Mortgagee Letter 05-40, dated October 29, 2005; |

4. **Filing Requirements:**

Remove:

Handbook 4060.1 REV-1,
dated September 30, 1993

Insert:

Handbook 4060.1 REV-2,
dated:  August 14, 2006

_____
Brian D. Montgomery
Assistant Secretary for Housing --
  Federal Housing Commissioner

**HULL: Distribution:** W-3-1



Handbook 4060.1 REV-2

U.S. Department of Housing and Urban Development

**Office of Housing**

**Program Participants and Departmental Staff**

**FHA Title II Mortgagee Approval Handbook**

**August 14, 2006**



EQUAL HOUSING OPPORTUNITY

HUD: Distribution: W-3-1

# FOREWORD

**Scope.** This Handbook covers the Department's requirements and policies for FHA approval and annual renewal of mortgagees for participation in the FHA Title II mortgage insurance programs. It provides information to HUD staff and participating mortgagees on procedures for obtaining and retaining FHA approval as a mortgagee. The Handbook also provides basic information on the Department's program for monitoring the loan origination and servicing performance of mortgagees, the Mortgagee Review Board, and civil money penalties.

**Enabling Legislation.** The U.S. Department of Housing and Urban Development is authorized by legislation to approve mortgage lenders to participate in FHA mortgage insurance programs, and to regulate those lenders. This authority is contained in the *National Housing Act* (12 U.S.C. 1701 et seq.) and the *Department of Housing and Urban Development Act* (42 U.S.C. 3531 et seq.).

**Regulations.** This Handbook incorporates the provisions of the Department's mortgagee approval regulations as set forth in 24 CFR Parts 202, 203, 206, 241, and 266.

**Handbook Organization:**

- **Chapter 1:** Overview
- **Chapter 2:** Requirements for initial and continued FHA approval
- **Chapter 3:** Applying for approval, appealing denials and being approved
- **Chapter 4:** Annual renewal of FHA approval
- **Chapter 5:** Branches, lending areas for single family originations, principal-authorized agents, and loan correspondent-sponsors
- **Chapter 6:** Changes subsequent to FHA approval
- **Chapter 7:** Quality Control Plan
- **Chapter 8:** Monitoring, Administrative Sanctions, Credit Watch and Neighborhood Watch

# REFERENCES

1. 5 U.S.C. App. 3 *Inspector General Act of 1978*
2. 12 U.S.C. §1701 et seq. *National Housing Act*
3. 12 U.S.C. §2601 et seq. *Real Estate Settlement Procedures Act of 1974*
4. 12 U.S.C. §2801 et seq. *Home Mortgage Disclosure Act of 1975*
5. 15 U.S.C. §1601 et seq. *Federal Truth in Lending Act*
6. 15 U.S.C. §1691 et seq. *Equal Credit Opportunity Act*
7. 18 U.S.C. §709 *False advertising or misuse of names to indicate Federal agency*
8. 31 U.S.C. §7501 et seq. *The Single Audit Act of 1984, as amended*
9. 42 U.S.C. §3601 et seq. *Fair Housing Act*
10. 42 U.S.C. §3531 et seq. *Department of Housing and Urban Development Act*
11. 24 CFR Part 24 *Government Suspension and Debarment*
12. 24 CFR Part 25 *Mortgagee Review Board*
13. 24 CFR Part 30 *Civil Money Penalties*
14. 24 CFR Part 202 *Approval of Lending Institutions and Mortgagees*
15. 24 CFR Part 203 *Single Family Mortgage Insurance*
16. 24 CFR Part 206 *Home Equity Conversion Mortgage Insurance*
17. 24 CFR Part 241 *Supplementary Financing for Insured Project Mortgages*
18. 24 CFR Part 266 *Housing Finance Agency Risk-Sharing Programs for insured Affordable Multifamily Project Loans*
19. 24 CFR Part 3500 *Real Estate Settlement Procedures Act Regulations*
20. GAO "Yellow Book," *Government Auditing Standards*
21. HUD IG Handbook 2000.04, *Consolidated Audit Guide for Audits of HUD Program*
22. HUD Handbook 4000.2, *Mortgagees' Handbook, Application Through Insurance (Single Family)*
23. HUD Handbook 4000.4, *Single Family Direct Endorsement Program*
24. HUD Handbook 4060.2, *Mortgagee Review Board*
25. HUD Handbook 4155.1, *Mortgage Credit Analysis for Mortgage Insurance on One- to Four-Family Properties*
26. HUD Handbook 4330.1, *Administration of Insured Home Mortgages*
27. HUD Handbook 4350.4, *Insured Multifamily Mortgagee and Field Office Remote Monitoring*
28. HUD Handbook 4430.1, *Initial Closing Requirements for Project Mortgage Insurance*

**Download Locations for Most Recent Version of References**
Statutes:  http://www.gpoaccess.gov/index.html.
HUD Regulations and handbooks:  http://www.hudclips.org/cgi/index.cgi.
GAO "Yellow Book":  http://www.gao.gov/govaud/ybk01.htm

# ACRONYMS

AAFB ................... Area Approved for Business
CAIVRS ............... Credit Alert Interactive Voice Response System
CPA ...................... Certified Public Accountant
DAS ...................... Deputy Assistant Secretary
DBA (or dba) ........ Doing Business As
DCF ...................... Data Collection Form
DE ........................ Direct Endorsement
Fannie Mae ........... Federal National Mortgage Association
FDIC .................... Federal Deposit Insurance Corporation
FDT ...................... Financial Data Templates
FHA ...................... Federal Housing Administration
Freddie Mac ......... Federal Home Loan Mortgage Corporation
GAAP ................... Generally Accepted Accounting Principles
GAAS ................... Generally Accepted Auditing Standards
GAGAS ................ Generally Accepted Government Auditing Standards
GAO ..................... General Accountability Office
Ginnie Mae ........... Government National Mortgage Association
HECM .................. Home Equity Conversion Mortgage (Reverse Mortgage)
HMDA ................. Home Mortgage Disclosure Act
HOC ..................... FHA Single Family Homeownership Center
HUD ..................... Department of Housing and Urban Development
IG ......................... Inspector General for HUD
LASS .................... Lender Assessment Sub-system
LDP ...................... Limited Denial of Participation
LLC ...................... Limited Liability Company
MRB ..................... Mortgagee Review Board
NCUA .................. National Credit Union Administration
P&U Division ....... Processing and Underwriting Division in a HOC
QAD ..................... Quality Assurance Division
QC Plan ................ Quality Control Plan
RESPA ................. Real Estate Settlement Procedures Act
RMCR .................. Residential Mortgage Credit Reports
SAS ...................... Statement of Auditing Standards
SSN ...................... Social Security Number
V-form ................. Annual Verification Report
Yellow Book ........ Government Auditing Standards issued by GAO

# TABLE OF CONTENTS

**CHAPTER 1.  OVERVIEW**

Paragraph                                                                                                                         Page
- 1-1   Approval .................................................................................................... 1-1
- 1-2   Types of Approved Mortgagees ................................................................ 1-2
- 1-3   Renewal of FHA Approval ....................................................................... 1-3
- 1-4   HUD's Lender Web Page ......................................................................... 1-3
- 1-5   FHA Connection ....................................................................................... 1-3
- 1-6   HUDCLIPS ................................................................................................ 1-3
- 1-7   HUD Handbooks ....................................................................................... 1-4
- 1-8   Frequently Asked Questions ...................................................................... 1-4
- 1-9   FHA Lender List on HUD's Web Site ....................................................... 1-4
- 1-10  Performance Requirements ....................................................................... 1-4
- 1-11  Reports and Examinations ......................................................................... 1-4
- 1-12  Home Mortgage Disclosure Act of 1974 (HMDA) ................................... 1-4
- 1-13  Administrative Actions, Administrative Sanctions, and
         Civil Money Penalties ............................................................................. 1-4
- 1-14  Reporting Fraud, Illegal Acts, and Unethical Practices to HUD ............... 1-5
- 1-15  Mortgagee's Address for Communication ................................................. 1-5
- 1-16  Contacting the Department ....................................................................... 1-5
- 1-17  OMB Approval of Information Collections .............................................. 1-5

**CHAPTER 2.  MORTGAGEE REQUIREMENTS FOR INITIAL AND CONTINUING APPROVAL**

Part A.  Requirements for all Mortgagees
- 2-1   Introduction ............................................................................................... 2-1
- 2-2   Business Form ........................................................................................... 2-1
- 2-3   State Licensing Requirements ................................................................... 2-2
- 2-4   Mortgagee Name ....................................................................................... 2-3
- 2-5   Net Worth Requirements ........................................................................... 2-3
- 2-6   Liquid Assets ............................................................................................. 2-5
- 2-7   Application Fees ........................................................................................ 2-5
- 2-8   Operating Expenses ................................................................................... 2-6
- 2-9   Employees and Officers ............................................................................ 2-6
- 2-10  Ineligible Participants ................................................................................ 2-8
- 2-11  Office Facilities ......................................................................................... 2-8
- 2-12  Staffing Requirements ............................................................................... 2-10
- 2-13  Outsourcing ............................................................................................... 2-10
- 2-14  Prohibited Branch Arrangement ................................................................ 2-11
- 2-15  Communications Capability and Responsibility ....................................... 2-12
- 2-16  Fair Housing and Other Federal Laws ...................................................... 2-13
- 2-17  Misrepresentative Advertising .................................................................. 2-13
- 2-18  Loan Origination Requirement .................................................................. 2-14
- 2-19  Geographic Restrictions for Loan Origination and Underwriting ............ 2-14

- Such other functions as may be approved in advance by the Department.

B. ***Provider Requirements.*** The functions listed above in paragraph 2-13(A) may not be contracted out to third party loan originators, real estate brokers, or similar entities. An approved mortgagee may own or have an ownership interest in a separate business entity that offers such contract services. An affiliated business arrangement, in which affiliated or related companies make referrals to each other, is regulated under RESPA. (See RESPA [12 U.S.C. §2602]: (7) the term "affiliated business arrangement" means an arrangement in which (A) a person who is in a position to refer business incident to or a part of a real estate settlement service involving a federally related mortgage loan, or an associate of such person, has either an affiliate relationship with or a direct or beneficial ownership interest of more than 1 percent in a provider of settlement services; and (B) either of such persons directly or indirectly refers such business to that provider or affirmatively influences the selection of that provider.)

Mortgagees may not contract with entities or persons that are suspended, debarred, or under a relevant LDP or have agreed to a voluntary exclusion under 24 CFR part 24.

C. ***Costs of Outsourced Services.*** The costs of such services may not be imposed on a FHA borrower or mortgagor as allowed in the various FHA loan programs.

2-14 **Prohibited Branch Arrangement.** An approved mortgagee may not originate or service FHA insured mortgages from branches that do not meet FHA requirements.

A. ***Separate Entities Acting as a Branch Office***. An approved mortgagee is prohibited from engaging an existing, separate mortgage company or broker to function as a branch of the approved mortgagee and allowing that separate entity to originate insured mortgages under the approved mortgagee's FHA mortgagee number. This constitutes a prohibited branch arrangement. Separate entities may not operate as "branches" or "DBAs" of a FHA approved mortgagee. If the separate entity was purchased and legally merged into the approved mortgagee in compliance with applicable state law(s), the approved mortgagee must provide a copy of the merger documents and state license(s) to FHA's Lender Approval and Recertification Division, as described in paragraph 6-17.

B. ***Certain Employment Agreements***. A FHA approved mortgagee must pay all of its operating expenses including the compensation of all employees of its main and branch offices. Other operating expenses that must be paid by the

FHA approved mortgagee include, but are not limited to, equipment, furniture, office rent, utilities and other similar expenses incurred in operating a mortgage lending business. A branch compensation plan that includes the payment of operating expenses by the branch manager, any other employee or by a third party is a prohibited arrangement. The following includes some, but not all, examples of unacceptable provisions in employment agreements:

- Require all contractual relationships with vendors such as leases, telephones, utilities, and advertising to be in the name of the "employee" (branch) and not in the name of the FHA approved mortgagee;
- Require the "employee" (branch) to indemnify the FHA approved mortgagee if it incurs damages from any apparent, express, or implied agency representation by or through the "employee's" (branch's) actions; and
- Require the "employee" (branch) to issue a personal check to cover operating expenses if funds are not available from an operating account.

2-15 **Communications Capability and Responsibility.** Except for a mortgagee that only services multifamily mortgages, a mortgagee's home office and each branch office must be able to provide prompt responses to applicant or mortgagor inquiries by one of the following methods:
- The office staff need not maintain complete records on each mortgage in it area, but it must be able to secure such information for the applicant or mortgagor;
- Have toll-free telephone service at an office that can provide needed information; and
- Accept collect telephone calls from mortgagors at an office that can provide the same sort of information as that described above.

To ensure equal opportunity for persons with hearing or speech impairments, it may be necessary for offices to purchase a TTY (telecommunications device for hearing and speech impaired persons) or provide equally effective communication systems. If an office offers a toll-free telephone number for non-disabled persons, it must also offer a toll-free opportunity for hearing and speech impaired persons, e.g., a relay system.

2-16 **Fair Housing and Other Federal Laws.**

A. A mortgagee must comply with the *Fair Housing Act*, Executive Order 11063 on Equal Opportunity in Housing, the *Equal Credit Opportunity Act* (ECOA), the *Real Estate Settlement Procedures Act* (RESPA), the *Home Mortgage Disclosure Act* (HMDA), and all other Federal laws relating to the lending or investing of funds in real estate mortgages.