Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>Defendants. | Case No.: C-07-3140-SI<br><br>**DECLARATION OF ALAN F. COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |
| CMG Mortgage Inc., a California Corporation<br><br>Counter-Claimant,<br><br>v.<br><br>James W. Bowman, Jr., an individual,<br><br>Cross-Defendant. | |

I, Alan F. Cohen, declare:

---

1                                                                  CASE NO.: C-07-3140-SI
**DECLARATION OF ALAN F. COHEN ISO MOTION FOR SUMMARY ADJUDICATION**

1. I am one of the attorneys of record for James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc. (PREMCO) in this action, and am licensed to practice before all the Courts in the State of California. I have personal knowledge of the facts below, and could and would testify competently hereto if called upon to do so.

2. On April 29, 2008, I took the deposition of Christopher George, President of Defendants CMG Mortgage, Inc. and CMG Mortgage Services, Inc. Attached as Exhibit A is a true and correct copy of excerpts from the court reporter's transcript of his deposition.

3. Attached as Exhibit B is a true and correct copy of the responses served by Defendants to Plaintiffs' Special Interrogatories, Set One.

4. On May 12, 2008, I took the deposition of Defendant CMG Mortgage, Inc., in the person of Patricia Mitchell, who was produced as one of the persons most knowledgeable about several categories specified in the corporate deposition notice. Attached as Exhibit C is a true and correct copy of excerpts from the court reporter's transcript of Ms. Mitchell's deposition.

5. On March 18, 2008, I took the deposition of Paul Chevez, Chief Financial Officer of Defendant CMG Mortgage, Inc. Attached as Exhibit D is a true and correct copy of excerpts from the court reporter's transcript of Mr. Chevez's deposition.

6. Attached as Exhibit E is a true and correct copy of a document dated January 30, 2007 that Patricia Mitchell identified as an email she received concerning Marketing Credits.

7. Attached as Exhibit F is a true and correct copy of a document produced by CMG Bates-numbered CMG001876 authenticated by Patricia Mitchell at 60:7-18 of her deposition transcript as one of a collection of monthly distribution reports (also referred to as Branch Distribution Reports).

///
///
///
///
///
///

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.

Executed this 23rd day of June, 2008, at San Francisco, California.

          Respectfully submitted,

          LAW OFFICES OF ALAN F. COHEN

          _____/s/ Alan F. Cohen_____

          Attorney for Plaintiffs
          James W. Bowman, Jr. and PREMCO