**Exhibit C**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

JAMES W. BOWMAN, JR.,
and PACIFIC REAL ESTATE
MANAGMENT COMPANY, INC.,
a Washington corporation,

     Plaintiff,

       vs.                    NO. C-07-3140-SI

CMG MORTGAGE, INC., a
California corporation; GMG,
MORTGAGE, INC., d/b/a PACIFIC
GUARANTEE SERVICES, INC.,
a California corporation, GMC
MORTGAGE SERVICES, INC., d/b/a
PACIFIC GUARANTEE MORTGAGE,

     Defendants.



CERTIFIED COPY

---oOo---

DEPOSITION OF PATRICIA MITCHELL

Taken:  Monday, May 12, 2008


Reported By:  Vergie Lee Gerleman, CSR #4944


NANCY SORENSEN COURT REPORTING SERVICE
CERTIFIED SHORTHAND REPORTERS
41 SUTTER STREET, SUITE 505
SAN FRANCISCO, CALIFORNIA 94104
(415) 986-4624

1         MR. COHEN:  Q.  The next category, number six,
2    who do you believe would be the person most
3    knowledgeable as to the organization, structure,
4    management and ownership of CMG Mortgage?
5         MR. ROSENTHAL:  I'm going to object.  This
6    witness was produced here with respect to categories
7    four and five, and not to answer questions about who
8    she thinks would be most knowledgeable about other
9    categories.
10        MR. COHEN:  Are you going to instruct her not
11   to answer the question?
12        MR. ROSENTHAL:  Yes.  This is a waste of time
13   to be asking her about who might be the most
14   knowledgeable person at CMG about the organization,
15   structure and management.  She's been produced by us
16   as to four and five.
17        You can bring a motion to compel if you like,
18   but we're moving on.
19        MR. COHEN:  No.  First of all, I get to ask
20   any witness produced in response to the corporate
21   deposition notice any question, whether it's in a
22   specific category or not.  And there's law that
23   supports that.
24        Second of all, I'm entitled to determine
25   whether or not the witness is the person most

1   account, yes.

2   Q. Are the branches separate corporations?

3   A. Yes.

4   Q. So for example, for Jim Bowman's branches,
5   there was a corporation, Pacific Real Estate
6   Management Company; is that correct?

7   A. Yes.

8   Q. Do you know whether that company was owned by
9   Mr. Bowman?

10  A. I don't know that directly. I would assume
11  so.

12  Q. Why are you assuming that?

13  A. He referred to it as his company.

14  Q. Is that the way that the other branch managers
15  talk about their companies?

16  A. Yes.

17  Q. Are the branch managers required to have a
18  company, in order to be branch managers at CMG?

19       MR. ROSENTHAL: Objection. Calls for
20  speculation. If you know?

21       THE WITNESS: If they're going to -- under our
22  facilities agreement, they're required to have a
23  corporation.

24       MR. COHEN: Q. Is this something that you
25  have discussed with prospective branch managers?

46

1    A.  Yes.

2    Q.  And what is it that you tell them about being
3 required to have a corporation?

4    A.  I tell them that one of the agreements as a
5 net branch with CMG Mortgage, which at that time, it
6 was the facilities agreement, also known as the
7 commercial lease agreement, would be an agreement
8 between CMG and their corporation.  If they were not
9 currently incorporated, they would need to become
10 incorporatemd in order to go into this agreement and
11 become a branch.

12    Q.  Now this is not a conversation that you had
13 with Mr. Bowman because he never joined CMG?

14    A.  No.

15    Q.  What do you base your statement that they need
16 to become incorporated in order to become a net
17 branch; what's the basis for this policy?

18        MR. ROSENTHAL:  Objection.  Calls for
19 speculation.

20        MR. COHEN:  Q.  What's the basis of your
21 knowledge about this policy?

22    A.  This agreement is between CMG and a net branch
23 that is independently owned and operated by an
24 individual or a group of people.

25    Q.  Does that mean that some of these branches are

47

PATRICIA MITCHELL

1  question.

2  Q.  I'm trying to find out whether there may have
3  been a period while you were working at CMG when
4  branch managers were not submitting an expense
5  voucher?

6  A.  Possibly.

7  MR. COHEN:  Let's try this.  Let's make this
8  the next exhibit.

9           (Whereupon, a group of branch
            distribution forms was marked as
10          Exhibit 4 for identification.)

11  MR. COHEN:  Josh, I have marked up two of
12  these, so you are going to have to look on the exhibit
13  for now with the witness.

14  Q.  This is a collection of documents that I
15  received from CMG.  Are you familiar with this form?

16  A.  Yes.

17  Q.  Can you tell us what it is?

18  A.  It's the monthly distribution report.

19  Q.  Is this different than the profit and loss
20  report that you were telling us about before?

21  A.  Yes, it is.

22  Q.  Is that what you refer to it as, the monthly
23  distribution report?

24  A.  Yes.

25  Q.  Did you create this report?

60

```
 1        Q.   Are you saying the only thing you have seen is
 2   125 percent in all the branches that you've worked
 3   with?
 4        A.   At this time, yes.  At this time, yes.
 5        Q.   Was there some previous time when you saw a
 6   different figure?
 7        A.   Currently.
 8        Q.   Has there ever been a time where the
 9   facilities were adjusted by some number other than 125
10   percent in any of your experience?
11        A.   In the case of Mr. Bowman?
12        Q.   For anyone?
13        A.   Are we talking about then or now?
14        Q.   Any time, then or now?
15        A.   We have brought on new branches in 2007, where
16   their agreement may be different.
17        Q.   So is the number higher or lower?
18        A.   It's higher.
19        Q.   Is that what the 150 percent refers to?
20        A.   That's correct.
21        Q.   Okay.  Then next column that reads profit
22   distribution to reserves, what does that refer to?
23        A.   There was an option by which if the reserve
24   balance was not at the required amount, revenue could
25   roll over into the reserve account to increase that
```

1  amount.  That was an option.

2      Q.  What do you mean when you say it was an
3  option?

4      A.  The corporation could also write a check to
5  increase their reserve balance, if they chose to do it
6  that way.

7      Q.  How is this communicated to the branches?

8          Let me back up a second.

9          Is that something that is calculated on a
10 month to month basis, the question of whether reserves
11 need to be supplemented?

12     A.  No.

13     Q.  Do you do it on any sort of a regular basis?

14     A.  No.  It would depend on -- no, not on a
15 regular basis.  It's circumstance which would require
16 a reserve account to maybe increase if the expense of
17 the branch increased substantially.

18     Q.  So there were some circumstances where CMG
19 asked the branch managers to write a check rather than
20 taking money from revenues; is that correct?

21     A.  Not the branch manager.  It would be their
22 corporation.  The reserve account was with the
23 corporation, the individual's corporation.

24     Q.  Did I understand you to say that this
25 reconciliation of the reserve account is not done on

1   A.   Initially a reserve account is always
2   established by a check.  The initial installment is
3   always from a check from the corporation.
4   Q.   That's the amount that is in the facilities
5   agreement as a security deposit; is that correct?
6   A.   Yes.
7   Q.   Now does CMG use the terms security deposit
8   and reserves interchangeably in this context?
9   MR. ROSENTHAL:  Objection.  Calls for
10  speculation.
11  MR. COHEN:  Q.  As far as you know, are they
12  the same thing?
13  A.   Yes.
14  Q.   So the manager when they initially sign up as
15  a branch manager with CMG, their corporation writes a
16  check for the security deposit, and that goes into the
17  reserves; is that correct?
18  A.   That's subject to the facilities agreement.
19  Q.   And then in the future if there are any
20  adjustments to the reserves, those are referred to as
21  reserves and not a security deposit?
22  A.   Same thing.  Again the terms are used
23  interchangeably.
24  Q.   So the current reserve balance is the amount
25  that is set aside as reserves at the time this report

99

1  loans banked?

2  A. That's production per month. Number of loans

3  brokered would be loans not funded through CMG, like

4  that are brokered out to a third party. The amount

5  would be the units brokered out for a month.

6  Q. Units brokered out per month?

7  A. Unit is file. So per file.

8  Next column is the same for ones that were

9  banked, meaning CMG funded loans.

10  Q. Now there is a notes column on the right

11  there. Is this something that you fill out?

12  A. I would have put that there.

13  Q. During the time that you worked with this

14  report, did anybody else put any information about

15  notes in there?

16  MR. ROSENTHAL: Objection. Calls for

17  speculation.

18  MR. COHEN: Q. To the extent that you know?

19  A. No.

20  Q. While you were responsible for completing this

21  report, did anybody else work on the report besides

22  yourself?

23  A. No.

24  Q. There is a notation there that says no

25  distribution made. Can you tell us what that means?

```
 1        A.   That there is neither an expense reimbursement
 2   or profit distribution being made.
 3        Q.   And that was for January 2007; correct?
 4        A.   That's -- yes.
 5        Q.   What was the reason that there was no
 6   distribution paid that month?
 7        A.   I don't know.  I was instructed not to
 8   distribute.
 9        Q.   Who instructed you not to distribute?
10        A.   Paul Chavez.
11        Q.   When was it that he instructed you not to make
12   a distribution that month?
13        A.   When?
14        Q.   Yes.
15        A.   Well, it would have had to be at least by mid
16   month of February, because that's when this report is
17   to be finalized.
18        Q.   Do you know whether he instructed you not to
19   do that after February 1st or could it have been
20   before that?
21        A.   I'm sure after.
22        Q.   Why are you sure of that?
23        A.   Because he wouldn't know if there's any
24   distribution to make until after the report is
25   finalized.
```

PATRICIA MITCHELL

1  Q. Did Mr. Chavez come to you before the report
2  was finalized and say regardless of what the report
3  says, do not make a distribution to Mr. Bowman?
4  A  No. When I complete the report for all the
5  branches, I consult with him on what the distributions
6  are and than a determination is made from that point.
7  Q. Based on the numbers that you see here, just
8  on the chart alone, would you ordinarily have issued a
9  distribution?
10         MR. ROSENTHAL: What do you mean?
11         MR. COHEN: Q. If you had not been instructed
12 to not make a distribution, based on these numbers,
13 what distribution would ordinarily be made under
14 normal circumstances?
15         MR. ROSENTHA : I am going to object.
16 Incomplete hypothetical, calls for speculation.
17         If you know all the factors that could go into
18 the hypothetical question he asked, then you can
19 answer. If you feel you need more information, you
20 can ask him.
21         MR. COHEN: Q. It's a very straightforward
22 question. You work with these numbers every month?
23 A. Yes.
24 Q. You know the product of this work usually
25 determines whether a distribution check will be

103

1  issued; correct?

2    A.  Yes.

3    Q.  Had somebody not instructed you not to make a
4  distribution, based on the numbers in front of you,
5  would you have made a distribution?

6    A.  Under normal procedure, yes, a distribution
7  would have been made for branch 455.

8    Q.  Based on what information are you saying that;
9  what information on the line for 455?

10   A.  I'm sorry.  Can I restate that?

11   Q.  Sure.

12   A.  Following normal procedure, a distribution
13  would have been made for both branches.

14   Q.  Could you walk us through what your
15  calculation would be for each of these lines?

16       I'm trying to understand how these different
17  categories work together, so if you look across the
18  branch 455 line, what was the calculation that would
19  be made to determine whether and how much of a
20  distribution would be made?

21   A.  If there were revenue from the revenue column,
22  I would compare the revenue column to the facility
23  with adjustments column, in this case the number
24  exceeds the revenue amount, but there is enough to
25  release revenue to cover expenses.

PATRICIA MITCHELL

1    MR. COHEN: I need to make copies of this.
2  I'll be right back.
3    MR. ROSENTHAL: Off the record.
4    (Short recess taken.)
5         (Whereupon, an e-mail dated January
           20, 2007 was marked as Exhibit
6          18 for identification.)
7    MR. COHEN: Can you identify this document?
8    A. Yes.
9    Q. Can you tell us what it is, please?
10   A. This is from a marketing associate with
11 marketing credits due to Pacific Trust Lending.
12   Q. Do you know why he sent this to you?
13   A. These were credits due to the branch, unused
14 market credits that he sent to me so that I could
15 properly credit the branch.
16   Q. Crediting the branch meaning what?
17   A. Giving the branch account -- entering the
18 credit in the accounting system to the branch account.
19   Q. That credit would be reflected as what, income
20 to the branch?
21   A. It would be income to the branch.
22   Q. Is this something that you requested of him?
23   A. No.
24   Q. Would you take a look at the next page of the
25 exhibit, please?

176

```
 1        Q.   Did he direct you to do this calculation of
 2   lender fees?
 3        A.   Yes.  If I wanted to do it, yes.
 4        Q.   What else did he ask you to do relating to the
 5   financials for Mr. Bowman?
 6        A.   That was it.
 7        Q.   When you gave Mr. Chavez these calculations
 8   and balanced the lender fees against the corporate
 9   branch financials, what did you do then?
10        A.   Issued a marketing credit check.
11        Q.   Did you credit the branch for the marketing
12   credits at that point?
13        A.   I didn't.
14        Q.   And why not?
15        A.   I was never given back the approved check
16   request to do so.
17        Q.   By Mr. Chavez; is that right?
18        A.   Yes.
19        Q.   Did you ask him for it?
20        A.   I'm sure I did.
21        Q.   What did he say to you?
22             MR ROSENTHAL:  You did or are you sure you
23   did?
24             THE WITNESS:  I'm sure I did.
25             MR. COHEN:  Q.  What did he say to you?
```

181

1   A.   Something in the line of I'm holding it for
2 now, or something.
3   Q.   Did he say why?
4   A.   No.
5   Q.   Did Mr. Chavez say to you at any time after
6 Mr. Bowman terminated the relationship with CMG that
7 Bowman owed CMG money?
8   A.   Yes.
9   Q.   What did he say to you about that?
10   A.   It had to do with buy backs of loans or
11 something.
12   Q.   Do he say that before Mr. Bowman's last day of
13 work or afterwards?
14   A.   I don't recall.
15   Q.   Did he state any other reasons to you why Mr.
16 Bowman might owe CMG money?
17       MR. ROSENTHAL:   I want to make sure.  You're
18 talking about Bowman; there is a distinction between
19 Bowman and the branch.
20       THE WITNESS:   Well, usually he would say Jim
21 Bowman's branches.
22       MR. COHEN:   Q.   Do you know if he used the
23 name of the individual and branch interchangeably?
24   A.   Possibly.
25   Q.   So you heard there were some buy backs of

182