# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

JAMES W. BOWMAN, JR. and
PACIFIC REAL ESTATE MANAGEMENT
COMPANY, INC., a Washington
Corporation,

        Plaintiff,

vs.     Case No. C-07-3140-SI

CMG MORTGAGE, INC., a California
Corporation; CMG MORTGAGE, INC.,
d/b/a PACIFIC GUARANTEE MORTGAGE;
CMG MORTGAGE SERVICES, INC., a
California corporation; CMG
MORTGAGE SERVICES, INC., d/b/a
PACIFIC GUARANTEE MORTGAGE,
Inclusive,

        Defendants.
_____/

CERTIFIED COPY

DEPOSITION OF PAUL CHEVEZ

Tuesday, March 18, 2008

Reported by:
CYNTHIA L. THOMAS
CSR 2950

NANCY SORENSEN
Court Reporting Services
41 Sutter Street, Suite 505
San Francisco, California 94104
(415) 986-4624

1

PAUL CHEVEZ

1  A.     I'm discussing the Financial Statements from --
2  yeah, at the time of his termination.
3  Q.     Okay. What other records reflect where the
4  reserves are now?
5  A.     I'm not sure I understand the point.
6  Q.     Well, CMG is holding these reserves somewhere;
7  is that correct?
8  A.     Uhm-hmm.
9  Q.     In a bank account?
10 A.     There's -- well, it's along with, yes, other --
11 other moneys.
12 Q.     Okay. So what account are these reserves being
13 held in?
14 A.     We have reserves held in several accounts, but
15 I would say the most likely place for the reserves being
16 held are in our GMAC Warehouse Bank called Excess Cash
17 Account.
18 Q.     Are they earmarked in any way? Is there a --
19 well, let me. Let me start again.
20        Is there a separate account for the reserves?
21 A.     No.
22 Q.     They are thrown into what sort of an account?
23 Is it a general operating account?
24 A.     It's an operating account, yes.
25 Q.     And where is this bank?

116

PAUL CHEVEZ

A. It's in Pennsylvania, I believe.

Q. How do you keep -- how do you track which funds in this account are branch reserves?

A. We just have an accounting of branch reserves for security deposits for all the different branches that get accumulated to the balance sheet, so we know how much is being -- how much is earmarked for reserves.

Q. Okay. So this is a line item on your balance sheet?

A. A line item on the balance sheet, yes.

Q. And we're talking about the CMG Mortgage, Inc. balance sheet?

A. Correct.

Q. Are they listed separately for each branch or just as reserves for all the branches?

A. Reserves for all the branches.

Q. Okay. So in order to determine which of these is earmarked for Mr. Bowman's branches, you'd have to go back to the branch statements?

A. Financial Statements, correct.

Q. Okay. Now, are there any documents that you haven't told us about that reflect the decision not to return these reserves to Mr. Bowman?

A. Any documents?

Q. Sure.

117

PAUL CHEVEZ

```
1    A.        Yeah.
2    Q.        The document speaks for itself.
3    A.        Okay.
4    Q.        I'm trying to see what your --
5    A.        Okay. Then I'm okay with that.
6    Q.        -- what your understanding of --
7    A.        My understanding of the document would be that
8    if there is an expense or costs that are associated with
9    Mr. Bowman's branches, that that -- the security deposit
10   as it's stated, I guess, can be used to offset those
11   expenses.
12   Q.        The reserves that are kept in the GMAC bank
13   account that you told us about earlier, is that an
14   interest bearing account?
15   A.        No.
16   Q.        What sort of account is it?
17   A.        It's an operating account we use -- we utilize
18   the funds for several purposes to -- when funding loans,
19   our warehouse provider funds a percentage of the loan
20   amount and they use our -- some of those funds to fund
21   the balance due to a title company to close the loan.
22            Also when the loan is sold to an investor and
23   proceeds are sent to our warehouse bank, the warehouse
24   bank deducts what they've advanced on that loan and they
25   give us the profits, and that goes into that account so
```

PAUL CHEVEZ

1  there's money flowing in and out of that account.
2       When we need to utilize funds to operate our
3  company, we wire funds out of the account to our other
4  operating bank locally.
5  Q.   And that's the account that you store these
6  reserves in; is that correct?
7  A.   That's the account that would be able to --
8  yeah, that would have funds for the deposits.
9  Q.   I'm not an accountant.  I understand that
10 stores is not the best word in that situation.
11 A.   Sure.  Sure.
12 Q.   But that's where you deposit the reserves; is
13 that correct?
14 A.   No.
15 Q.   No?
16 A.   No.
17 Q.   Okay.  Where are the reserves deposited?
18 A.   They -- well, again, if a check is provided by
19 a branch manager, then that -- that deposit would go into
20 our operating account locally.
21 Q.   Locally, meaning what?
22 A.   Locally, meaning, well, it was Bay Bank of
23 Commerce.  It was bought out.  It's now Mt. Diablo Bank
24 of Commerce, and then it was bought out and is now
25 officially Wells Fargo, but the main operating account

146

PAUL CHEVEZ

1  A.        They could be put around to different sources.
2  Different places. I'm sorry.
3  Q.        Would it be your standard practice to have this
4  money sitting in the operating account for -- since
5  Mr. Bowman signed this Agreement in 2004?
6  A.        In the same account? I'm sorry. Is that your
7  question?
8  Q.        Yes.
9  A.        No. I would say probably it's not in the same
10 account at that point.
11 Q.        Okay. And where would this money have gone to
12 after being deposited into that account?
13 A.        It could have been processed and sent to our
14 GMAC warehouse account, where that's the account we keep
15 most of our funds in.
16 Q.        Is that your standard practice then when you
17 receive money for reserves, that you forward this account
18 to the warehouse account?
19 A.        No.
20 Q.        I'm sorry. Just so the record is clear, that
21 you forward these reserves to the warehouse account?
22 A.        No. Standard is all the money that goes into
23 the account we utilize the funds for operation of
24 business and things, and part of operation of business is
25 moving the funds to our warehouse lines, and again, we

148

PAUL CHEVEZ

1  like to try to keep as much funds in our warehouse lines
2  as possible, so we keep smaller balances in our operating
3  account locally.
4  Q.      So the reserves were actually commingled with
5  operating -- with your operating account; is that
6  correct?
7          MR. ROSENTHAL: I'm going to object as to --
8  vague and ambiguous as to commingled.
9          THE WITNESS: Uhm-hmm.
10 BY MR. COHEN:
11 Q.      Well, I don't think it's vague, but if there's
12 some misunderstanding, then maybe you can explain that to
13 me.
14 A.      Well, define commingled.
15 Q.      The reserves or security deposits were
16 deposited into an operating account; is that correct?
17 A.      That is correct.
18 Q.      And then these are used for operating expenses
19 of the business; is that correct?
20 A.      Operating, yes. It also includes payment of
21 commissions to the branches and it's used for, yeah, all
22 operations, I guess.
23 Q.      They are not maintained in some sort of a trust
24 account?
25 A.      No.

PAUL CHEVEZ

1  Q.    Or an escrow or anything like that?

2  A.    No.

3  Q.    Did CMG use Mr. Bowman's deposits or reserves
4  to pay CMG's operating expenses?

5  A.    I don't know exactly the money of his that went
6  in, if it did. Again I don't know if we received checks
7  or how it was set up. And I could not tell you that it
8  exactly went to pay or if it went to pay for anything.
9  Again, if his -- any deposit check, any reserve check,
10 along with other checks all go into the operating
11 account, so I couldn't say his exact funds were used for
12 what -- for which purposes.

13 Q.    And it's your practice to put as much of this
14 money from the operating account into the warehouse
15 account. Is that what you testified to?

16 A.    I think I testified that all -- most of our
17 funds we try to put into the warehouse account, correct.

18 Q.    And would you tell me again what this warehouse
19 account is used for?

20 A.    It's a cash account that we utilize at our
21 warehouse bank to -- if funds are needed for a funding
22 through our Mortgage Banking Division, then those funds
23 are transferred to the title company to help close that
24 loan. And then again funds come back in when loans are
25 purchased and we receive wires, and after paying off the

warehouse bank, what they advanced, the -- if there's profits left over, it goes into that account also.

Q. And then you --

A. It's one account.

Q. And then you do that over and over again?

A. We do that over and over again, yes.

Q. All right. Thank you.

Are you required to maintain any specific amount of money in this warehouse account?

A. Are we required to? I don't believe so, no.

Q. And my question is both as to either a government regulation or the requirements of any investors or other entities you do business with.

A. No.

Q. Okay. The more money that you put into the warehouse account, the better able you are to make loans; is that correct?

A. I don't know if I'd classify it that way, but if --

Q. Maybe you --

A. -- we have funds available in there to help fund loans, you know.

Q. Well, maybe you could state it a little more artfully than I can.

A. Okay.

PAUL CHEVEZ

1  Q.      It's in CMG's interest to maximize the amount
2  of money it has in the warehouse account; is that
3  correct?
4  A.      I would say yes, it is.
5  Q.      Okay.  And why is that?
6  A.      Because it -- we have the availability as we're
7  funding loans to not have to wire out of our own local
8  operating account.  They can utilize the funds from the
9  warehouse bank's account, and then the warehouse bank
10 sends it all in one wire.
11 Q.      It's one -- I'm not understanding this one wire
12 business.
13 A.      Sure.
14 Q.      What do you mean by that?
15 A.      One wire at a title.  So if I can give an
16 example, if we're funding a loan to a title company and
17 the loan amount is a hundred thousand dollars -- and
18 again this is just an example -- the warehouse bank will
19 usually advance $99,000 off of our line of credit, and
20 then take the rest of the money that needs to be wired to
21 title to close the loan, including the broker's
22 commission or other fees or anything that needs to be
23 sent to title to close the loan.  They take that from our
24 cash account, our operating account there, combine it
25 together and send one wire.

1          So if the title company needs $102,000 to close
2   that transaction, they'll advance $99,000 from our line
3   of credit, and they'll take 3,000 from that cash account
4   and put it together and wire out $102,000 to the title
5   company.
6   Q.    Does the amount of money you have in the
7   warehouse account affect your line of credit?
8   A.    No, I don't believe it does.
9   Q.    Okay. What is the line of credit secured by?
10  A.    A personal guarantee by Mr. George, and the --
11  the security instruments for the loans themselves.
12  Q.    Those would be the mortgages?
13  A.    Yes.
14  Q.    Is that correct?
15  A.    Right.
16  Q.    It sounds to me like CMG is using Mr. Bowman's
17  reserve to fund loans. Is that correct?
18  A.    No, I don't think that's correct.
19  Q.    Why not?
20  A.    I think that we have -- again, it's -- it's
21  hard to say what exact dollars is used for what, but I
22  would say we have sufficient cash to fund our loans. We
23  have sufficient reserves or excess cash, or whatever you
24  want to call it, for the reserves of the branches.
25  Q.    We, meaning CMG?

```
 1   credits, but not real conversation about it, not
 2   definitions or anything.
 3   Q.      Okay.  And what about as to Mr. Bowman?
 4   A.      I did ask Patricia, after learning about the
 5   Complaint, if Mr. Bowman had an outstanding marketing
 6   credit, and I believe her answer was yes.
 7   Q.      When was this?
 8   A.      I don't know the exact time, but it was
 9   probably after the review of the Complaint.
10   Q.      Are we talking about this year?
11   A.      This year, yes.
12   Q.      2008?
13   A.      2008, yes.
14   Q.      So within the last month or months?
15   A.      Last few months.
16   Q.      Was this something that you asked on your own
17   initiative or were you asked to look into the matter?
18   A.      I think it's something I asked on my own
19   initiative.
20   Q.      Okay.  What did you do after you received this
21   information?
22   A.      I know that I've given -- I've talked to
23   Mr. George about that.
24   Q.      So you told Mr. George that Patricia Mitchell
25   had told you that Mr. Bowman had some credit for
```

202

PAUL CHEVEZ

1  marketing; is that --

2  A.     There was -- I believe I told him there was an
3  outstanding marketing -- marketing credit for
4  Mr. Bowman's branch.

5  Q.     And how did he reply to that?

6  A.     I don't remember how he answered or if he
7  answered.

8  Q.     Did he instruct you to do anything at that
9  point?

10 A.     No.  Not at that point, no.

11 Q.     Did he ask you about it or did you bring it up
12 with him?

13 A.     I believe I brought it up with him.

14 Q.     What else did you discuss with Mr. George at
15 that time about Mr. Bowman?

16 A.     I believe what I discussed with him at that
17 time is what the Financial Statements showed at the time
18 of the termination of Mr. Bowman.

19 Q.     What do you mean by what the Financial
20 Statement showed?

21 A.     What was showing as a reserve in each branch,
22 what at that time was showing as a potential net profit
23 of each branch, and then letting him know that the
24 marketing credit that Patricia had said was due was not
25 in there.