**Exhibit E**

**Patricia Mitchell**

| | |
|---|---|
| **From:** | Kern Lewis |
| **Sent:** | Tuesday, January 30, 2007 4:11 PM |
| **To:** | Patricia Mitchell |
| **Cc:** | Paul Chevez |
| **Subject:** | Pacific Trust Marketing Credits |

We have an outstanding balance of 15,383 credits due Pacific Trust. They planned offset these against eligible marketing expenses for 2006, which Jim assumed was happening automatically. (This explains why he never sent me any bills directly, even after he said he was doing so.)  He has now sent the bills to me to clear his credit balance prior to leaving PGM.
At $.80 per credit, the balance due them is $12,306. I will submit the check request tomorrow when you are back in the office.

Sorry this took so long to clear up.

**Kern Lewis**
**Assoc. Marketing Director**
**CMG Financial Services**
**925-983-3010**

**Ask me about the loan that could change your whole financial outlook!**
**The new HOME OWNERSHIP ACCELERATOR!**

No Mktg credit until Lender Fees due are Assessed.

CMG001441

1/31/2007

## Check Request Form

| Date Requested: | 1/30/2006 | Date Needed: | 2/2/2007 |
|---|---|---|---|

| Requested by: | Jeanine Builta | Branch: | SR-MKTG |
|---|---|---|---|

| Route To: | Jeanine Builta | G/L Code: | 7620-16-01-01-06 |
|---|---|---|---|

PGM, Advertising, Non-Working Media, Other

| Amount | $12,306.00 |
|---|---|

| Payable to: | Pacific Trust Lending |
|---|---|
| Address: | 2505 S. 320th St., Ste 260 |
| City, State, Zip: | Federal Way, WA  98003 |

253-839-9088                    Jim Bowman

| Borrower: | |
|---|---|
| Loan Officer: | |
| Loan Number: | |

| Reason/ Description: | Marketing Credits - reimbursement for: |
|---|---|
| | Yellow Page Advertising |
| | (this covers all remaining Mktg Credits) |

| Manager Signature for Approval: | |
|---|---|

CMG001442