**Exhibit F**

### January PGM Profit Distribution

| Branch Number | Location | Branch Manager | Net Income available for Distribution | Facilities Expense Request | Facilities with adjustment (90% - 15%) | Profit Distribution to Reserves | Facilities Distribution | Profit Distribution to Branch Manager | Current Reserve Balance | Required Reserves (minimum 2 Months or $1,000 - whichever is more) | NUMBER OF LOANS BROKERED | VOLUME OF LOANS BROKERED | NUMBER OF LOANS BANKED | VOLUME OF LOANS BANKED | PERCENT BROKERED | PERCENT BANKED | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 455 | Federal Way, WA | Jim Bowman | 3,122.31 | 0.00 | 0.00 | 3,019.56 | 0.00 | 102.75 | 25,086.20 | 28,105.76 | 8 | $ 1,083,700 | 10 | $ 1,478,050 | 44% | 56% | Jim will have $3,019.56 of his branch profit go to reserves. The remaining $102.75 will be sent to him as a branch manager check. Iantha will cut this check. |
| 457 | Vancouver, WA | Terry Greenan | (1,443.93) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 15,425.92 | 3 | $ 426,750 | 0 | $ - | 100% | 0% | |