# Exhibit E

**CMG Mortgage, Inc.**

STATEMENT OF OPERATIONS

AMENDED 2/22/07

FOR PGM, Federal Way, WA (455)
FOR THE 1 PERIOD ENDED JANUARY 31, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| **Revenue:** | | | | |
| Revenue | | | | |
| Brokered Origination Fees: 455 | $27,459.09 | 52.5 % | 27,459.09 | 52.5 |
| Banked Origination: 455 | 16,947.50 | 32.4 | 16,947.50 | 32.4 |
| Incentives: 455 | 1,118.75 | 2.1 | 1,118.75 | 2.1 |
| Processing Fees: 455 | 6,774.64 | 13.0 | 6,774.64 | 13.0 |
| TOTAL Revenue | 52,299.98 | 100.0 | 52,299.98 | 100.0 |
| TOTAL Revenue | 52,299.98 | 100.0 | 52,299.98 | 100.0 |
| **Cost of Sales:** | | | | |
| Direct Costs | | | | |
| Appraisal Fees: 455 | 375.00 | .7 | 375.00 | .7 |
| Administration: 455 | 2,300.00 | 4.4 | 2,300.00 | 4.4 |
| Other: 455 | (2,161.00) | (4.1) | (2,161.00) | (4.1) |
| Commissions: 455 | 24,089.76 | 46.1 | 24,089.76 | 46.1 |
| Management Fees: 455 | 1,372.95 | 2.6 | 1,372.95 | 2.6 |
| TOTAL Direct Costs | 25,976.71 | 49.7 | 25,976.71 | 49.7 |
| TOTAL Cost of Sales | 25,976.71 | 49.7 | 25,976.71 | 49.7 |
| Gross Profit | 26,323.27 | 50.3 | 26,323.27 | 50.3 |
| **Expenses:** | | | | |
| Personnel | | | | |
| Salaries: 455 | 2,776.00 | 5.3 | 2,776.00 | 5.3 |
| Bonus: 455 | 900.00 | 1.7 | 900.00 | 1.7 |
| Employer Tax: 455 | 1,611.03 | 3.1 | 1,611.03 | 3.1 |
| Employee Benefits: 455 | 1,782.66 | 3.4 | 1,782.66 | 3.4 |
| Employer 401K: 455 | 224.74 | .4 | 224.74 | .4 |
| Workers Comp Insurance: 455 | 144.66 | .3 | 144.66 | .3 |
| TOTAL Personnel | 7,439.09 | 14.2 | 7,439.09 | 14.2 |
| Occupancy | | | | |
| Storage: 455 | 15.00 | .0 | 15.00 | .0 |
| TOTAL Occupancy | 15.00 | .0 | 15.00 | .0 |
| General & Administrative | | | | |
| Taxes | 1,506.91 | 2.9 | 1,506.91 | 2.9 |
| TOTAL General & Administrative | 1,506.91 | 2.9 | 1,506.91 | 2.9 |

**CMG Mortgage, Inc.**

STATEMENT OF OPERATIONS

*FOR PGM, Federal Way, WA (455)*
*FOR THE 1 PERIOD ENDED JANUARY 31, 2007*

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| Office Supplies & Services | | | | |
| UPS & FedEx: 455 | $7.75 | .0 % | 7.75 | .0 |
| TOTAL Office Supplies & Servic | 7.75 | .0 | 7.75 | .0 |
| Insurance & Bonds | | | | |
| Insurance | 160.00 | .3 | 160.00 | .3 |
| TOTAL Insurance & Bonds | 160.00 | .3 | 160.00 | .3 |
| TOTAL Expenses | 9,128.75 | 17.5 | 9,128.75 | 17.5 |
| Net Income from Operations | 17,194.52 | 32.9 | 17,194.52 | 32.9 |
| Other Income & Expense | | | | |
| PY Carry Forward: 455 | 41,807.25 | 79.9 | 41,807.25 | 79.9 |
| Reserves: 455 | (18,525.39) | (35.4) | (18,525.39) | (35.4) |
| Facilities:455 | (23,281.86) | (44.5) | (23,281.86) | (44.5) |
| TOTAL Other Income & Expense | .00 | .0 | .00 | .0 |
| Earnings before Income Tax | 17,194.52 | 32.9 | 17,194.52 | 32.9 |
| Net Income (Loss) | $17,194.52 | 32.9 % | 17,194.52 | 32.9 |

GENERAL LEDGER DETAIL REPORT

BRANCH 455 - PGM, Federal Way, WA (455)
DETAIL POSTINGS FOR PERIOD 01 ENDING 01/31/07

| ACCOUNT NO./ PER | DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|---|
| 4610-455 | | | Brokered Origination Fees: 455 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | PHELPS 45560281 MATTHEW D | | | 4,210.00 | | 4,210.00CR |
| 01 | 01/15/07 | CR-J0115 | STEWART 45560292 KEN W | | | 5,793.75 | | 10,003.75CR |
| 01 | 01/31/07 | CR-J0131 | BEARD 45570006 JOE B | | | 6,300.00 | | 16,303.75CR |
| 01 | 01/31/07 | CR-J0131 | SCHNEIDER 45560289 JIM B | | | 1,349.00 | | 17,652.75CR |
| 01 | 01/31/07 | CR-J0131 | SCHNEIDER 44560290 JIM B | | | 419.95 | | 18,072.70CR |
| 01 | 01/31/07 | CR-J0131 | LEONCE 45570298 ROSE G | | | 332.00 | | 18,404.70CR |
| 01 | 01/31/07 | CR-J0131 | LEONCE 45570297 ROSE G | | | 1,028.00 | | 19,432.70CR |
| 01 | 01/31/07 | CR-J0131 | LAZARES 45560291 JIM B | | | 459.79 | | 19,892.49CR |
| 01 | 01/31/07 | CR-J0131 | LAZARES 45560279 JIM B | | | 3,360.00 | | 23,252.49CR |
| 01 | 01/31/07 | CR-J0131 | THORNTON 45560277 TALYA M | | | 1,394.10 | | 24,646.59CR |
| 01 | 01/31/07 | CR-J0131 | GERMER 45560280 JIM B | | | 2,362.50 | | 27,009.09CR |
| 01 | 01/31/07 | CR-J0131 | BEARD 45570006 JOE B | | 6,300.00 | | | 20,709.09CR |
| 01 | 01/31/07 | CR-J0131 | BEARD 45570006 JOE B | | | 6,750.00 | | 27,459.09CR |
| | | | | .00 | 6,300.00 | 33,759.09 | 27,459.09CR | 27,459.09CR |
| 4612-455 | | | Banked Origination: 455 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | SCEARCY 45560288 MATTHEW D | | | 2,205.00 | | 2,205.00CR |
| 01 | 01/30/07 | CR-J0130 | PRENTICE 45570003 KATE W | | | 5,670.00 | | 7,875.00CR |
| 01 | 01/31/07 | CR-J0131 | MANTHEY 45560286 JOE B | | | 4,702.50 | | 12,577.50CR |
| 01 | 01/31/07 | CR-J0131 | MANTHEY 45560287 JOE B | | | 4,370.00 | | 16,947.50CR |
| 01 | 01/31/07 | CR-J0131 | YOUNG 60511154 TERRY G | | | 14,870.00 | | 31,817.50CR |
| 01 | 01/31/07 | GJ-J0131 | REVISE YOUNG: MOVE TO 457 | | 14,870.00 | | | 16,947.50CR |
| | | | | .00 | 14,870.00 | 31,817.50 | 16,947.50CR | 16,947.50CR |
| 4615-455 | | | Incentives: 455 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 BRANCH INCENTIVES | | | 1,118.75 | | 1,118.75CR |
| | | | | .00 | .00 | 1,118.75 | 1,118.75CR | 1,118.75CR |
| 4620-455 | | | Processing Fees: 455 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | PHELPS 45560281 MATHEW D | | | 630.00 | | 630.00CR |
| 01 | 01/15/07 | CR-J0115 | STEWART 45560292 KEN W | | | 611.64 | | 1,241.64CR |
| 01 | 01/15/07 | CR-J0115 | SCEARCY 45560288 MATTHEW D | | | 613.39 | | 1,855.03CR |
| 01 | 01/30/07 | CR-J0130 | PRENTICE 45570003 KATE W | | | 413.52 | | 2,268.55CR |
| 01 | 01/31/07 | CR-J0131 | BEARD 455700006 JOE B | | | 763.39 | | 3,031.94CR |
| 01 | 01/31/07 | CR-J0131 | SCHNEIDER 44560289 JIM B | | | 415.39 | | 3,447.33CR |
| 01 | 01/31/07 | CR-J0131 | SCHNEIDER 45560290 JIM B | | | 89.90 | | 3,537.23CR |
| 01 | 01/31/07 | CR-J0131 | LEONCE 45570298 ROSE G | | | 150.00 | | 3,687.23CR |
| 01 | 01/31/07 | CR-J0131 | LEONCE 45570297 ROSE G | | | 631.78 | | 4,319.01CR |
| 01 | 01/31/07 | CR-J0131 | LAZARES 45560279 JIM B | | | 581.67 | | 4,900.68CR |
| 01 | 01/31/07 | CR-J0131 | THORNTON 45560277 TALYA M | | | 629.90 | | 5,530.58CR |
| 01 | 01/31/07 | CR-J0131 | GERMER 45560280 JIM B | | | 421.28 | | 5,951.86CR |
| 01 | 01/31/07 | CR-J0131 | MANTHEY 45560286 JOE B | | | 411.39 | | 6,363.25CR |
| 01 | 01/31/07 | CR-J0131 | MANTHEY 45560287 JOE B | | | 411.39 | | 6,774.64CR |
| 01 | 01/31/07 | CR-J0131 | YOUNG 60511154 TERRY G | | | 395.00 | | 7,169.64CR |
| 01 | 01/31/07 | GJ-J0131 | REVISE YOUNG: MOVE TO 457 | | 395.00 | | | 6,774.64CR |
| | | | | .00 | 395.00 | 7,169.64 | 6,774.64CR | 6,774.64CR |
| 6610-455 | | | Appraisal Fees: 455 | .00 | | | | .00 |
| 01 | 01/31/07 | AP-R1004 | EXPRESS APPRAISAL COMPANY/IN: BAKER | | 375.00 | | | 375.00 |
| | | | | .00 | 375.00 | .00 | 375.00 | 375.00 |
| 6620-455 | | | Credit Reports: 455 | .00 | | | | .00 |
| 01 | 01/31/07 | CR-J0131 | YOUNG 60511154 TERRY G | | | 15.26 | | 15.26CR |
| 01 | 01/31/07 | GJ-J0131 | REVISE YOUNG: MOVE TO 457 | | 15.26 | | | .00 |
| | | | | .00 | 15.26 | 15.26 | .00 | .00 |
| 6630-455 | | | Administration: 455 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 ADMIN FEES 12X175.00 | | 2,100.00 | | | 2,100.00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 ADMIN FEES 4X50.00 | | 200.00 | | | 2,300.00 |

| ACCOUNT NO./ PER | DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|---|
| 6630-455 | | Administration: 455 | | (Continued) | | | | |
| | | | | | 2,300.00 | .00 | 2,300.00 | 2,300.00 |
| 6690-455 | | Other: 455 | | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | PHELPS 45560281 MATTHEW D | | | 300.00 | | 300.00CR |
| 01 | 01/15/07 | CR-J0115 | STEWART 45560292 KEN W | | | 300.00 | | 600.00CR |
| 01 | 01/31/07 | CR-J0131 | BEARD 45570006 JOE B | | | 750.00 | | 1,350.00CR |
| 01 | 01/31/07 | CR-J0131 | SCHNEIDER 45560289 JIM B | | | 211.00 | | 1,561.00CR |
| 01 | 01/31/07 | CR-J0131 | LEONCE 45570297 ROSE G | | | 300.00 | | 1,861.00CR |
| 01 | 01/31/07 | CR-J0131 | THORNTON 45560277 TALYA M | | | 300.00 | | 2,161.00CR |
| 01 | 01/31/07 | CR-J0131 | YOUNG 60511154 TERRY G | | | 10.00 | | 2,171.00CR |
| 01 | 01/31/07 | GJ-J0131 | REVISE YOUNG: MOVE TO 457 | | 10.00 | | | 2,161.00CR |
| | | | | .00 | 10.00 | 2,171.00 | 2,161.00CR | 2,161.00CR |
| 6710-455 | | Commissions: 455 | | .00 | | | | .00 |
| 01 | 01/01/07 | GJ-J0095 | BOWMAN, JAMES | | | 1,833.00 | | 1,833.00CR |
| 01 | 01/01/07 | GJ-J0095 | BOWMAN, JOSEPH | | | 2,277.00 | | 4,110.00CR |
| 01 | 01/01/07 | GJ-J0095 | WEBBER, KATE | | | 592.00 | | 4,702.00CR |
| 01 | 01/01/07 | GJ-J0095 | WARD, KEN | | | 6,708.10 | | 11,410.10CR |
| 01 | 01/15/07 | GJ-J0115 | BOWMAN, JAMES | | 1,833.00 | | | 9,577.10CR |
| 01 | 01/15/07 | GJ-J0115 | BOWMAN, JOSEPH | | 2,277.00 | | | 7,300.10CR |
| 01 | 01/15/07 | GJ-J0115 | WARD, KENNETH | | 6,708.10 | | | 592.00CR |
| 01 | 01/15/07 | GJ-J0115 | WEBBER, KATE | | 592.00 | | | .00 |
| 01 | 01/30/07 | GJ-J0130 | DAHLGREN, MATTHEW | | 3,317.75 | | | 3,317.75 |
| 01 | 01/30/07 | GJ-J0130 | WARD, KENNETH | | 3,186.56 | | | 6,504.31 |
| 01 | 01/31/07 | GJ-J0131 | BOWMAN, JAMES | | 5,168.31 | | | 11,672.62 |
| 01 | 01/31/07 | GJ-J0131 | BOWMAN, JOE | | 8,702.38 | | | 20,375.00 |
| 01 | 01/31/07 | GJ-J0131 | MILLER, TALYA | | 766.76 | | | 21,141.76 |
| 01 | 01/31/07 | GJ-J0131 | WEBBER, KATE | | 2,268.00 | | | 23,409.76 |
| 01 | 01/31/07 | GJ-J0131 | GONZALEZ, ROSA | | 680.00 | | | 24,089.76 |
| | | | | .00 | 35,499.86 | 11,410.10 | 24,089.76 | 24,089.76 |
| 6950-455 | | Management Fees: 455 | | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 LENDERS ACCESS FEES | | 1,372.95 | | | 1,372.95 |
| | | | | .00 | 1,372.95 | .00 | 1,372.95 | 1,372.95 |
| 7110-455 | | Salaries: 455 | | .00 | | | | .00 |
| 01 | 01/15/07 | GJ-J0115 | CHRISTENSEN, CARRIE | | 1,110.00 | | | 1,110.00 |
| 01 | 01/15/07 | GJ-J0115 | LINKE, SHARON | | 280.00 | | | 1,390.00 |
| 01 | 01/30/07 | GJ-J0130 | CHRISTENSEN, CARRIE | | 1,086.00 | | | 2,476.00 |
| 01 | 01/30/07 | GJ-J0130 | LINKE, SHARON | | 300.00 | | | 2,776.00 |
| | | | | .00 | 2,776.00 | .00 | 2,776.00 | 2,776.00 |
| 7120-455 | | Bonus: 455 | | .00 | | | | .00 |
| 01 | 01/15/07 | GJ-J0115 | CHRISTENSEN, CARRIE | | 900.00 | | | 900.00 |
| | | | | .00 | 900.00 | .00 | 900.00 | 900.00 |
| 7150-455 | | Employer Tax: 455 | | .00 | | | | .00 |
| 01 | 01/30/07 | GJ-J0130 | BOWMAN, JAMES | | 103.27 | | | 103.27 |
| 01 | 01/30/07 | GJ-J0130 | BOWMAN, JOE | | 174.19 | | | 277.46 |
| 01 | 01/30/07 | GJ-J0130 | CHRISTENSEN, CARRIE | | 233.17 | | | 510.63 |
| 01 | 01/30/07 | GJ-J0130 | DAHLGREN, MATTHEW | | 253.81 | | | 764.44 |
| 01 | 01/30/07 | GJ-J0130 | LINKE, SHARON | | 44.37 | | | 808.81 |
| 01 | 01/30/07 | GJ-J0130 | WARD, KENNETH | | 756.94 | | | 1,565.75 |
| 01 | 01/30/07 | GJ-J0130 | WEBBER, KATE | | 45.28 | | | 1,611.03 |
| | | | | .00 | 1,611.03 | .00 | 1,611.03 | 1,611.03 |
| 7155-455 | | Employee Benefits: 455 | | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 BSHIELD PLAN 1000 | | 1,433.75 | | | 1,433.75 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 VISION | | 19.08 | | | 1,452.83 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 DENTAL | | 273.73 | | | 1,726.56 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 SUPLIFE | | 56.10 | | | 1,782.66 |

| ACCOUNT NO./ PER | DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|---|
| 7155-455 | | | Employee Benefits: 455 | (Continued) | | | | |
| | | | | | 1,782.66 | .00 | 1,782.66 | 1,782.66 |
| 7170-455 | | | Employer 401K: 455 | .00 | | | | .00 |
| 01 | 01/30/07 | GJ-J0130 | BOWMAN, JAMES | | 109.98 | | | 109.98 |
| 01 | 01/30/07 | GJ-J0130 | BOWMAN, JOE | | 91.08 | | | 201.06 |
| 01 | 01/30/07 | GJ-J0130 | WEBBER, KATE | | 23.68 | | | 224.74 |
| | | | | .00 | 224.74 | .00 | 224.74 | 224.74 |
| 7175-455 | | | Workers Comp Insurance: 455 | .00 | | | | .00 |
| 01 | 01/30/07 | GJ-J0130 | 01/30/07 PAYROLL REPORT | | 144.66 | | | 144.66 |
| | | | | .00 | 144.66 | .00 | 144.66 | 144.66 |
| 7235-455 | | | Storage: 455 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 STORAGE 12X1.25 | | 15.00 | | | 15.00 |
| | | | | .00 | 15.00 | .00 | 15.00 | 15.00 |
| 7390-455 | | | Taxes | .00 | | | | .00 |
| 01 | 01/24/07 | GJ-J0108 | 3rd QTR 2006 WASHINGTON TAX | | 1,506.91 | | | 1,506.91 |
| | | | | .00 | 1,506.91 | .00 | 1,506.91 | 1,506.91 |
| 7445-455 | | | UPS & FedEx: 455 | .00 | | | | .00 |
| 01 | 01/25/07 | AP-R0989 | UPS  /IN: 62X2X2027 | | 7.75 | | | 7.75 |
| | | | | .00 | 7.75 | .00 | 7.75 | 7.75 |
| 7710-455 | | | Insurance | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 E & O INSUR 16X10.00 | | 160.00 | | | 160.00 |
| | | | | .00 | 160.00 | .00 | 160.00 | 160.00 |
| 9000-455 | | | PY Carry Forward: 455 | .00 | | | | .00 |
| 01 | 01/01/07 | GJ-J0101 | 2006 PY CARRY FORWARD | | | 41,807.25 | | 41,807.25CR |
| | | | | .00 | .00 | 41,807.25 | 41,807.25CR | 41,807.25CR |
| 9010-455 | | | Reserves: 455 | .00 | | | | .00 |
| 01 | 01/01/07 | GJ-J0101 | 2006 YTD RESERVES | | 18,525.39 | | | 18,525.39 |
| | | | | .00 | 18,525.39 | .00 | 18,525.39 | 18,525.39 |
| 9025-455 | | | Facilities:455 | .00 | | | | .00 |
| 01 | 01/11/07 | AP-R0929 | PACIFIC REAL ESTATE  /IN: 011507-455 | | 23,281.86 | | | 23,281.86 |
| 01 | 01/11/07 | AP-R0929 | PACIFIC REAL ESTATE  /IN: 011507-457 | | 18,805.51 | | | 42,087.37 |
| 01 | 01/31/07 | GJ-J0131 | MOVE 457 JAN DISTRIBUTION | | | 18,805.51 | | 23,281.86 |
| | | | | .00 | 42,087.37 | 18,805.51 | 23,281.86 | 23,281.86 |
| | | | BRANCH 455 TOTAL: | .00 | 130,879.58 | 148,074.10 | 17,194.52CR | 17,194.52CR |

CMG Mortgage, Inc.
GENERAL JOURNAL

| SOURCE JOURNAL | POSTING DATE | JOURNAL COMMENT | | REVERSING DATE |
|---|---|---|---|---|
| GJ-0131 | 01/31/07 | | | |

| ACCOUNT NO | DESCRIPTION/COMMENT | DEBIT | CREDIT |
|---|---|---:|---:|
| 4612-455 | Banked Origination: 455<br>REVISE YOUNG: MOVE TO 457 | 14,870.00 | |
| 1999-000 | PGM Loans Funded at CMG | | 14,870.00 |
| 4620-455 | Processing Fees: 455<br>REVISE YOUNG: MOVE TO 457 | 395.00 | |
| 1999-000 | PGM Loans Funded at CMG | | 395.00 |
| 6620-455 | Credit Reports: 455<br>REVISE YOUNG: MOVE TO 457 | 15.26 | |
| 1999-000 | PGM Loans Funded at CMG | | 15.26 |
| 6690-455 | Other: 455<br>REVISE YOUNG: MOVE TO 457 | 10.00 | |
| 1999-000 | PGM Loans Funded at CMG | | 10.00 |
| 4612-457 | Banked Origination: 457<br>REVISED YOUNG: MOVED FROM 455 | | 14,870.00 |
| 1999-000 | PGM Loans Funded at CMG | 14,870.00 | |
| 4620-457 | Processing Fees: 457<br>REVISED YOUNG: MOVED FROM 455 | | 395.00 |
| 1999-000 | PGM Loans Funded at CMG | 395.00 | |
| 6620-457 | Credit Reports: 457<br>REVISED YOUNG: MOVED FROM 455 | | 15.26 |
| 1999-000 | PGM Loans Funded at CMG | 15.26 | |
| 6690-457 | Other: 457<br>REVISED YOUNG: MOVED FROM 455 | | 10.00 |
| 1999-000 | PGM Loans Funded at CMG | 10.00 | |
| 9025-455 | Facilities:455<br>MOVE 457 JAN DISTRIBUTION | | 18,805.51 |
| 9025-457 | Facilities:457<br>JANUARY DISTRIBUTION | 18,805.51 | |
| | JOURNAL GJ-0131 TOTALS: | 49,386.03 | 49,386.03 |
| | SOURCE GJ TOTALS: | 49,386.03 | 49,386.03 |
| | REPORT TOTALS: | 49,386.03 | 49,386.03 |

STATEMENT OF OPERATIONS

**AMENDED 2/22/07**

FOR 457 - Pacific Trust Lending Vancover WA
FOR THE 1 PERIOD ENDED JANUARY 31, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
| --- | ---: | ---: | ---: | ---: |
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| **Revenue:** | | | | |
| Revenue | | | | |
| Brokered Origination Fees: 457 | $34,643.36 | 50.2 % | 34,643.36 | 50.2 |
| Banked Origination: 457 | 28,913.64 | 41.9 | 28,913.64 | 41.9 |
| Incentives: 457 | 1,649.12 | 2.4 | 1,649.12 | 2.4 |
| Processing Fees: 457 | 3,760.00 | 5.5 | 3,760.00 | 5.5 |
| TOTAL Revenue | 68,966.12 | 100.0 | 68,966.12 | 100.0 |
| TOTAL Revenue | 68,966.12 | 100.0 | 68,966.12 | 100.0 |
| **Cost of Sales:** | | | | |
| Direct Costs | | | | |
| Appraisal Fees: 457 | (800.00) | (1.2) | (800.00) | (1.2) |
| Credit Reports: 457 | (16.03) | .0 | (16.03) | .0 |
| Administration: 457 | 1,500.00 | 2.2 | 1,500.00 | 2.2 |
| Other: 457 | (1,280.00) | (1.9) | (1,280.00) | (1.9) |
| Commissions: 457 | 38,204.12 | 55.4 | 38,204.12 | 55.4 |
| Management Fees: 457 | 2,630.13 | 3.8 | 2,630.13 | 3.8 |
| TOTAL Direct Costs | 40,238.22 | 58.3 | 40,238.22 | 58.3 |
| TOTAL Cost of Sales | 40,238.22 | 58.3 | 40,238.22 | 58.3 |
| Gross Profit | 28,727.90 | 41.7 | 28,727.90 | 41.7 |
| **Expenses:** | | | | |
| Personnel | | | | |
| Salaries: 457 | 3,800.00 | 5.5 | 3,800.00 | 5.5 |
| Bonus: 457 | 6,593.34 | 9.6 | 6,593.34 | 9.6 |
| Employer Tax: 457 | 1,960.55 | 2.8 | 1,960.55 | 2.8 |
| Employee Benefits: 457 | 921.93 | 1.3 | 921.93 | 1.3 |
| Employer 401K: 457 | 50.40 | .1 | 50.40 | .1 |
| Workers Comp Insurance: 457 | 195.57 | .3 | 195.57 | .3 |
| TOTAL Personnel | 13,521.79 | 19.6 | 13,521.79 | 19.6 |
| Occupancy | | | | |
| Storage: 457 | 8.75 | .0 | 8.75 | .0 |
| TOTAL Occupancy | 8.75 | .0 | 8.75 | .0 |
| General & Administrative | | | | |
| Taxes | 1,244.43 | 1.8 | 1,244.43 | 1.8 |
| TOTAL General & Administrative | 1,244.43 | 1.8 | 1,244.43 | 1.8 |

**CMG Mortgage, Inc.**

STATEMENT OF OPERATIONS

*FOR 457 - Pacific Trust Lending Vancover WA*
*FOR THE 1 PERIOD ENDED JANUARY 31, 2007*

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| Insurance & Bonds | | | | |
|   Insurance & Bonds: 457 | $100.00 | .1 % | 100.00 | .1 |
|   TOTAL Insurance & Bonds | 100.00 | .1 | 100.00 | .1 |
|     TOTAL Expenses | 14,874.97 | 21.6 | 14,874.97 | 21.6 |
|     Net Income from Operations | 13,852.93 | 20.1 | 13,852.93 | 20.1 |
| Other Income & Expense | | | | |
|   PY Carry Forward: 457 | 39,962.36 | 57.9 | 39,962.36 | 57.9 |
|   Reserves: 457 | (21,156.85) | (30.7) | (21,156.85) | (30.7) |
|   Facilities:457 | (18,805.51) | (27.3) | (18,805.51) | (27.3) |
|   TOTAL Other Income & Expense | .00 | .0 | .00 | .0 |
|     Earnings before Income Tax | 13,852.93 | 20.1 | 13,852.93 | 20.1 |
|     Net Income (Loss) | $13,852.93 | 20.1 % | 13,852.93 | 20.1 |

# GENERAL LEDGER DETAIL REPORT

**CMG Mortgage, Inc.**

*BRANCH 457 - 457 - Pacific Trust Lending Vancover WA*
*DETAIL POSTINGS FOR PERIOD 01 ENDING 01/31/07*

| ACCOUNT NO./ PER | DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|---|
| 4610-457 | | | Brokered Origination Fees: 457 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060412 TERRY G | | | 6,736.63 | | 6,736.63CR |
| 01 | 01/15/07 | CR-J0115 | MYLES 45760583 TERRY G | | | 5,866.42 | | 12,603.05CR |
| 01 | 01/29/07 | CR-J0126 | MAVRAKIS 45760571 TERRY G | | | 7,590.00 | | 20,193.05CR |
| 01 | 01/29/07 | CR-J0126 | HERSHEY 45770011 TERRY G | | | 12,190.00 | | 32,383.05CR |
| 01 | 01/29/07 | CR-J0126 | SPAULDING 45760586 BRETT G | | | 2,260.31 | | 34,643.36CR |
| | | | | | .00 | 34,643.36 | 34,643.36CR | 34,643.36CR |
| 4612-457 | | | Banked Origination: 457 | .00 | | | | .00 |
| 01 | 01/29/07 | CR-J0126 | KRAMER 60511022 TERRY G | | | 6,773.64 | | 6,773.64CR |
| 01 | 01/30/07 | CR-J0130 | EVANS 45760562 JENNIFER J | | | 7,270.00 | | 14,043.64CR |
| 01 | 01/31/07 | GJ-J0131 | REVISED YOUNG: MOVED FROM 455 | | | 14,870.00 | | 28,913.64CR |
| | | | | | .00 | 28,913.64 | 28,913.64CR | 28,913.64CR |
| 4615-457 | | | Incentives: 457 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 BRANCH INCENTIVESQ | | | 1,649.12 | | 1,649.12CR |
| | | | | | .00 | 1,649.12 | 1,649.12CR | 1,649.12CR |
| 4620-457 | | | Processing Fees: 457 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060411 TERRY G | | | 150.00 | | 150.00CR |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060412 TERRY G | | | 695.00 | | 845.00CR |
| 01 | 01/15/07 | CR-J0115 | MYLES 45760583 TERRY G | | | 545.00 | | 1,390.00CR |
| 01 | 01/29/07 | CR-J0126 | MAVRAKIS 45760571 TERRY G | | | 395.00 | | 1,785.00CR |
| 01 | 01/29/07 | CR-J0126 | HERSHEY 45770011 TERRY G | | | 395.00 | | 2,180.00CR |
| 01 | 01/29/07 | CR-J0126 | SPAULDING 45760586 BRETT G | | | 395.00 | | 2,575.00CR |
| 01 | 01/29/07 | CR-J0126 | KRAMER 60511022 TERRY G | | | 395.00 | | 2,970.00CR |
| 01 | 01/30/07 | CR-J0130 | EVANS 45760562 JENNIFER J | | | 395.00 | | 3,365.00CR |
| 01 | 01/31/07 | GJ-J0131 | REVISED YOUNG: MOVED FROM 455 | | | 395.00 | | 3,760.00CR |
| | | | | | .00 | 3,760.00 | 3,760.00CR | 3,760.00CR |
| 6610-457 | | | Appraisal Fees: 457 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060412 TERRY G | | | 750.00 | | 750.00CR |
| 01 | 01/15/07 | CR-J0115 | MYLES 45760583 TERRY G | | | 450.00 | | 1,200.00CR |
| 01 | 01/29/07 | CR-J0126 | HERSHEY 45770011 TERRY G | | | 400.00 | | 1,600.00CR |
| 01 | 01/31/07 | AP-R1004 | BALKENBUSH APPRAISAL COMP/IN: 06-147 | | 400.00 | | | 1,200.00CR |
| 01 | 01/31/07 | AP-R1004 | MULLIGAN & ASSOCIATES, IN/IN: 99-42506SS | | 400.00 | | | 800.00CR |
| | | | | | 800.00 | 1,600.00 | 800.00CR | 800.00CR |
| 6620-457 | | | Credit Reports: 457 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060411 TERRY G | | | 16.03 | | 16.03CR |
| 01 | 01/31/07 | AP-R1030 | FIRST AMERICAN CREDCO /IN: 329561231 | | 15.26 | | | .77CR |
| 01 | 01/31/07 | GJ-J0131 | REVISED YOUNG: MOVED FROM 455 | | | 15.26 | | 16.03CR |
| | | | | | 15.26 | 31.29 | 16.03CR | 16.03CR |
| 6630-457 | | | Administration: 457 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 ADMIN FEES 8X175.00 | | 1,400.00 | | | 1,400.00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 ADMIN FEES 2X50.00 | | 100.00 | | | 1,500.00 |
| | | | | | 1,500.00 | .00 | 1,500.00 | 1,500.00 |
| 6690-457 | | | Other: 457 | .00 | | | | .00 |
| 01 | 01/15/07 | CR-J0115 | HATCH 60060412 TERRY G | | | 10.00 | | 10.00CR |
| 01 | 01/15/07 | CR-J0115 | MYLES 45760583 TERRY G | | | 310.00 | | 320.00CR |
| 01 | 01/29/07 | CR-J0126 | MAVRAKIS 45760571 TERRY G | | | 310.00 | | 630.00CR |
| 01 | 01/29/07 | CR-J0126 | HERSHEY 45770011 TERRY G | | | 310.00 | | 940.00CR |
| 01 | 01/29/07 | CR-J0126 | SPAULDING 45760586 BRETT G | | | 310.00 | | 1,250.00CR |
| 01 | 01/29/07 | CR-J0126 | KRAMER 60511022 TERRY G | | | 10.00 | | 1,260.00CR |
| 01 | 01/30/07 | CR-J0130 | EVANS 45760562 JENNIFER J | | | 10.00 | | 1,270.00CR |
| 01 | 01/31/07 | GJ-J0131 | REVISED YOUNG: MOVED FROM 455 | | | 10.00 | | 1,280.00CR |

**CMG Mortgage, Inc.**

GENERAL LEDGER DETAIL REPORT

BRANCH 457 - 457 - Pacific Trust Lending Vancover WA
DETAIL POSTINGS FOR PERIOD 01 ENDING 01/31/07

| ACCOUNT NO./ PER DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|
| 6690-457 | | Other: 457 | (Continued) | | | | |
| | | | .00 | .00 | 1,280.00 | 1,280.00CR | 1,280.00CR |
| 6710-457 | | Commissions: 457 | .00 | | | | .00 |
| 01 01/01/07 | GJ-J0094 | MOOK, PATRICIA | | | 1,773.88 | | 1,773.88CR |
| 01 01/01/07 | GJ-J0095 | GREENEN, TERRY | | | 5,812.40 | | 7,586.28CR |
| 01 01/01/07 | GJ-J0095 | BOUDEN, DEAN | | | 1,687.51 | | 9,273.79CR |
| 01 01/01/07 | GJ-J0095 | BERGER, ANN | | | 3,008.32 | | 12,282.11CR |
| 01 01/15/07 | GJ-J0115 | BERGER, ANN | | 3,008.32 | | | 9,273.79CR |
| 01 01/15/07 | GJ-J0115 | BOLDEN, DEAN | | 1,687.51 | | | 7,586.28CR |
| 01 01/15/07 | GJ-J0115 | GREENAN, TERRY | | 5,812.40 | | | 1,773.88CR |
| 01 01/30/07 | GJ-J0130 | BERGER, ANN | | 2,246.57 | | | 472.69 |
| 01 01/30/07 | GJ-J0130 | BOLDEN, DEAN | | 695.49 | | | 1,168.18 |
| 01 01/30/07 | GJ-J0130 | GREENAN, TERRY | | 5,345.41 | | | 6,513.59 |
| 01 01/31/07 | GJ-J0131 | GRENNAN, TERRY | | 20,959.37 | | | 27,472.96 |
| 01 01/31/07 | GJ-J0131 | HORN, JOSHUA | | 800.00 | | | 28,272.96 |
| 01 01/31/07 | GJ-J0131 | GREENEN, BRETT | | 1,130.16 | | | 29,403.12 |
| 01 01/31/07 | GJ-J0131 | JOURNET, JENNIFER | | 4,435.00 | | | 33,838.12 |
| 01 01/31/07 | GJ-J0131 | BERGER, ANN | | 4,366.00 | | | 38,204.12 |
| | | | .00 | 50,486.23 | 12,282.11 | 38,204.12 | 38,204.12 |
| 6950-457 | | Management Fees: 457 | .00 | | | | .00 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 LENDERS ACCESS FEES | | 1,732.16 | | | 1,732.16 |
| 01 01/31/07 | GJ-J0131 | 2006 UNCOLLECTED LENDERS FEES | | 897.97 | | | 2,630.13 |
| | | | .00 | 2,630.13 | .00 | 2,630.13 | 2,630.13 |
| 7110-457 | | Salaries: 457 | .00 | | | | .00 |
| 01 01/15/07 | GJ-J0115 | JOURNET, JENNIFER | | 1,900.00 | | | 1,900.00 |
| 01 01/30/07 | GJ-J0130 | JOURNET, JENNIFER | | 1,900.00 | | | 3,800.00 |
| | | | .00 | 3,800.00 | .00 | 3,800.00 | 3,800.00 |
| 7120-457 | | Bonus: 457 | .00 | | | | .00 |
| 01 01/15/07 | GJ-J0115 | HORN, JOSHUA | | 2,000.00 | | | 2,000.00 |
| 01 01/15/07 | GJ-J0115 | JOURNET, JENNIFER | | 1,200.00 | | | 3,200.00 |
| 01 01/30/07 | GJ-J0130 | HORN, JOSHUA | | 2,093.34 | | | 5,293.34 |
| 01 01/30/07 | GJ-J0130 | JOURNET, JENNIFER | | 1,300.00 | | | 6,593.34 |
| | | | .00 | 6,593.34 | .00 | 6,593.34 | 6,593.34 |
| 7150-457 | | Employer Tax: 457 | .00 | | | | .00 |
| 01 01/30/07 | GJ-J0130 | BERGER, ANN | | 171.87 | | | 171.87 |
| 01 01/30/07 | GJ-J0130 | BOLDEN, DEAN | | 182.30 | | | 354.17 |
| 01 01/30/07 | GJ-J0130 | GREENAN, TERRY | | 853.57 | | | 1,207.74 |
| 01 01/30/07 | GJ-J0130 | HORN, JOSHUA | | 305.79 | | | 1,513.53 |
| 01 01/30/07 | GJ-J0130 | JOURNET, JENNIFER | | 447.02 | | | 1,960.55 |
| | | | .00 | 1,960.55 | .00 | 1,960.55 | 1,960.55 |
| 7155-457 | | Employee Benefits: 457 | .00 | | | | .00 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 BSHIELD PLAN 1000 | | 286.75 | | | 286.75 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 BSHIELD PLAN 500 | | 670.89 | | | 957.64 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 VISION | | 16.70 | | | 974.34 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 DENTAL | | | 196.66 | | 777.68 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 DENTAL | | 118.40 | | | 896.08 |
| 01 01/31/07 | GJ-J0131 | 01/31/07 SUPLIFE | | 25.85 | | | 921.93 |
| | | | .00 | 1,118.59 | 196.66 | 921.93 | 921.93 |
| 7170-457 | | Employer 401K: 457 | .00 | | | | .00 |
| 01 01/30/07 | GJ-J0130 | JOURNET, JENNIFER | | 50.40 | | | 50.40 |

| ACCOUNT NO./ PER | DATE | JOURNAL | POSTING REMARKS | BEGINNING BAL | DEBIT | CREDIT | NET CHANGE | ENDING BAL |
|---|---|---|---|---|---|---|---|---|
| 7170-457 | | | Employer 401K: 457 | (Continued) | | | | |
| | | | | | 50.40 | .00 | 50.40 | 50.40 |
| 7175-457 | | | Workers Comp Insurance: 457 | .00 | | | | .00 |
| 01 | 01/30/07 | GJ-J0130 | 01/30/07 PAYROLL REPORT | | 195.57 | | | 195.57 |
| | | | | .00 | 195.57 | .00 | 195.57 | 195.57 |
| 7235-457 | | | Storage: 457 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 STORAGE 7X1.25 | | 8.75 | | | 8.75 |
| | | | | .00 | 8.75 | .00 | 8.75 | 8.75 |
| 7390-457 | | | Taxes | .00 | | | | .00 |
| 01 | 01/24/07 | GJ-J0108 | 3rd QTR 2006 WASHINGTON TAX | | 1,244.43 | | | 1,244.43 |
| | | | | .00 | 1,244.43 | .00 | 1,244.43 | 1,244.43 |
| 7710-457 | | | Insurance & Bonds: 457 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | 01/31/07 E & O INSUR 10X10.00 | | 100.00 | | | 100.00 |
| | | | | .00 | 100.00 | .00 | 100.00 | 100.00 |
| 9000-457 | | | PY Carry Forward: 457 | .00 | | | | .00 |
| 01 | 01/01/07 | GJ-J0101 | 2006 CARRY FORWARD | | | 39,962.36 | | 39,962.36CR |
| | | | | .00 | .00 | 39,962.36 | 39,962.36CR | 39,962.36CR |
| 9010-457 | | | Reserves: 457 | .00 | | | | .00 |
| 01 | 01/01/07 | GJ-J0101 | 2006 YTD RESERVES | | 21,156.85 | | | 21,156.85 |
| | | | | .00 | 21,156.85 | .00 | 21,156.85 | 21,156.85 |
| 9025-457 | | | Facilities:457 | .00 | | | | .00 |
| 01 | 01/31/07 | GJ-J0131 | JANUARY DISTRIBUTION | | 18,805.51 | | | 18,805.51 |
| | | | | .00 | 18,805.51 | .00 | 18,805.51 | 18,805.51 |
| | | | BRANCH 457 TOTAL: | .00 | 110,465.61 | 124,318.54 | 13,852.93CR | 13,852.93CR |
| | | | REPORT TOTAL: | .00 | 110,465.61 | 124,318.54 | 13,852.93CR | 13,852.93CR |