# Exhibit F

Pacific Guarantee Mortgage
Expense Voucher

Name/Company: Pacific Real Estate Mgmt. Co., , Inc.    Date: January 2007    Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Finestar | Rent | 5,972.92 | It Source | Computer Support | 272.00 |
| Eschelon | Telephone | 812.80 | Pacific Office | Computer | 110.51 |
| Sprint | Cell Phone | 335.80 | Toshiba | E-Studio 520 | 926.20 |
| First Amer Cred | Credit Rpts | 724.14 | Land Safe | Tri-Merge Bur. | 14.00 |
| GMAC | Vehicles | 1,034.18 | BetterBus Bur. | Membership Dues | 565.00 |
| Sierra Springs | Water | 31.24 | Shred-It | Doc. Des. | 49.50 |
| Pitney Bowes | Postage | 262.60 | | | |
| Office Depot | Office Supplies | 106.96 | | | |
| | UPS | 32.43 | | | |
| ARc | Credit Rpts | 53.00 | | | |
| Dell Financial | Comp lease | 164.84 | | | |
| Qwest | Phones | 25.09 | | | |
| Qwest | " | 25.32 | | | |
| DeLage Fin. | Equipment lease | 217.60 | | | |
| **Subtotal (Recurring):** $ | | 3948.00 | **Subtotal (Miscellaneous):** $ | | 1937.21 |

**GRAND TOTAL** (Subtotal Recurring & Miscellaneous): $ 11,736.13

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |

Signature [signed]    Date 1/24/07

Audited by Accounting Staff    Date

All items must have corresponding backup. Please include copies of invoices or receipts.
Please return this form and back-up to: Patricia Mitchell
CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**
**Expense Voucher**

Name/Company: Pacific Real Estate Mgmt. Co., Inc.  Date: January 2007  Branch: 457

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips | Rent | 4173.00 | | | |
| | Telephone | | | | |
| | Cell Phone | | | | |
| First AmerCredit | Credit Rpts | 275.55 | | | |
| Shred-It | Doc Dest. | 60.00 | | | |
| | Utilities - Water | | | | |
| Hasler Mailing | Postage | 114.00 | | | |
| | Office Supplies | | | | |
| Pacific Office | Computer Lease | 354.57 | | | |
| | UPS | | | | |
| Yellow Book | Advertising | 1,612.00 | | | |
| | Marketing | | | | |
| Superior Internet | Web/mail | 149.00 | | | |
| Toshiba | Copier Lease | 1150.0 | | | |
| Toshiba | E 520 | 1219.0 | | | |

Subtotal (Recurring): $ 9067.14    Subtotal (Miscellaneous): $

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): $ 9067.14

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |

Signature: [signed]  Date: 1/24/07

Audited by Accounting Staff  Date:

All items must have corresponding backup. Please include copies of invoices or receipts.
Please return this form and back-up to: Patricia Mitchell
CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583