# Exhibit G



**SAN DIEGO CREDIT ASSOCIATION**

2044 First Avenue, Suite 300
San Diego, California 92101-2079

*Since 1896*
*AFFILIATED WITH THE NATIONAL ASSOCIATION OF CREDIT MANAGEMENT*

Mary S. Bouffard
Collection Division Manager

Telephone: (619) 239-8191
(800) 275-3936
Fax: (619) 239-8296
email: collections@PSCredit.com
*www.PSCredit.com*

---

January 28, 2008

CMG Mortgage, Inc
DBA: Pacific Trust
909 S 336th Street Ste 105
Federal Way WA 98003

Re: First Advantage Credco
Claim #: 0126763 Your Account #: 0732-9675-1
Balance Due: $392.56

Gentlemen/Ladies:

You have been notified previously that your account as listed above was assigned for collection and to date payment has not been received.

Please mail your check to avoid any further collection procedures. Your payment, or any questions you may have, should be directed to this office to ensure proper credit to your account.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Yours truly,

Larry Allen
Collection Division



# SAN DIEGO CREDIT ASSOCIATION

Mary S. Bouffard
Collection Division Manager

2044 First Avenue, Suite 300
San Diego, California 92101-2079

*Since 1896*
*AFFILIATED WITH THE NATIONAL ASSOCIATION OF CREDIT MANAGEMENT*

Telephone: (619) 239-8191
(800) 275-3936
Fax: (619) 239-8296
email: collections@PSCredit.com
*www.PSCredit.com*

December 18, 2007

James Bowman
3623 42nd Avenue NE
Tacoma, WA 98422

Re: First Advantage Credco Your Account #: 0732-9675-1
Claim #: 0126763
James Bowman Guarantor for: CMG Mortgage, Inc

| | |
|---|---|
| Claim Amount: | $392.56 |
| Interest to date: | $44.72 |
| Total: | $437.28 |

Dear James Bowman:

The above account has been placed with this office for collection.

This is your official notice of that placement and a demand for payment in full, immediately.

Please use the enclosed envelope for your remittance.

Yours very truly,

Larry Allen [ lallen@pscredit.com ]
Collection Division

This is an attempt to collect a debt and any information obtained will be used for that purpose.



Mary S. Bouffard
Collection Division Manager

2044 First Avenue, Suite 300
San Diego, California 92101-2079

*Since 1896*
*AFFILIATED WITH THE NATIONAL ASSOCIATION OF CREDIT MANAGEMENT*

Telephone: (619) 239-8191
(800) 275-3936
Fax: (619) 239-8296
email: collections@PSCredit.com
www.PSCredit.com

**VIA FACSIMILE**

TO: CMG Mortgage, Inc

DATE: January 2, 2008

ATTN: Jim Bowman

No. of Pages 16 + Cover

FAX#: 253/839-9095

RE: <u>First Advantage Credco</u>
Claim#: 0126763

Dear Jim:

Attached are the past due invoices, agreement and personal guaranty for First Advantage Credco.

Please call me to arrange payment by Monday, January 14. 2007.

My direct line is (800) 275-3936 (x535).

Sincerely,

Larry Allen
Collection Division

This is an attempt to collect a debt and any information obtained will be used for that purpose.

◆ Serving the Pacific Southwest ◆

The pages comprising this facsimile transmission contain confidential information from San Diego Wholesale Credit Association. This information is intended solely for use by the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify the person above by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

FAX NO. : 6129973281    Jul. 08 2005 08:43AM P4

FROM : 06-27-'05 17:25 FROM-PACIFIC TRUST LEND    2538399093    T-460 P03/04 U-299

# EXHIBIT B

**THIS EXHIBIT IS APPLICABLE TO AGENTS ONLY**

If Client is obtaining Information Services as agent, Client must complete and sign this Exhibit B.

1. Client certifies that it will order and use Information Services solely on behalf Client's principal specified below as its agent:

Name of Principal (Company Name): **CMG Mortgage**
Street Address (No P.O. Boxes): **3160 Crow Canyon Road Suite 325**
City: **San Ramon**   State: **CA**   Zip: **94583**
Phone: **925-983-3200**   Fax: **925-866-8842**   Email: _____
Principal's Acct #: **0740-4893/0230-1354**

[paragraph of small print about FAC permitting Client to use Information Services as agent]

Name of Client (Company Name): **CMG Mortgage dba Pacific Trust Lending**
(Agent)
Street Address (No P.O. Boxes): **500 W 8th St. Suite 100**
City: **Vancouver**   State: **WA**   Zip: **98660**
Phone: **253-839-9088**   Fax: **253-839-9093**   Email: **jimbowman@pacifictrustlending.com**
Signature: [signed]
Date: **6/27/05**
Print Name: **Jim Bowman**   Title: **Branch Operator**

## CONTINUING GUARANTY

[Body of continuing guaranty paragraphs - illegible small print]

Name: **James W. Bowman**   Title: **Branch Operator**   SSN: **539 82 5935**
Home Address (No P.O. Boxes): **3623 41st Ave SE**   City: **Tacoma**   State: **WA**   Zip: **98662**
Home Address (No P.O. Boxes): _____
(If at current address for less than 2 years)
Phone: **253-839-9088**   Fax: **253-839-9093**   Email: _____
Signature: [signed]   Date: **6/27/05**

Page 11 of 20

CONF-BATOCT04-A

Acct: [redacted]   Cust: [redacted]



First American Credco

DATE: 7/19/05

First American CREDCO
12395 First American Way
Poway, California 92064

Subject: Agency Authorization

The undersigned ("we," "our," and "us") confirms that:

1. Tom Bowman / Vancouvs ("Agent") is authorized to order consumer reports and other products and services (together, "Information Services") from First American Credco/Executive Reporting Services ("FAC") as our agent, for use, on our behalf.

2. Agent is authorized to order and use, on our behalf, Information Services that consist of consumer report products and services solely in connection one or more of the following types of transactions in which we are involved: (1) a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer; (2) as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of the credit or prepayment risks associated with, an existing credit obligation; and/or (3) in connection with underwriting of insurance involving the consumer.

We agree to notify FAC immediately in writing if we terminate, limit, restrict, or otherwise modify Agent's authority to act on our behalf in connection with the Information Services in any material respect.

We will not be responsible for the fees FAC charges Agent for Information Services, and Agent will be solely responsible for all such fees.

Very truly yours.

Signature: [signature]
Print Name: Christopher M George
Title: President
Company Name: CMG Mortgage
Account Number: 0740-4893

SF-OPY-200507-9326

19. If Client orders OFAC Screening Service, FAC Screening Services, Identity Verification and Fraud Prevention Products, or Tax Return Verification Services ("TRV"), Client acknowledges and agrees to comply with and abide by the additional terms and requirements set forth in Exhibit "D", attached hereto and incorporated herein by reference.

20. Client certifies that it will order Credit Reports solely for one or more of the following purposes—either on its own behalf, or if Client is acting as agent, on behalf of its principal in connection with the following purpose(s) and for no other purpose *(Client must check only those that apply, and, below Client's signature to this Agreement, declare all intended uses of Credit Reports)*:

| | | |
|---|---|---|
| ☒ | a. | In connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer |
| ☐ | b. | in connection with underwriting of insurance involving the consumer |
| ☐ | c. | as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of the credit or prepayment risks associated with, an existing credit obligation |

21. *The person signing below represents and warrants that he or she (1) has the necessary authority to bind the principal(s) set forth below; and (2) is authorized and hereby consents for Client to receive faxes, including, but not limited to fax advertisements, sent by or on behalf of FAC and its affiliates to the fax number(s) indicated below.*

Company Name (please print): CMG d.b.a. Pacific Trust Lending

Street Address (no P.O. Boxes): 2505 S. 320th St. Suite: 260

City: Federal Way State: WA Zip: 98003

Signature: [signature] Date: 6/27/05

Print Name: Kim Bauman Title: Branch Operator

Phone No: 253-839-9088 Fax No: 253-839-9093

Intended Use of Credit Reports (identify all uses): prequal mortgages

Additional locations covered by this Agreement: 500 W 8th St STE 100, Vancouver, WA 98660
(List each physical address or attach a separate listing on company letterhead)

Acct: Cust:

First American CREDCO
12395 First American Way
Poway, California 92064
Visit us at www.facredco.com

FIRST AMERICAN
More to work with.

STATEMENT FOR :

JIM BOWMAN
CMG MTG INC DBA PACIFIC TRUST LENDING
909 SO. 336TH STREET
SUITE 105
FEDERAL WAY, WA 98003

**For questions you may email us at facredco.billing@firstam.com, call (800) 294-5566 or fax to (800) 998-4747.**

| Account Number | Statement Number | Service Period | Statement Date | Print Date |
|---|---|---|---|---|
| 0732-9675-1 | 3600059 | 01/01/07 - 01/31/07 | 02/02/07 | 01/02/08 |

| | |
|---|---|
| Balance Forward Previous Month | $275.55 |
| Adjustments | $0.00 |
| Payments | ($360.14) |
| Current Charges | $427.59 |
| Surcharges | $12.35 |
| Sales Tax | $0.00 |
| **Total Due by 02/28/07** | **$355.35** |

**Please do not adjust before contacting our billing department.**

AGED BALANCE SUMMARY

| Current | 30 Days | 60 Days | 90 Days | 120+ Days | Total |
|---|---|---|---|---|---|
| $355.35 | $0.00 | $0.00 | $0.00 | $0.00 | $355.35 |

Remittance Portion - To ensure proper credit, please enclose this portion with your remittance.

JIM BOWMAN
CMG MTG INC DBA PACIFIC TRUST LENDING
909 SO. 336TH STREET
SUITE 105
FEDERAL WAY, WA 98003

Account Number : 0732-9675-1
Int Number : 3296751
Statement Number : 3600059
Ind Code : 102

Total Due : $355.35

Amount Remitted :

**PLEASE REMIT TO :**

First American CREDCO
P.O. Box 509019
San Diego, Ca 92150-9019
Federal Tax ID # : 41-2181101

**Major Credit Cards Accepted**
(See page 2 for instructions)