**Exhibit H**

## Pacific Guarantee Mortgage

### Expense Voucher

Name/Company: **Pacific Real Estate Mgmt. Co., , Inc.**   Date: *January 2007*   Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Phonestar | Rent | 5,977.92 | It Source | Computer Support | 272.00 |
| Eschelon | Telephone | 812.80 | Pacific Office | Computer | 110.51 |
| Sprint | Cell Phone | 335.80 | Toshiba | E-Studio 520 | 926.20 |
| First Amer Credco | Credit Rpts | 724.14 | Land Safe | Tri-Merge Bur. | 14.00 |
| GMAC | Vehicles | 1,034.18 | BetterBus.Bur. | Membership Dues | 565.00 |
| Sierra Springs | Water | 31.24 | Shred-It | Doc. Des. | 49.50 |
| Pitney Bowes | Postage | 262.60 | | | |
| Office Depot | Office Supplies | 106.96 | | | |
| | | | | | |
| | UPS | 32.43 | | | |
| ARC | Credit Rpts | 53.00 | | | |
| Dell Financial | Comp lease | 164.84 | | | |
| Qwest | Phones | 25.09 | | | |
| Qwest | " | 25.32 | | | |
| DeLage Fin. | Equipmentlease | 217.60 | | | |
| **Subtotal (Recurring):** $ | | 3948.00 | **Subtotal (Miscellaneous):** $ | | 1937.21 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 11,736.13

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $ | | Subtotal this column: $ | |

I certify that this claim was for business use only.

Signature _____   Date: 1/24/07

Audited by Accounting Staff _____   Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company: **Pacific Real Estate Mgmt. Co., , Inc.**    Date: December 2006    Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Primester | Rent | 5972.92 | It Source | Comp. Support | 34.00 |
| McLeod USA | Telephone | 800.31 | Public Storage | Storage | 122.00 |
| Sprint | Cell Phone | 253.41 | Shred It | Doc. Destruction | 99.00 |
| Gmac | Vehicles | 1034.18 | Toshiba | E-Studio 520 | 861.70 |
| Dell Financial | Computers | 758.75 | | | |
| Sierra Spring | 9 - Water | 37.89 | | | |
| Pitney Bowes | Postage | 394.58 | | | |
| Office Depot | Office Supplies | 152.20 | | | |
| " " | NSF Checks | 526.25 | | | |
| | UPS | 60.29 | | | |
| ARC | Credit Rpts | 18.00 | | | |
| Credco | " " | 687.05 | | | |
| Qwest | Phones | 31.84 | | | |
| " | " | 27.01 | | | |
| DeLage Landen | Computer lease | 217.60 | | | |
| **Subtotal (Recurring):** $ | | - | **Subtotal (Miscellaneous):** $ | | 1116.70 |

**GRAND TOTAL (Subtotal Recurring & Miscellaneous):** $ 12,089.04

| FOR ACCOUNTING USE ONLY | | | | | |
|---|---|---|---|---|---|
| GL Code | Amount | | GL Code | Amount | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | $ | | Subtotal this column: $ | | |
| ACCOUNTING GRAND TOTAL: $ | | | | | |

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:    Date: *November 2006*    Branch: 455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Primestar | Rent | 5,972.92 | Minuteman Press | Business Cards | 53.62 |
| McLeod USA | Telephone | 851.93 | Digishots | " | 96.72 |
| | Cell Phone | | Shred-It | Doc. Destruction | 99.00 |
| Dell Financial | Computers | 164.84 | Banners + Signs | Signs | 26.11 |
| De Lage Landen | Equip. Lease | 234.88 | Calyx | Renew Subscription | 295.00 |
| Sierra Springs | Water | 42.04 | Public Storage | Doc. Storage | 122.00 |
| Pitney Bowes | Postage | 960.16 | | | |
| Office Depot | Office Supplies | 235.37 | | | |
| First Amer Cred... | Credit Rpts | 801.88 | | | |
| | UPS | 45.54 | | | |
| GMAC | Vehicle | 1,034.18 | | | |
| ARC | Credit Rpts | 72.00 | | | |
| Qwest | Phones | 55.22 | | | |
| Toshiba | Copier | 861.70 | | | |
| Pacific Office | Toner | 412.33 | | | |
| **Subtotal (Recurring):** $ | | 11,744.99 | **Subtotal (Miscellaneous):** $ | | 692.45 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**   $ 12,437.44

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal this column: $ | |

I certify that this claim was for business use only.

Signature                    Date 12/05/06

Audited by Accounting Staff              Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company: Pacific Real Estate Mgmt. Co., , Inc.    Date: October 2006    Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Primestar | Rent | 5,972.92 | ARC | Credit Reports | 72.00 |
| McLeod USA | Telephone | 836.85 | Credco | " " | 767.13 |
| Sprint | Cell Phone | 413.09 | Minuteman Press | Business Cards | 107.21 |
| Dell Financial | Computers & | 164.84 | Pacific Office Auto | Toshiba 35 | 110.51 |
| De Lage Land | Equipment Lease | 217.60 | Qwest | Phones | 20.40 |
| Sierra Springs | Water | 41.95 | " | " | 21.04 |
| Athens Bowes | Postage | 783.43 | Shred-It | Doc Dest. | 49.50 |
| Office Depot | Office Supplies | 136.95 | | | |
| Public Storage | Storage | 122.00 | | | |
| | UPS | 27.40 | | | |
| Banners & Signs | Advertising | 221.08 | | | |
| Pitney Bowes | Supplies | 156.09 | | | |
| " " | Meter Rent | 203.94 | | | |
| Toshiba | E-Studio 520 | 911.20 | | | |
| GMAC | Vehicles | 1,034.18 | | | |
| Subtotal (Recurring): $ | | 11,243.52 | Subtotal (Miscellaneous): $ | | 1147.79 |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): $ 12,391.31

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | $ | Subtotal this column: $ | |

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

All items must have corresponding backup. Please include copies of invoices or receipts.

Please return this form and back-up to: Patricia Mitchell

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:     Date: _September 2006_     Branch:    455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | | Vendor | Description | Amount |
| Brimstar | Rent | 5,972.94 | | ACI BillSer | B oA Fax Service | 10.88 |
| McLeod USA | Telephone | 893.04 | | It Source | Computer Serv. | 46.24 |
| Sprint | Cell Phone | 547.98 | | Minstara-Press | Business Cards | 53.6 |
| Dell Financial | Computers | 164.84 | | Toshiba | Equipment Lease | 1,150.01 |
| ARc | Credit Rpts. | 54.00 | | Digishote | Photo for Business Cards | 96.72 |
| Sierra Springs | Water | 48.10 | | | | |
| Pitney Bowes | Postage | 428.91 | | | | |
| Office Depot | Office Supplies | 295.09 | | | | |
| Shred.It | Doc. Dest. | 49.50 | | | | |
| | UPS | 13.94 | | | | |
| Transwestern Pub | Advertising | 1,791.00 | | | | |
| DeLage Land | Equip Lease | 217.60 | | | | |
| First Amer.Club. | Credit Rpts | 1,244.16 | | | | |
| GMAC | Vehicles | 1,034.18 | | | | |
| Qwest | Phone Service | 40.93 | | | | |
| Subtotal (Recurring): $ | | 12,796.29 | | Subtotal (Miscellaneous): $ | | 1,357.65 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**   $ 14,153.65

For Accounting Use Only

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |
| | GRAND TOTAL | $ | | |

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:                     Date: *August 2006*            Branch:    455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | | Vendor | Description | Amount |
| Primastar | Rent | 5,972.91 | | Dell Fin. Serv. | Computers | 207.50 |
| McLeod USA | Telephone | 901.81 | | " " " | " | 164.84 |
| Sprint | Cell Phone | 589.26 | | DeLage Landen | Equipment Lease | 217.60 |
| Qwest | Phones | 62.18 | | Toshiba | Copier | 1,150.01 |
| Gmac | Vehicles | 1,034.18 | | Digital Univ. | One-year Use | 399.00 |
| Sierra Springs | - Water | 29.65 | | Mortgage Orig. | Subscription | 58.00 |
| Pitney Bowes | Postage | 181.44 | | IT Source | Computers | 92.48 |
| Office Depot | Office Supplies | 186.35 | | | no | |
| Credco | Credit Rpts | 1,083.41 | | | | |
| | UPS | 46.60 | | | | |
| TransWestern Pub. | Advertising | 1,991.00 | | | | |
| Dex Yellow Pages | Marketing | 79.00 | | | | |
| ARc | Credit Rpts | 147.00 | | | | |
| Shred-It | Doc. Des. | 49.50 | | | | |
| Shurgard | Storage | 122.00 | | | | |
| **Subtotal (Recurring):** $ | | 12,276.30 | | **Subtotal (Miscellaneous):** $ | | 2289 43 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**  $ 14,565.73

FOR ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL: $

I certify that this claim was for business use only.

Signature _____    Date _____

Audited by Accounting Staff _____    Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:    Date: 7/15/06    Branch: 455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | | **Vendor** | **Description** | **Amount** |
| Primestar | Rent | 5,787.96 | | Dex | Yellow Pages | 84.45 |
| McLeod USA | Telephone | 882.70 | | GMAC | Vehicles | 1,034.18 |
| Sprint | Cell Phone | 598.21 | | Shred-It | Doc. Dest. | 99.00 |
| Arc | Credit Rpts. | 56.86 | | Shurgard | Storage | 122.00 |
| Credco | " | 1,147.97 | | Minuteman Press | Business Cards | 146.88 |
| Sierra Springs | -Water | 41.85 | | ACI Billing | B of A Tax Serv. | 33.54 |
| Pitney Bowes | Postage | 190.57 | | Olympic Tele | Repair | 104.45 |
| Office Depot | Office Supplies | 116.25 | | | | |
| Qwest | Phone | 20.19 | | | | |
| | UPS | 9.91 | | | | |
| Transwestern Pb | Advertising | 1,291.00 | | | | |
| Toshiba | Copier | 1,250.01 | | | | |
| Dell Financial | Computers | 207.50 | | | | |
| " " | " | 164.84 | | | | |
| De Lage Landen | Eq. Lease | 217.60 | | | | |
| **Subtotal (Recurring): $** | | **12,383.42** | | **Subtotal (Miscellaneous): $** | | **1,624.50** |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** **$ 14,007.92**

FOR ACCOUNTING USE ONLY

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL: $

I certify that this claim was for business use only.

Signature _____  Date _____

Audited by Accounting Staff _____  Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:  Date: *June 2006*  Branch:  455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Primestar | Rent | 5,787.96 | Sturgeon | Storage | 122.00 |
| Mcleod | Telephone | 898.18 | Toshiba | Copier | 1,150.01 |
| Sprint | Cell Phone | 297.13 | Cham Comm | Dues - 2006-2007 | 460.00 |
| Qwest | Telephone | 42.45 | Digishotz | Business Card Photo | 118.48 |
| Shred-It | Doc. Dest. | 49.80 | | | |
| Sierra Springs | Utilities - Water | 33.15 | | | |
| | Postage | | | | |
| Office Depot | Office Supplies | 154.88 | | | |
| Dell Finance | Computers | 207.50 | | | |
| " | " | 164.84 | | | |
| TransWestern | Advertising | 1,791.00 | | | |
| DeLage Landen | Equipment | 217.60 | | | |
| GMAC | Vehicles | 1,084.18 | | | |
| Credco | Cred. Reports | 1,059.97 | | | |
| Dex | Yellow Pages | 131.48 | | | |
| **Subtotal (Recurring):** $ | | 11,869.83 | **Subtotal (Miscellaneous):** $ | | 1,850.49 |
| | | 11,869.83 | | | |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 13,720.32

FOR ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |
| ACCOUNTING GRAND TOTAL: | | $ | |

I certify that this claim was for business use only.

Signature _____  Date _____

Audited by Accounting Staff _____  Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

## Pacific Guarantee Mortgage

### Expense Voucher

Name/Company:                    Date: May 2006          Branch: 455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Primestar | Rent | 5,787.96 | Dell Fin. Ser. | Computers | 207.50 |
| Qwest | Telephone | 45.40 | " " " | " | 164.84 |
| Sprint | Cell Phone | 310.59 | DeLage Landen | Equipment Lease | 217.60 |
| GMAC | Vehicles | 1,034.18 | Minuteman Press | Business Cards | 160.83 |
| Mcleod USA | Telephones | 947.96 | Pitney Bowes | Meter Rental | 189.72 |
| Sierra Springs | Water | 38.80 | Pacific Office | Equipment Lease | 226.55 |
| Pitney Bowes | Postage | 450.67 | DeLage Landen | Leased Equip Tax | 72.78 |
| Office Depot | Office Supplies | 230.79 | | | |
| Shurgard | Storage | 122.00 | | | |
| Toshiba | Copier | 1,150.01 | | | |
| Dex Media | Advertising | 185.25 | | | |
| Transwestern | Marketing Adv | 1,791.00 | | | |
| Shred-It | Doc. Dest. | 99.00 | | | |
| Niles Real Estate | Advertising | 232.00 | | | |
| Credco | Credit Rpt. | 1,305.99 | | | |
| **Subtotal (Recurring):** $ | | 13,731.58 | **Subtotal (Miscellaneous):** $ | | 1,239.82 |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): $

| FOR ACCOUNTING USE ONLY | | | | | |
|---|---|---|---|---|---|
| **GL Code** | **Amount** | | **GL Code** | **Amount** | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| $ | | | Subtotal this column: $ | | |
| ACCOUNTING GRAND TOTAL | | | | | |

I certify that this claim was for business use only.

Signature                        Date

Audited by Accounting Staff            Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:                   Date: *April 2006*                   Branch:   455
Pacific Real Estate Mgmt. Co., , Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | | **Vendor** | **Description** | **Amount** |
| Primestar | Rent | 5,787.96 | | Dell Financial | Computers | 207.50 |
| McLeod | Telephone | 879.94 | | Dell Preferred | " | 53.00 |
| Sprint | Cell Phone | 304.02 | | NWR to Mag. | Advertising | 232.00 |
| Credco | Credit Rpts | 1,407.84 | | Shred-It | Doc. Destruction | 49.50 |
| Deluxe | Equipment | 217.60 | | Shurgard | Storage | 122.00 |
| Crystal Springs | - Water | 50.98 | | | | |
| Pitney Bowes | Postage | 237.72 | | | | |
| Office Depot | Office Supplies | 300.98 | | | | |
| GMAC | Vehicles | 1,034.18 | | | | |
| | UPS | 20.27 | | | | |
| Transwestern | Advertising | 1,791.00 | | | | |
| | Marketing | | | | | |
| Dex Media | Yellow pages | 185.25 | | | | |
| Toshiba | Copier | 1,150.01 | | | | |
| Qwest | Phones | 43.34 | | | | |
| **Subtotal (Recurring):** $ | | 13,411.09 | | **Subtotal (Miscellaneous):** $ | | 664.00 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**  $ 14,075.09

FOR ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | **Subtotal this column:** $ | |
| **ACCOUNTING GRAND TOTAL:** $ | | | |

I certify that this claim was for business use only.

_____
Signature                              Date

_____
Audited by Accounting Staff          Date

*All items must have corresponding backup.  Please include copies of invoices or receipts.*

*Please return this form and back-up to:  Patricia Mitchell*

*CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583*

Pacific Guarantee Mortgage

Expense Voucher

Name/Company:                    Date: March 2006                    Branch:   455

Pacific Real Estate Management

| Recurring Expenses | | | Miscellaneous | | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount | |
| Primestor | Rent | 5,787.96 | Pacific Office | Toner | 1,793.99 | Printing |
| Mckool | Telephone | 858.77 | SafeCo | Annual Bus Ins. | 1,460.00 | |
| Sprint | Cell Phone | 436.97 | Nat'l Career | Donation | 100.00 | |
| Shurgard | Storage | 122.00 | | | | |
| Quest | Telephone | 41.43 | Shred It | Doc Dest | 49.50 | |
| Crystal Springs | Water | 73.28 | Toshiba | Copier | 1,150.01 | |
| Pitney Bowes | Postage | 239.17 | Dell Fin Serv | Computers | 207.50 | |
| Office Depot | Office Supplies | 88.48 | " " " | " | 61.00 | |
| Credco | Credit Repts | 776.48 | | | | |
| | UPS | 11.01 | ARc | Credit Reports | 54.00 | |
| Transwestern | Advertising | 1,791.00 | IT Source | Reset Computers | 92.48 | |
| NWR.Ebay | Marketing | 232.00 | | | | |
| GMAC | Vehicles | 1,034.18 | | | | |
| Dex | Yellow Pages | 185.25 | | | | |
| Oelage Lander | Equip Lease | 217.60 | | | | |
| Subtotal (Recurring): $ | | 11,855.08 | Subtotal (Miscellaneous): $ | | 4968.48 | |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous):  $  16,823.56

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

ACCOUNTS PAYABLE USE

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

All items must have corresponding backup.  Please include copies of invoices or receipts.

Please return this form and back-up to: Patricia Mitchell

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

Pacific Guarantee Mortgage

Expense Voucher

Name/Company: Pacific Real Estate Mgmt. Co. Inc.    Date: February 2006    Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| PrimeStar | Rent | 5,787.96 | Allied Clerk | Equipment Lease | 217.60 |
| Qwest | Telephone | 41.96 | T T Service | Laptop Config | 184.96 |
| Sprint | Cell Phone | 284.38 | Minuteman Press | Business Cards | 265.96 |
| McLeod | Phones | 861.65 | Pitney Bowes | Postage Photo Center | 174.99 |
| GMAC | Auto | 1,034.18 | Transwestern | | |
| Crystal Springs | Water | 27.63 | Publishing | Reg. Tel. Dir. | 3,591.00 |
| Pitney Bowes | Postage | 211.57 | Land Safe | Credit Mortge | 18.00 |
| Office Depot | Office Supplies | 168.18 | Arc | Credit Rpts | 90.00 |
| Dell Financial | Computers | 207.50 | Cradco | " " | 937.29 |
| " " | " " | 173.00 | | | |
| Dex | Advertising | 785.20 | | | |
| Nsd R.E. Mag | " | 232.00 | | | |
| Shurgard | Storage | 122.00 | | | |
| Shred It | Doc. Dest | 99.00 | | | |
| Exhibit | Copier | 1,420.01 | | | |
| Subtotal (Recurring): | $ | 10,586 -2? | Subtotal (Miscellaneous): | $ | 5,479 8? |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): **$ 16,066.07**

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | | Subtotal this column: $ |

ACCOUNTING GRAND TOTAL: $

I certify that this claim was for business use only.

Signature    x 1/28/08    Date

Audited by Accounting Staff    Date

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

Name/Company:　　　　　　Date: January 2006　　　Branch: 455

Pacific Real Estate Mgmt. Co. Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | | Vendor | Description | Amount |
| Pinestar | Rent | 5,787.96 | | Shergard | Storage | 122.00 |
| Qwest | Telephone | 40.35 | | Computers | Dell Financial | 207.50 |
| Sprint | Cell Phone | 389.46 | | " | " " | 111.00 |
| Eschelon | Utilities - Electricity Phone | 77.47 | | Equip. Lease | DeLage Landen | 217.60 |
| McLeod | Phone | 851.32 | | Bus. Cards | Minuteman Press | 146.04 |
| Crystal Spring | Utilities - Water | 37.67 | | Rec. Officeluto. | Imaging Unit | 264.98 |
| Pitney Bowes | Postage | 240.50 | | Pitney Bowes | Supplies | 74.84 |
| Office Depot | Office Supplies | 99.94 | | Shred-It | Doc. Destruction | 49.50 |
| NW R Etherz | Advertising | 232.00 | | Toshiba | Copier | 1,150.01 |
|  | UPS | 31.00 | | Destination Asu | Cell Phone | 54.35 |
| Trans-Western | Advertising | 1,800.00 | | Better Bus Bur | 2006 Dues | 565.00 |
| Dex Media | Marketing Adverts | 185.25 | | | | |
| Credco | Cred.d. + Rpts | 490.13 | | | | |
| ARC | Credit Rpts | 125.00 | | | | |
| GMAC | Vehicle | 1,034.18 | | | | |
| **Subtotal (Recurring): $** | | **11,422.23** | | **Subtotal (Miscellaneous): $** | | **2,962.85** |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous): $ 14,385.08

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  | $ | | Subtotal this column: $ |  |
| ACCOUNTING GRAND TOTAL | | | | |

I certify that this claim was for business use only.

Signature　　　　　　　　　　Date

Audited by Accounting Staff　　　　　　　Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

Pacific Guarantee Mortgage
Expense Voucher

Name/Company: Date: Dec. 2005    Branch: 455
Pacific Real Estate Mgmt. Co Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Prime Star | Rent | 5,787.96 | ARC | Credit Rpt. | 97.00 |
| Mc Leod USA | Telephone | 876.83 | Dell | Computers | 54.00 |
| Sprint | Cell Phone | 872.92 | DeLage Landen | Copier Lease | 217.60 |
| Qwest | U Phone y | 24.59 | eschelon | Telephone | 77.47 |
| Shurgard | Util Storage | 122.00 | Minuteman | Business Cards | 53.61 |
| Crystal Spring | ane Water | 54.37 | Shrad-IT | Doc. Destruction | 99.01 |
| Pitney Bowes | Postage | 205.55 | Northwestern | Advertising | 1,800.00 |
| Office Depot | Office Supplies | 290.28 | Greatland | HUD Booklets | 61.48 |
| Cradco | Credit Rpts | 949.96 | City of Red City | Business License | 50.00 |
| (automatic) → Toshiba | Copier | 1,150.01 | Time | Magazine Sub | 30.00 |
| Dex Media | Advertising | 185.25 | | | |
| NW Real Estate | Marketing | 232.00 | | | |
| GMAC | Vehicle | 1,034.18 | | | |
| Pitney Bowes | Postage | 49.62 | | | |
| Dell Financial | Computers | 207.80 | | | |
| Subtotal (Recurring) $ | | 12,043.00 | Subtotal (Miscellaneous): $ | | 2,540.18 |

| | GRAND TOTAL (Subtotal Recurring & Miscellaneous): | $ 14,583.18 | |
|---|---|---|---|

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

Accounting Only

I certify that this claim was for business use only.

_____    _____
Signature        Date

Audited by Accounting Staff

_____    _____
        Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company: Pacific Real Estate Management Co, Inc.     Date: Nov. 2005     Branch: 455

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Primestar | Rent | 5,787.96 | | | |
| McLeod USA | Telephone | 988.94 | De Lage Landen | Copier Lease | 217.60 |
| Sprint | Cell Phone | 200.83 | Dell Financial | Computers | 207.50 |
| | Utilities - Electricity | | N.W. Real Estate | Advertising | 232.00 |
| | Utilities - Gas | | Shurgard | Storage | 122.00 |
| Crystal Springs | Utilities - Water | 76.79 | Qwest | Telephone | 110.73 |
| | Postage | 99.24 | Dex West | Advertising | 185.25 |
| Office Depot | Office Supplies | 103.73 | GMAC | Vehicle | 1,034.18 |
| | Other Couriers | | Minuteman Press | Bus. Cards | 140.13 |
| | UPS | 130.44 | Pacific Office | Toner | 1,030.58 |
| TransWestern | Advertising | 1,827.00 | Pitney Bowes | Postage Supplies | 20.27 |
| | Marketing | | Shred-It | Doc. Des. | 49.50 |
| | Web Hosting | | Calyx Software | Point | 295.00 |
| First Amledco | Credit Reports | 960.89 | Land Safe | Closing Serv | 18.00 |
| Echelon | Phone | 77.47 | State of Wash | Veh License | 132.75 |
| Subtotal (Recurring): | $ | 10,253 29 | Subtotal (Miscellaneous): | $ | 3795 49 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**     $ 14,048.78

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

*CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583*

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company: Date: October 2005  Branch: 455

Pacific Real Estate Management Co, Inc

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Primestar | Rent | 5,788.96 | Dell Financial | Computers | 207.30 |
| McLeodUSA | Telephone | 1,023.94 | De Lage Landen | Copier Lease | 217.60 |
| Sprint | Cell Phone | 683.2 | Der West | Advertising | 185.25 |
| | Utilities - Electricity | | IT Source | computer service | 40.27 |
| | Utilities - Gas | | Minuteman Press | Printing | 67.78 |
| Crystal Springs | Utilities - Water | 60.60 | NW Real Est. Mag | Advertising | 732.00 |
| Pitney Bowes | Postage | 415.59 | Qwest | Telephone | 196.68 |
| Office Depot | Office Supplies | 305.64 | Shred-it | Doc destruction | 59.00 |
| Eschelon | Other Couriers | 99.49 | Shurgard | Storage | 122.00 |
| | UPS | 115.00 | Toshiba | Copier Lease | 1,150.01 |
| TransWestern R | Advertising | 1,900.00 | Eschelon | phone | 99.49 |
| | Marketing | | | | |
| Superior | Web Hosting | 99.00 | | | |
| First Am Credco | Credit Reports | 4,378.6 | | | |
| Amol, Credco | " " | 66.00 | | | |
| **Subtotal (Recurring):** | $ 11,672.87 | | **Subtotal (Miscellaneous):** | $ | 2820.55 |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): $ 14,192.92

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |
| ACCOUNTING GRAND TOTAL | $ | | |

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:    Date: January 2007    Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Phillips | Rent | 4,173.00 | | | |
| | Telephone | | | | |
| | Cell Phone | | | | |
| First AmerCredit | Credit Rpts | 275.55 | | | |
| Shred-It | Doc Dest. | 60.00 | | | |
| | Utilities - Water | | | | |
| Haster Mailing | Postage | 114.00 | | | |
| | Office Supplies | | | | |
| Pacific Office | Computer Lease | 354.57 | | | |
| | UPS | | | | |
| Yellow Book | Advertising | 1,612.00 | | | |
| | Marketing | | | | |
| Superior Internet | Web/mail | 149.00 | | | |
| Toshiba | Copier Lease | 1150.0 | | | |
| Toshiba | 5520 | 1219.0 | | | |
| **Subtotal (Recurring):** $ | | 9067.14 | **Subtotal (Miscellaneous):** $ | | |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 9067.14

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

I certify that this claim was for business use only.

Signature    Date 1/24/07

Audited by Accounting Staff    Date

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

Name/Company:                    Date: *December 2006*          Branch:  457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips Group | Rent | 4,133.00 | ARC | Credit Reports | 198.00 |
| Echelon | Telephone | 1,483.84 | Encore Graphics | Business Cards | 1600.00 |
| The Columbian | Advertising | 1,730.00 | Pacific Office | Images Used. | 488.16 |
| Costco | Annual Renewal | 180.00 | Shred It | Doc. Destruction | 60.00 |
| First Ama Credit | Credit Rpts | 414.57 | | | |
| Cedar Canyon | Water | 47.00 | | | |
| Hasler | Postage | 200.00 | | | |
| Office Depot | Office Supplies | 574.94 | | | |
| Pacific Office | Computer Lease | 354.57 | | | |
| | UPS | | | | |
| Yellow Book | Advertising | 3272.36 | | | |
| | Marketing | | | | |
| Syerian Indaw | web/mail | 149.00 | | | |
| Toshiba | Copier Lease | 1,150.01 | | | |
| " | E520 | 1,219.01 | | | |
| Subtotal (Recurring): $ | | 14,308.30 | Subtotal (Miscellaneous): $ | | 2346.16 |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous):    $ 16,654.46

| FOR ACCOUNTING USE ONLY | | | | |
|---|---|---|---|---|
| GL Code | Amount | | GL Code | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |
| ACCOUNTING GRAND TOTAL: $ | | | | |

I certify that this claim was for business use only.

Signature _____    Date _____

Audited by Accounting Staff _____    Date _____

**All items must have corresponding backup.  Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:     Date: *November 2006*     Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| *Phillips Group* | Rent | *4,133.00* | | | |
| *Eschelon* | Telephone | *1,157.48* | | | |
| " | Cell Phone | *77.47* | | | |
| *Crades* | Credit Rpts | *517.44* | | | |
| *Pacific Office* | Computer Lease | *354.57* | | | |
| | - Water | | | | |
| | Postage | | | | |
| *Office Depot* | Office Supplies | *187.53* | | | |
| *Shred It* | *Doc Dest.* | *120.00* | | | |
| | UPS | | | | |
| *Columbia* | Advertising | *647.74* | | | |
| *Yellow Book* | Marketing | *1,612.00* | | | |
| *Toshiba* | *Copier Lease* | *1,581.01* | | | |
| " | " " | *1,150.01* | | | |
| **Subtotal (Recurring):** $ | | *11,238 .25* | **Subtotal (Miscellaneous):** $ | | |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**     $ *11,238.25*

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

I certify that this claim was for business only.

Signature                                Date *12/08/06*

Audited by Accounting Staff                Date

**All Items must have corresponding backup.  Please include copies of invoices or receipts.**

**Please return this form and back-up to:  Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:   Date: *October 2006*   Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | | Vendor | Description | Amount |
| Phillips Group | Rent | 4,133.00 | | | | |
| Eschelon | Telephone | 1,179.41 | | | | |
| " | Service Call | 135.13 | | | | |
| " | " Support | 77.41 | | | | |
| First Amer. Cleks | Credit Rpts. | 739.76 | | | | |
| Cedar Canyon | Utilities - Water | 29.00 | | | | |
| Haster Mailing | Postage | 124.03 | | | | |
| | Office Supplies | | | | | |
| Toshiba | Copier Lease | 1,150.01 | | | | |
| | UPS | | | | | |
| Yellow Book | Advertising | 1,636.18 | | | | |
| Shred It | Doc. Dest. | 60.00 | | | | |
| Pacific Office | Computer Lease | 372.30 | | | | |
| " | Images Used | 974.88 | | | | |
| **Subtotal (Recurring):** $ | | 10,611.17 | | **Subtotal (Miscellaneous):** $ | | . |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous): $ *10,611.17* .

FOR ACCOUNTING USE ONLY

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL: $

I certify that this claim was for business use only.

Signature                    Date

Audited by Accounting Staff                    Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

Name/Company:    Date: _Sept. 2006_    Branch:  457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips | Rent | 4,133.00 | | | |
| Eschelon | Telephone | 1,096.02 | | | |
| Eschelon | 'hone | 77.47 | | | |
| Cradco | Credit Rpts | 560.49 | | | |
| Shred It | Docu. Dest | 60.00 | | | |
| Cedar Canyon | 'r - Water | 23.00 | | | |
| | Postage | | | | |
| Offic Depot | Office Supplies | 572.76 | | | |
| Encore Graphics | Bus. Cards | 160.00 | | | |
| | UPS | 12.19 | | | |
| Yellow Book | Advertising | 1,621.75 | | | |
| Pac. Office Auc | Computer Lease | 354.57 | | | |
| | Web Hosting | | | | |
| | | | | | |
| | | | | | |
| Subtotal (Recurring): $ | | 8671.25 | Subtotal (Miscellaneous): $ | | - |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous):  $ 8,671.25                    -

FOR ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | - | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL

I certify that this claim was for business use only.

Signature _____    Date _____

Audited by Accounting Staff _____    Date _____

All items must have corresponding backup.  Please include copies of invoices or receipts.

Please return this form and back-up to: Patricia Mitchell

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:  Date: _August 2006_  Branch:  457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | | **Vendor** | **Description** | **Amount** |
| Phillips | Rent | 4,133.00 | | H & H Marketing | Marketing | 4,924.00 |
| Eschelon | Telephone | 1,101.11 | | | | |
| " | Cell Phone | 77.47 | | | | |
| " | Utility | 135.13 | | | | |
| Credco | Credit Repts | 97.82 | | | | |
| Cedar Canyon | - Water | 23.00 | | | | |
| Shred-It | | 60.00 | | | | |
| | Office Supplies | | | | | |
| The Columbian | Advertising | 339.15 | | | | |
| Harry's Key Serv | Keys | 91.67 | | | | |
| The Columbian | Advertising | 1,130.00 | | | | |
| Yellow Book | Marketing | 650.00 | | | | |
| Pacific Office | Computer Lease | 354.87 | | | | |
| " | " | 500 - | | | | |
| Toshiba | Copier Lease | 824.80 | | | | |
| **Subtotal (Recurring):** $ | | 9518 .02 | | **Subtotal (Miscellaneous):** $ | | 4924.00 |

**GRAND TOTAL**
(Subtotal Recurring & Miscellaneous):  $ 14,442.02

FOR ACCOUNTING USE ONLY

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL:

I certify that this claim was for business use only.

Signature _____  Date _____

Audited by Accounting Staff _____  Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

**Name/Company:**       **Date:** 7/15/06       **Branch:** 457

Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Phillips Group | Rent | 4,133.00 | | | |
| Eschelon | Telephone | 2,247.26 | | | |
| Eschelon | " | 77.47 | | | |
| Credco | Credit Rpts | 1,194.98 | | | |
| Pacific Office Au | CompLease | 354.87 | | | |
| Cedar Canyon | Utilities - Water | 41.00 | | | |
| Neopost | Postage | 193.86 | | | |
| | Office Supplies | | | | |
| Shred-IT | Doc. Dest | 60.00 | | | |
| | UPS | | | | |
| Columbian | Advertising | 706.00 | | | |
| " | Marketing | 740.00 | | | |
| Toshiba | Copier Lease | 824.80 | | | |
| | | | | | |
| **Subtotal (Recurring):** $ | | 10,532.84 | **Subtotal (Miscellaneous):** $ | | - |

correction
10,573.24

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 10,532.84

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | **Subtotal this column:** $ | |

I certify that this claim was for business use only.

Signature           Date

Audited by Accounting Staff         Date

*All Items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:                    Date: June 2006                    Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| **Vendor** | **Description** | **Amount** | **Vendor** | **Description** | **Amount** |
| Phillips Group | Rent | 4,133.00 | Building Ind | | |
| Echelon | Telephone | 11.47 | asso | Membership Dues | 555.00 |
| | Cell Phone | | Harry's Key Sr | Keys | 12.81 |
| Shred It | Doc Dest | 120.00 | Cham of Com | 2006 Event Span | 125.00 Maria |
| Pacific Offic | Supplies | 217.28 | | | |
| Cedar Grove | Bottles - Water | 29.00 | | | |
| Blaster Mailing | Postage | 123.23 | | | |
| Office Depot | Office Supplies | 576.52 | | | |
| Toshiba | Copier | 1106.50 | | | |
| ACI | Fire Serv. | 55.50 | | | |
| The Columbia | Advertising | 740.00 | | | |
| " " | | 363.20 | | | |
| Pacific Offic | Lease | 354.51 | | | |
| Computer/nastan | Install RAM | 81.08 | | | |
| **Subtotal (Recurring):** $ | | 7977.40 | **Subtotal (Miscellaneous):** $ | | 692.81 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 8,670.21

FOR ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $ | | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL

I certify that this claim was for business use only.

Signature _____    Date _____

Audited by Accounting Staff _____    Date _____

*All items must have corresponding backup. Please include copies of invoices or receipts.*

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

Name/Company:                    Date: *May 2006*                    Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | | Miscellaneous | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | | Vendor | Description | Amount |
| Phillips Group | Rent | 4,133.00 | | | | |
| Eschelon | Telephone | 1,054.85 | | | | |
| Phone Graphics | Envelopes | 283.40 | | | | |
| " | Business Cards | 320.00 | | | | |
| Eschelon | Phone Support | 77.47 | | | | |
| Cedar Canyon | - Water | 36.00 | | | | |
| Hasler | Postage | 923.27 | | | | |
| Office Depot | Office Supplies | 242.62 | | | | |
| First Mtr Address | Credit Rpts. | 1,797.66 | | | | |
| Toshiba | Copier Lease | 824.80 | | | | |
| The Columbian | Advertising | 1,070.00 | | | | |
| Pacific Office | Computer Lease | 354.51 | | | | |
| Sierra Springs | Water | 9.19 | | | | |
| Shred It | Doc Dest. | 120.00 | | | | |
| **Subtotal (Recurring):** $ | | 10,446.87 | | **Subtotal (Miscellaneous):** $ | | . |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous): $                    .

FOR ACCOUNTING USE ONLY

| GL Code | Amount | | GL Code | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $ | | Subtotal this column: $ | |

ACCOUNTING GRAND TOTAL $

I certify that this claim was for business use only.

Signature _____    Date _____

Audited by Accounting Staff _____    Date _____

All items must have corresponding backup. Please include copies of invoices or receipts.

Please return this form and back-up to: Patricia Mitchell

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**

**Expense Voucher**

Name/Company:    Date: April 2006    Branch: 457
Pacific Real Estate Mgmt. Co., Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips | Rent | 4,133.00 | DXOY Voice | Telephone 800 | 59.00 |
| Eschelon | Telephone | 1,069.05 | | | |
| Eschelon | Cell Phone | 280.16 | | | |
| Toshiba | Copier | 824.80 | | | |
| H+H Mkt | Marketing | 1,784.00 | | | |
| ARC | Credit Rpr | 18.00 | | | |
| Alistar | Postage | 360.00 | | | |
| Office Depot | Office Supplies | 750.18 | | | |
| Pacific Office N | Copier Lease | 354.57 | | | |
| Nextag | Marketing | 1,200.00 | | | |
| The Columbian | Advertising | 1,070.00 | | | |
| " Columbia | Marketing | 960.89 | | | |
| Shred IT | Doc. Des. | 60.00 | | | |
| Sierra Sprin. | Water | 51.29 | | | |
| Computers Made | Instau RAM | 65.00 | | | |
| **Subtotal (Recurring):** $ | | 13,000.94 | **Subtotal (Miscellaneous):** $ | | 59.00 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):**   $ 13,059.94

ACCOUNTING USE ONLY

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

ACCOUNTING USE ONLY

I certify this claim was for business use only.

Signature                          Date

Audited by Accounting Staff                    Date

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

Pacific Guarantee Mortgage

Expense Voucher

Name/Company: _Pacific Real Estate Mgmt._    Date: _March 2006_    Branch: _457_

| Recurring Expenses | | | Miscellaneous | | | |
|---|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount | Postage |
| Phillips Glass | Rent | 4,127.00 | Abbott + Lind | Tapes | 35.49 | |
| Eschelon | Telephone | 1,055.53 | | | | |
| Eschelon | " | 1,160.57 | | | | |
| Computers Made Easy | " | 620.46 | | | | |
| | Utilities - Gas | | | | | |
| Sierra Springs | - Water | 51.42 | | | | |
| | Postage | | | | | |
| Office Depot | Office Supplies | 270.83 | | | | |
| Pacific Office | Comp. Lease | 354.57 | | | | |
| | UPS | | | | | |
| The Columbian | Advertising | 1,060.00 | | | | |
| NexTag | Marketing | 5,821.00 | | | | |
| H & H Printing | " | 1,244.01 | | | | |
| Toshiba | Copier Lease | 824.80 | | | | |
| Shred-It | Doc. Dest. | 60.00 | | | | |
| Subtotal (Recurring): $ | | 16,656.18 | Subtotal (Miscellaneous): $ | | 35 49 | |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous): $ 16,691.67

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Subtotal this column: $ | |

| I certify that this claim was for business use only. | | | |
|---|---|---|---|
| Signature | Date | Audited by Accounting Staff | Date |

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

Pacific Guarantee Mortgage

Expense Voucher

Name/Company: _Pacific Real Estate Mgmt. Co Inc._     Date: _February 2006_     Branch: _457_

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips Group | Rent | 4,012.50 | Encore Graphics | Business Cards | 480.00 |
| Eschelon | Telephone | 1,195.17 | H + M Mkt. | Support | 4,924.00 |
| Eschelon | Cell Phone | 246.38 | | | |
| Credco | Credit Rpts | 641.39 | | | |
| Toshiba | Computer Lease | 824.80 | | | |
| Sierra Springs | Utilities - Water | 45.67 | | | |
| | Postage | | | | |
| Office Depot | Office Supplies | 281.67 | | | |
| | Other Couriers | | | | |
| | UPS | | | | |
| The Columbian | Advertising | 1,060.00 | | | |
| | Marketing | | | | |
| | Web Hosting | | | | |
| Pacific Office | Comp. Lease | 354.57 | | | |
| " " | Supplies | 148.10 | | | |
| **Subtotal (Recurring):** $ | | 8,690.25 | **Subtotal (Miscellaneous):** $ | | 5404.00 |

Print #rent

GRAND TOTAL
(Subtotal Recurring & Miscellaneous): $ ~~14,094.25~~ 8,140.25

| ACCOUNTING USE ONLY | | | | | |
|---|---|---|---|---|---|
| GL Code | | Amount | GL Code | | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | $ | | Subtotal this column: $ | | |
| ACCOUNTING GRAND TOTAL | | | | | |

I certify that this claim was for business use only.

Signature _____ Date _2/28/06_

Audited by Accounting Staff _____ Date _____

*All items must have corresponding backup. Please include copies of invoices or receipts.*

*Please return this form and back-up to: Patricia Mitchell*

CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

**Pacific Guarantee Mortgage**
**Expense Voucher**

Name/Company: Date: January 2006    Branch: 451
Pacific Real Estate Mgmt. Co. Inc.

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips Grey | Rent | 4,012.50 | Shred. It | Doc. Destruction | 60.00 |
| Eschelon | Telephone | 1,090.82 | Minuteman Press | Bus. Cards | 141.63 |
|  | Cell Phone |  | Pacific Office | Service Case | 172.32 |
| Cradco | Credit Rpt | 1,034.27 | ACI | Fax Service | 44.48 |
| " | ( Toner | 10.00 | Hasler Mail | Rent Services | 123.23 |
| Sierra Springs | Utilities - Water | 28.42 |  |  |  |
|  | Postage |  |  |  |  |
| Office Depot | Office Supplies | 160.95 |  |  |  |
|  | Other Couriers |  |  |  |  |
|  | UPS |  |  |  |  |
| The Columbian | Advertising | 1,060.00 |  |  |  |
| " " | Marketing | 235.00 |  |  |  |
| Toshiba | Copier Lease | 824.80 |  |  |  |
| Pacific Office | Compledso | 353.25 |  |  |  |
| " " | Service Call | 341.41 |  |  |  |
| Subtotal (Recurring): $ | | 9141.42 | Subtotal (Miscellaneous): $ | | 541.66 |

**GRAND TOTAL**
**(Subtotal Recurring & Miscellaneous):** $ 9,683.08

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | $ | Subtotal this column: $ |  |
| ACCOUNTING GRAND TOTAL: | | | |

I certify that this claim was for business use only.

Signature _____ Date _____

Audited by Accounting Staff _____ Date _____

**All items must have corresponding backup. Please include copies of invoices or receipts.**
**Please return this form and back-up to: Patricia Mitchell**
**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**

**Pacific Guarantee Mortgage**
**Expense Voucher**

Name/Company: _Pacific Real Estate Mgt. Co. Inc_    Date: Dec. 2005    Branch: #457

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| Phillips Group | Rent | 4,012.50 | OOP | Business Cards | 55.00 |
| Eschelon | Telephone | 1,176.22 | Shred It | Doc. Destruction | 50.00 |
| | Cell Phone | | Real Estate Book | Advertising | 500.00 |
| | Utilities - Electricity | | | | |
| | Utilities - Gas | | OOP | Envelopes | 403.00 ofc Supls |
| Sierra Spring | Utilities - Water | 28.42 | | | |
| | Postage | | | | |
| Office Depot | Office Supplies | 354.70 | | | |
| | Other Couriers | | | | |
| | UPS | 14.23 | | | |
| Columbian | Advertising | 1,300.00 | | | |
| | Marketing | | | | |
| Pacific Office | Computer lease | 353.25 | | | |
| Credco | Credit Rpts | 866.61 | | | |
| Toshiba | Copier Lease | 821.75 | | | |
| Subtotal (Recurring): $ | | 8927 74 | Subtotal (Miscellaneous): $ | | 1,008.00 |

**GRAND TOTAL** (Subtotal Recurring & Miscellaneous): $ 9,935.74

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |

I certify that this claim was for business use only.
Signature ___ Date ___
Audited by Accounting Staff ___ Date ___

*All items must have corresponding backup. Please include copies of invoices or receipts.*
*Please return this form and back-up to: Patricia Mitchell*
CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583

Pacific Guarantee Mortgage

Expense Voucher

Name/Company: Date: *Nov. 2005*  Branch: *457*

*Pacific Real Estate Mgmt. Co., Inc.*

| Recurring Expenses | | | Miscellaneous | | |
|---|---|---|---|---|---|
| Vendor | Description | Amount | Vendor | Description | Amount |
| *Phillips Grey* | Rent | *4,012.50* | *Pacific Office* | | |
| *Escholon* | Telephone | *1,232.56* | *Automatio* | *Computer Lease* | *353.25* |
| | Cell Phone | | *Shred-IT* | *Doc. Destruction* | *50.00* |
| | Utilities - Electricity | | *Toshiba* | *Copier Lease* | *821.75* |
| | Utilities - Gas | | *ACE* | *Bot Fax Service* | *44.48* |
| *Stella Springs* | Utilities - Water | *24.37* | *Clark Co* | *Dues - 2006* | *300.00* |
| | Postage | | *Assn Realtor* | | |
| *Office Depot* | Office Supplies | *249.52* | *Master Malin* | *Mail Service* | *122.78* |
| | Other Couriers | | *Encore Graphics* | *Business Cards* | *1,120.00* |
| | UPS | *74.56* | *Key Bank* | *Credit Invest.* | *10.00* |
| *Columbian* | Advertising | *1,060.00* | | | |
| | Marketing | | | | |
| | Web Hosting | | | | |
| *First Am Credco* | Credit Rpt | *1,567.43* | | | |
| *Columbian* | *Advertising* | *270.20* | | | |
| Subtotal (Recurring): $ | | *8491.14* | Subtotal (Miscellaneous): $ | | *2822.26* |

GRAND TOTAL
(Subtotal Recurring & Miscellaneous): $ *11,313.40*

| GL Code | Amount | GL Code | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $        - | Subtotal this column: $ | |
| ACCOUNTING GRAND TOTAL | | | |

I certify that this claim was for business use only.

_____    _____
Signature                        Date

_____    _____
Audited by Accounting Staff           Date

**All items must have corresponding backup. Please include copies of invoices or receipts.**

**Please return this form and back-up to: Patricia Mitchell**

**CMG Mortgage, PGM Accounting, 3160 Crow Canyon Blvd., Suite 350, San Ramon, CA 94583**