1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   ANTHONY R. EATON (SBN 238070)
2  400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA 95814
4  Telephone:  (916) 441-2430
   Facsimile:   (916) 442-6664
5
6  Attorneys for Non-Party
   Sierra Pacific Mortgage Company, Inc.
7
8
9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11
12 JAMES W. BOWMAN, JR. and PACIFIC          Case No.  C 07 3140 SI
   REAL ESTATE MANAGEMENT
13 COMPANY, INC., a Washington               DECLARATION OF NON-PARTY SIERRA
   Corporation,                              PACIFIC MORTGAGE COMPANY, INC. IN
14                                           SUPPORT OF SIERRA PACIFIC
                 Plaintiffs,                 MORTGAGE COMPANY, INC.'S
15                                           DOCUMENT PRODUCTION
         v.
16                                           Date Complaint Filed: June 14, 2007
   CMG MORTGAGE, INC., a California          Trial Date: August 28, 2008
17 Corporation; CMG MORTGAGE, INC., dba
   PACIFIC GUARANTEE MORTGAGE;
18 CMG MORTGAGE SERVICES, INC., a
   California Corporation; CMG MORTGAGE
19 SERVICES, INC. dba PACIFIC
   GUARANTEE MORTGAGE,
20
                 Defendants.
21
22       I, FELECIA BOWERS, declare as follows:
23       1.   I am the Compliance Officer of Sierra Pacific Mortgage Company, Inc. ("Sierra
24 Pacific")  I make this declaration in that capacity and, if called upon to do so, could and would
25 testify of my own personal knowledge of the facts set forth herein.
26       2.   On or about June 16, 2008, Sierra Pacific produced documents in response to a
27 subpoena issued by Joshua A. Rosenthal, Esq., attorney for CMG Mortgage, Inc., a defendant in
28 this matter ("Document Production").

370685.1   ///

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF NON-PARTY SIERRA PACIFIC MORTGAGE COMPANY, INC

1            3.    I have personally reviewed the loan files which are the subject of Sierra Pacific's Document Production.

2            4.    As part of the Document Production, Sierra Pacific agreed to provide an index of the loan file documents produced which included certain information relative to the credit reports run for each loan file. Specifically, this index information included the date that the credit report was run and the name of the company used to run those credit reports.

3            5.    A true and correct copy of that index is attached hereto as Exhibit A.

4            6.    I reviewed each of the relevant loan files and verified the credit report information contained therein. The attached index accurately reflects the credit report information found in each of the relevant loan files.

5            7.    As a result of various redactions of private information and for ease of review, the index contains a "Document Production Index Number" which corresponds to each of the relevant loan files that have been produced in response to the CMG Mortgage, Inc. subpoena.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own knowledge and that if called to do so, I could competently testify to the facts stated herein. Executed this 3rd day of July, 2008 at Folsom, California.

FELECIA BOWERS
Compliance Officer
Sierra Pacific Mortgage Company, Inc.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

370685.1

- 2 -

DECLARATION OF NON-PARTY, SIERRA PACIFIC MORTGAGE COMPANY, INC



Exh. A.

Sierra Pacific Mortgage Company Document Production - Index

| SPM Loan Number | Credit Report | Credit Report Service | Document Production Index Number |
|---|---|---|---|
| 454204 | 2/5/2007 | Credco | 1 |
| 454998 | 2/5/2007 | Credco | 2 |
| 458386 | 1/22/2007 | Credco | 3 |
| 458718 | 12/18/2006 | Credco | 4 |
| 461623 | 1/23/2007 | Credco | 5 |
| 462641 | 1/30/2007 | Credco | 6 |
| 462645 | 1/30/2007 | Credco | 7 |
| 463861 | 1/23/2007 | First American Credco | 8 |
| 463905 | 2/7/2007 | First American Credco | 9 |
| 463910 | 2/3/2007 | First American Credco | 10 |
| 458681 | 2/14/2007 | First American Credco | 11 |
| 458994 | 1/29/2007 | Credco | 12 |
| 461528 | 2/27/2007 | CountryWide - Clout | 13 |
| 461530 | 2/27/2007 | Credco | 14 |
| 462010 | Not Avail | Not Avail | 15 |
| 462373 | 2/7/2007 | Credco | 16 |
| 462937 | 2/9/2007 | First American Credco | 17 |
| 463479 | 1/24/2007 | First American Credco | 18 |
| 463926 | 2/13/2007 | First American Credco | 19 |
| 464780 | 3/6/2007 | First American Credco | 20 |
| 465046 | 3/6/2007 | First American Credco | 21 |
| 466887 | 3/2/2007 | First American Credco | 22 |
| 467449 | 3/8/2007 | First American Credco | 23 |
| 469213 | 2/26/2007 | Credco | 24 |
| 469917 | 1/18/2007 | Credco | 25 |
| 469918 | 1/18/2007 | Credco | 26 |
| 470861 | 12/7/2006 | Credco | 27 |
| 474196 | 2/14/2007 | First American Credco | 28 |
| 474200 | 2/14/2007 | First American Credco | 29 |