```
1  David R. Medlin      (SBN 77417)
   G. Bradley Hargrave  (SBN 173911)
2  Joshua A. Rosenthal  (SBN 190284)
   MEDLIN & HARGRAVE
3  A Professional Corporation
   One Kaiser Plaza, Suite 1305
4  Oakland, CA  94612
   Telephone:   (510) 832-2900
5  Facsimile:   (510) 832-2945
   E-mail:      jrosenthal@mhlawcorp.com
6
    Attorneys for Defendants/Counter Claimant
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation, <br><br> Plaintiffs, <br> vs. <br><br> CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage, <br><br> Defendants. <br>_____/ <br> CMG Mortgage Inc., a California Corporation <br><br> Counter-Claimant, <br><br> vs. <br><br> James W. Bowman, Jr., an individual, <br><br> Cross-Defendant. <br>_____/ | Case No.: C 07 3140 SI <br><br> ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION <br><br> Dept:  Courtroom 10 <br> Judge: Honorable Susan Illston <br><br> File date: June 14, 2007 <br> Trial date: August 28, 2008 |

Defendants bring this administrative motion pursuant to N.D. Cal. Local Rules 7-11 and 79-5 to file the 3 documents attached to the Declaration of Attorney Joshua A. Rosenthal under seal. The documents were marked by other parties as Confidential, pursuant to a discovery protective order signed

1

1 | by the Court on June 19, 2008.  These documents are exhibits to an opposition to a motion for summary
2 | adjudication.  Exhibit 3 includes loan documents with the personal information of the borrowers redacted.
3 | These documents were produced by Sierra Pacific Mortgage, Inc. pursuant to a third party subpoena.
4 | They were produced with the understanding that they would be confidential subject to a discovery
5 | protective order to be entered into by the parties and signed by the Court.  Exhibits 4 & 5 are contracts
6 | between plaintiffs and Sierra Pacific Mortgage, Inc.  These documents were stamped confidential and
7 | produced by plaintiffs.  Defendants respectfully request that the documents be filed under seal.

Date:   July 7, 2008

**MEDLIN & HARGRAVE**
A PROFESSIONAL CORPORATION

/s/ _____
Joshua A. Rosenthal,
Attorneys for Defendants/Counter Claimant