1  David R. Medlin      (SBN 77417)
   G. Bradley Hargrave  (SBN 173911)
2  Joshua A. Rosenthal  (SBN 190284)
   MEDLIN & HARGRAVE
3  A Professional Corporation
   One Kaiser Plaza, Suite 1305
4  Oakland, CA  94612
   Telephone:   (510) 832-2900
5  Facsimile:   (510) 832-2945
   E-mail:      *jrosenthal@mhlawcorp.com*
6
   Attorneys for Defendants/Counter Claimant
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | James W. Bowman, Jr. and Pacific Real Estate | Case No.: C 07 3140 SI
   | Management Company, Inc., a Washington       |
11 | Corporation,                                 | DECLARATION OF JOSHUA A.
   |                                              | ROSENTHAL IN SUPPORT OF MOTION
12 |            Plaintiffs,                       | TO FILE DOCUMENTS UNDER SEAL IN
   |       vs.                                    | SUPPORT OF OPPOSITION TO
13 |                                              | PLAINTIFFS' MOTION FOR SUMMARY
   | CMG Mortgage Inc., a California Corporation; | ADJUDICATION
14 | CMG Mortgage, Inc., d/b/a Pacific Guarantee  |
   | Mortgage, CMG Mortgage Services, Inc., a     |
15 | California Corporation, CMG Mortgage Services,| Dept:  Courtroom 10
   | Inc. d/b/a Pacific Guarantee Mortgage,       | Judge: Honorable Susan Illston
16 |                                              |
   |            Defendants.                       | File date: June 14, 2007
17 | _____/     | Trial date: August 28, 2008

18 CMG Mortgage Inc., a California Corporation

19           Counter-Claimant,

20       vs.

21 James W. Bowman, Jr., an individual,

22

23           Cross-Defendant.
   _____/
24

25 **DECLARATION OF JOSHUA A. ROSENTHAL**

26       I, Joshua A. Rosenthal, declare:

27       1.    I am an attorney at law duly licensed to practice before this court all courts of this state and

28
                                          1

1 | an attorney with Medlin & Hargrave, a P.C.

2 |     2.     Attached hereto as Exhibit 3 is a true and correct copy of documents produced to defendants in response to a subpoena to Sierra Pacific Mortgage, Inc. The documents are from loan files of loans closed by plaintiffs' for Sierra Pacific Mortgage, Inc. Sierra Pacific Mortgage, Inc., through their attorney Anthony Eaton, produced these documents and stamped them Confidential with the understanding that they would be produced pursuant to a discovery protective order that would be entered into in this case. A discovery protective order was signed by this Court on June 19, 2008.

    3.     Attached hereto as Exhibits 4 & 5 are true and correct copies of documents produced to defendants by plaintiffs. Plaintiffs marked these documents Confidential, pursuant to the protective order. They are net branching and employment contracts between plaintiffs Bowman and Pacific Real Estate Management Co., Inc., on the one hand, and Sierra Pacific Mortgage, Inc., on the other hand. I was told by plaintiffs' counsel and counsel for Sierra Pacific Mortgage, Inc. that they believe that the contracts contain proprietary information about how Sierra Pacific Mortgage, Inc. does business.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and if sworn as a witness, I could and would testify competently thereto.

    Executed at Oakland, California, on July 7, 2008.

    /s/
Joshua A. Rosenthal

---

2

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES  C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Decl of JAR.wpd

# EXHIBIT 3

3

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES  C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Decl of JAR.wpd

# EXHIBIT 4

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES  C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Decl of JAR.wpd

# EXHIBIT 5

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AMENDED RESPONSES TO SPECIAL INTERROGATORIES  C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Decl of JAR.wpd