1  David R. Medlin       (SBN 77417)
   G. Bradley Hargrave   (SBN 173911)
2  Joshua A. Rosenthal   (SBN 190284)
   MEDLIN & HARGRAVE
3  A Professional Corporation
   One Kaiser Plaza, Suite 1305
4  Oakland, CA  94612
   Telephone:   (510) 832-2900
5  Facsimile:   (510) 832-2945
   E-mail:      *jrosenthal@mhlawcorp.com*
6

7  Attorneys for Defendants/ Counter Claimant

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>              Plaintiffs,<br><br>    vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>              Defendants.<br>_____/<br>CMG Mortgage Inc., a California Corporation<br><br>              Counter-Claimant,<br><br>    vs.<br><br>James W. Bowman, Jr., an individual,<br><br>              Cross-Defendant.<br>_____/ | Case No.: C 07 3140 SI<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL<br><br>Dept:  Courtroom 10<br>Judge: Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: None Set |

25      The Administrative Motion of defendants CMG Mortgage Inc., to file documents under seal

26  was filed on July 7, 2008, before this Court in Courtroom 10.

27  ///

28  ///

                                    1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Proposed Order.wpd

1  Good cause appearing, IT IS HEREBY ORDERED THAT:

2  1) Exhibits 3, 4 & 5 attached to the declaration of Joshua A. Rosenthal are to be filed
3  under seal.

4
Date: _____                    _____
5                                            Honorable Susan Illston