David R. Medlin      (SBN 77417)
G. Bradley Hargrave  (SBN 173911)
Joshua A. Rosenthal  (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:    (510) 832-2900
Facsimile:    (510) 832-2945
E-mail:       *jrosenthal@mhlawcorp.com*

Attorneys for Defendants/ Counter Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>              Plaintiffs,<br>    vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>              Defendants.<br>_____/<br>CMG Mortgage Inc., a California Corporation<br><br>              Counter-Claimant,<br><br>    vs.<br><br>James W. Bowman, Jr., an individual,<br><br>              Cross-Defendant.<br>_____/ | Case No.: C 07 3140 SI<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL<br><br>Dept:   Courtroom 10<br>Judge:  Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: None Set |

    The Administrative Motion of defendants CMG Mortgage Inc., to file documents under seal was filed on July 7, 2008, before this Court in Courtroom 10.

///

///

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Proposed Order.wpd

|     |     |
| --- | --- |
| 1   | Good cause appearing, IT IS HEREBY ORDERED THAT: |
| 2   | 1)      Exhibits 3, 4 & 5 attached to the declaration of Joshua A. Rosenthal are to be filed |
| 3   | under seal. |

Date: _____        _____
                                Honorable Susan Illston

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL C 07 3140 SI
M:\CMG\85-0706-02 Bowman\Motion\Plaintiff's MSA 06.23.2008\Motion to file docs under seal\Proposed Order.wpd