IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES W. BOWMAN, et al.,            No. C 07-03140 SI

       Plaintiffs,                                   **ORDER DENYING MOTION FOR RECONSIDERATION**

  v.

CMG MORTGAGE, INC., et al.,

       Defendants.
                                /

Plaintiffs ask the Court to reconsider its June 5, 2008 Order granting in part and denying in part their motion for leave to amend their complaint. The Court previously held that plaintiffs could not amend their complaint to add Christopher M. George as a defendant because they had failed to point to any evidence suggesting that he had misappropriated reserves for his personal and corporate interests. Plaintiffs now inform the Court that George could not have been named earlier because they wish to add him only with respect to the newly pleaded causes of action. However, plaintiffs still have not pointed to any recently discovered evidence suggesting that George may have been involved in the events that form the basis of plaintiffs' new causes of action. Accordingly, the Court DENIES plaintiffs' motion for reconsideration [Docket No. 63].

**IT IS SO ORDERED.**

Dated: July 9, 2008

                                                              SUSAN ILLSTON
                                                              United States District Judge