UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/25/08

Case No.   C-07-3140SI          Judge:   SUSAN ILLSTON

Title: JAMES BOWMAN  -v- CMC MORTGAGE

Attorneys:, A Cohen        J. Rosenthal

Deputy Clerk:  Tracy Sutton  Court Reporter: L Zinn

**PROCEEDINGS**

1 Plaintiff's Motion for Summary Adjudication - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( X)Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( x ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  for Further Case Management Conference

Case continued to

ORDERED AFTER HEARING: