Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>Defendants. | Case No.: C-07-3140-SI<br><br>**DECLARATION OF ALAN F. COHEN IN SUPPORT OF EX PARTE APPLICATION/MOTION FOR CONTINUANCE**<br><br><br>Action Filed:    June 14, 2008<br>Current Trial Date:   August 25, 2008 |
| CMG Mortgage Inc., a California Corporation<br><br>Counter-Claimant,<br><br>v.<br><br>James W. Bowman, Jr., an individual,<br><br>Cross-Defendant. | |

I, Alan F. Cohen , declare:

1

CASE NO.: C-07-3140-SI

**DECLARATION OF ALAN F. COHEN ISO EX PARTE APPLICATION/MOTION FOR CONTINUANCE**

1. I am one of the attorneys of record for James W. Bowman, Jr. and Pacific Real Estate Mortgage Company, Inc. (PREMCO), Plaintiffs in this action. I have personal knowledge of the facts below, and could and would testify competently hereto if called upon to do so.

2. I have had several discussions in the last week with Joshua Rosenthal, counsel for Defendants/Cross-Complainants, about a continuance of the trial date. We have also exchanged emails on this subject. I have asked Defendants to stipulate to a continuance, which they have declined to do. I notified Mr. Rosenthal that Plaintiff would be seeking relief in the form of an *ex parte* motion for continuance. I originally told Mr. Rosenthal that I planned to file this motion on Friday, July 25, but had forgotten for the moment that we would be in court that morning for hearing on Plaintiffs' motion for summary adjudication. Accordingly, I am filing this motion on Monday, July 28.

3. I contacted the Court by email for instructions on how to proceed with this motion. Ms. Sutton responded that I should file this *ex parte* application and notify opposing counsel to respond immediately. I expect Mr. Rosenthal to oppose a continuance. From the Court's instructions, I understand that there will be no hearing on this Application and the Court will rule on the papers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of July, 2008, at San Francisco, California.

LAW OFFICES OF ALAN F. COHEN

By /s/ Alan Cohen
Alan F. Cohen
Attorney for Plaintiffs