| | |
|---|---|
| David R. Medlin (SBN 77417) | |
| G. Bradley Hargrave (SBN 173911) | |
| Joshua A. Rosenthal (SBN 190284) | |
| MEDLIN & HARGRAVE | |
| A Professional Corporation | |
| One Kaiser Plaza, Suite 1305 | |
| Oakland, CA  94612 | |
| Telephone: (510) 832-2900 | |
| Facsimile: (510) 832-2945 | |
| E-mail: *jrosenthal@mhlawcorp.com* | |

Attorneys for Defendants/Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>　　　　　Defendants.<br>_____/<br>CMG Mortgage Inc., a California Corporation<br><br>　　　　　Counter-Claimant,<br><br>　　vs.<br><br>James W. Bowman, Jr., an individual,<br><br>　　　　　Cross-Defendant.<br>_____/ | Case No.: C 07 3140 SI<br><br>DECLARATION OF DAVID R. MEDLIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TRIAL CONTINUANCE<br><br>Dept:   Courtroom 10<br>Judge:  Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: August 25, 2008 |

**DECLARATION OF DAVID R. MEDLIN**

　　　I, David R. Medlin, declare:

　　　1.　　I am an attorney at law duly licensed to practice before this court all courts of this state and a member of Medlin & Hargrave, a P.C.

1

2. On May 22, 2008, I had a phone conversation with plaintiffs' counsel Alan Cohen and asked him about conducting another ADR session. Mr. Cohen told me he did not want to use Philip Keith, the previously Court assigned mediator, and would get back to me concerning further ADR. When Mr. Cohen did not get back to me, on June 18, 2008, I sent an email to Mr. Cohen again asking about ADR. A true and correct copy of the June 18, 2008 email is attached hereto as Exhibit B. When Mr. Cohen did not respond to Exhibit B, I sent him another email on June 25, 2008 again asking about ADR. A true and correct copy of the June 25, 2008 email is attached hereto as Exhibit C. Mr. Cohen did respond to Exhibit C, but only to provide a settlement offer. He did not respond to the ADR request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and if sworn as a witness, I could and would testify competently thereto.

Executed at Oakland, California, on July 29, 2008.

          /s/_____
David R. Medlin

# EXHIBIT A

# David R. Medlin

| | |
|---|---|
| From: | David R. Medlin [dmedlin@mhlawcorp.com] |
| Sent: | Wednesday, June 18, 2008 2:45 PM |
| To: | 'Alan Cohen' |
| Cc: | 'bhargrave@mhlawcorp.com'; 'Joshua A. Rosenthal' |
| Subject: | Bowman vs. CMG |

Dear Alan,

On May 22 you and I agreed that the parties should at least explore the possibility of further informal settlement discussions. You agreed to provide me with a specific dollar demand, for settlement purposes. I have yet to receive your demand. If you are still willing to engage in informal settlement discussions, please provide a demand. If you are no longer willing to engage in informal settlement discussions, please let me know.

As you know, we were informed by the court that we are to conduct an additional ADR session. Given your failure to provide even an informal settlement demand, as you said you would, I am concerned about the realistic prospects of any ADR process. Regardless, since the Court has ordered us to do so, please provide proposed dates for another ADR session. Given the shortness of time, your earliest possible response would be greatly appreciated.

Sincerely,
Dave Medlin

David R. Medlin
Medlin & Hargrave, P.C.
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone: (510) 832-2900
Facsimile: (510) 832-2945
www.mhlawcorp.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

# EXHIBIT B

# David R. Medlin

**From:** David R. Medlin [dmedlin@mhlawcorp.com]
**Sent:** Wednesday, June 25, 2008 12:10 PM
**To:** 'Alan Cohen'
**Cc:** 'bhargrave@mhlawcorp.com'; 'Joshua A. Rosenthal'
**Subject:** RE: Plaintiff's documents production at deposition

Alan,

My copies of the documents you supplied yesterday have been shredded. I am uncertain as to whether or not Kim and Dora took a copy with them, accordingly I am checking with them and, if so, will arrange to have that copy returned for shredding. Either way, I will confirm for you as soon as I know.

Please provide the balance of your client's previously promised document production, including the contracts with Sierra Pacific. If the balance of your client's document production will not be provided by the close of business today, please confirm for me - before the end of the day - when you will provide all such documents.

Given your refusal on two occasions to even respond to my requests for a settlement demand, I can only assume that you and your client refuse to engage in informal settlement discussions of any kind. That, of course, is your right. However, the court specifically instructed us to engage in another ADR session. I am now trying, a second time, to comply with the court's directive. However, I can't do that without your participation in the process. Accordingly, I once again ask that you provide me with proposed dates for an ADR session. Additionally, since you have expressed your disinterest in any further mediation with the court appointed mediator, Philip Keith, please advise as to what form of ADR you will agree to, and before whom.

Thank you,
Dave

---

**From:** Alan Cohen [mailto:cohenlaw@mindspring.com]
**Sent:** Tuesday, June 24, 2008 4:56 PM
**To:** David Medlin
**Subject:** Plaintiff's documents production at deposition

Dear David:

Please see attached letter and accompanying documents

-Alan

Alan F. Cohen
*Attorney at Law*
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
cohenlaw@mindspring.com
415.984.1943 *(tel.)*
415.984.1953 *(fax)*

This email may contain confidential or legally privileged information. It is intended only for the addressee's use; if you are not the intended recipient please notify the sender by email that you have received this in error and delete this message from your computer. You are hereby notified that any disclosure, copying, forwarding, distribution, or any use of the contents of this email by anyone other than the intended recipient is strictly prohibited and may result in criminal or civil liability.

1