David R. Medlin        (SBN 77417)
G. Bradley Hargrave    (SBN 173911)
Joshua A. Rosenthal    (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:    (510) 832-2900
Facsimile:    (510) 832-2945
E-mail:       *jrosenthal@mhlawcorp.com*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>　　　　　　Defendants.<br>_____/ | Case No.: C 07 3140 SI<br><br>DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TRIAL CONTINUANCE<br><br>Date:   June 6, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 10<br>Judge:  Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: August 25, 2008 |
| CMG Mortgage Inc., a California Corporation<br><br>　　　　　　Counter-Claimant,<br><br>　　vs.<br><br>James W. Bowman, Jr., an individual,<br><br>　　　　　　Cross-Defendant.<br>_____/ | |

**DECLARATION OF JOSHUA A. ROSENTHAL**

　　　I, Joshua A. Rosenthal, declare:

　　　1.　　I am an attorney at law duly licensed to practice before all courts of this state and an attorney with Medlin & Hargrave, a P.C.

1

2. At the Case Management Conference in Department 10 on May 14, 2008, Alan Cohen stated that he did not anticipate needing a trial continuation to address the new allegations in the proposed new pleadings to be filed by the parties.

3. Attached hereto as Exhibit C is a true and correct copy of emails produced by plaintiffs indicating the email addresses of CMG branch managers at different periods of time. Most of the email addresses are not CMG email addresses, they are the email addresses of the business name owned by the individual branch manager. Thus, if the branch was no longer affiliated with CMG, it would still be a good email address. Regardless, it still provides the identity of the manager and could be found by plaintiffs.

4. Attached hereto as Exhibit D is a true and correct copy of selected portions of the deposition of James Bowman taken on April 30, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and if sworn as a witness, I could and would testify competently thereto.

Executed at Oakland, California, on July 29, 2008.

                                               /s/
                                       Joshua A. Rosenthal

DECLARATION OF JOSHUA A. ROSENTHAL
M:\CMG\85-0706-02 Bowman\Motion\opp to ex parte app to continue\Decl of JAR1.wpd

# EXHIBIT C

Case 3:07-cv-03140-SI    Document 96-3    Filed 07/29/2008    Page 3 of 13

**Jim Bowman**

| | |
|---|---|
| **From:** | Jim Bowman [jimbowman@pacifictrustlending.com] |
| **Sent:** | Saturday, February 17, 2007 10:53 AM |
| **To:** | 'Patricia Mitchell' |
| **Subject:** | RE: January Operating Statements |
| **Importance:** | High |

I did not receive the statements or checks for either branch (445 or 457). Where were they sent? Please, help.



Jim Bowman, Manager
Pacific Trust Lending
2505 S. 320th St. Suite 260
Federal Way, WA 98003

OFC: 253-839-9088
FAX: 253-839-9093

TOLL FREE: 866-958-7878

-----Original Message-----
**From:** Patricia Mitchell [mailto:Pmitchell@cmgmortgage.com]
**Sent:** Wednesday, February 14, 2007 5:40 PM
**To:** Andy Boedeker; Behzad Zandinejad; Bill Hoopes; Brenda McCracken; Dana Hamade; Darren Malone; David Jensen; Greg Tribulato; James Winstead; Jeff Haag; Jim Bowman; Joy Finley; Kurt Gallert; Larry Naser; Leon Huntting; Lisa Leonardo-Howard; Michael Fletcher; Michael Hamade; Michael Link; Michael Ross; Nick Paul; Patricia Cunningham; pholmes@sterlinghomeloan.com; Rick Vujovich; Rob McNelis; Rudaina Hamade; Sally Jensen; Sara Mills; Steve Lewis; Terry Greenan; Todd Lee; Tom Rhea; Tyler J. Kelley
**Subject:** January Operating Statements
**Importance:** High

Dear Managers,

As I sit here doing a final review of January's financials, I am at this hour accepting the fact I will not meet my deadline of getting them mailed out tonight. The last week and a half has been quite overwhelming for me since taking on the accounting responsibilities from Annie Chih. Annie's last day with CMG was February 2nd; one day after the cutoff for the February 15th pay period. While I was able to pick up her work and get commissions processed on time; my regular work was put to the side. I almost made it, short of one day. Statements and distributions checks will POSITIVELY mail out tomorrow for delivery Friday.

Please accept my apology for the delay, and I hope this will not be a great inconvenience to you

all.

Patricia Mitchell
Pacific Guarantee Mortgage
a CMG Financial Services Company
3160 Crow Canyon Road, Suite 320
San Ramon, CA 94583
Phone and Efax: 925-983-3203

Ask about the "*Home Ownership Accelerator*" loan. Join the revolution and pay off your loan years ahead of schedule and save thousands of dollars in interest costs. Go to www.cmghome.com for more information.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, and delete the original transmission and its attachments without reading or saving in any manner. We reserve the right to monitor all email communications. Although we believe this email and any attachments are virus-free, we do not guarantee that it is virus-free, and we accept no liability for any loss or damage arising from its use. Thank you.

12/18/2007

P18

## Jim Bowman

**From:** Patricia Mitchell [PMitchell@cmgmortgage.com]
**Sent:** Thursday, March 31, 2005 12:30 PM
**To:** darren@advantagehomelending.com; august2400@aol.com; bzandi1@aol.com; lnaser@aol.com; bhoopes@calltpac.net; Donna Hamade; stevendmoody@comcast.net; jcohen@cusomortgage.com; jwinstead1@earthlink.net; mike@fletchermtg.com; pgmlisaloans@hotmail.com; timwood@ix.netcom.com; michael@metloans.com; steven@metloans.com; mike@michaellink.com; bobs@morristown.net; carries@morristown.net; mike@mortgage-1one.com; jimbowman@pacifictrustlending.com; terry@pacifictrustlending.com; jeffhaag@pgmfederalway.com; tomrhea@pgmfederalway.com; brenda@pgmpetaluma.com; gerigero@pgmusa.com; glefebure@pgmusa.com; gmerrill@pgmusa.com; jbrilman@pgmusa.com; mkemsley@pgmusa.com; rvujovich@pgmusa.com; patricia@sandhillfinancial.com; loanldy@sbcglobal.net; ayonk@simplicitymortgage.com; tmccombs@simplicitymortgage.com; pholmes@sterlinghomeloan.com; jfreeman@stonecrest.net; djensen@thejensengroup.net; sjensen@thejensengroup.net; wes@wesloans.com
**Subject:** Personnel Changes

Hello All,

It has just come to my attention that due to an email glitch none of you were made aware of a significant change happening within CMG. Teresa Ones has retired from her position as General Manager and HR Director, and her last day was Tuesday the 29th. While it saddens us to have her go, it is a great time in her life for her. Teresa will be enjoying other things like remodeling her home, some travel, and spending even more time with her husband and children. We sent Teresa off with a big bash Tuesday night and I feel awful that you all did not have the opportunity to say farewell. I sincerely apologize for that.

It's not to late - If you would like to call Teresa and wish her well you can reach her at (925) 200-5744. Or, you can still email her at tones@cmgmortgage.com.


Patricia Mitchell
Pacific Guarantee Mortgage
a CMG Financial Services Company
3160 Crow Canyon Road., Suite 350
San Ramon, CA  94583
Ph: 925-983-3203     Fax: 925-866-8247

## Jim Bowman

| | |
|---|---|
| From: | Patricia Mitchell [PMitchell@cmgmortgage.com] |
| Sent: | Tuesday, April 12, 2005 3:04 PM |
| To: | darren@advantagehomelending.com; august2400@aol.com; bzandi1@aol.com; lnaser@aol.com; bhoopes@calltpac.net; Donna Hamade; stevendmoody@comcast.net; jcohen@cusomortgage.com; jwinstead1@earthlink.net; mike@fletchermtg.com; pgmlisaloans@hotmail.com; timwood@ix.netcom.com; michael@metloans.com; steven@metloans.com; mike@michaellink.com; bobs@morristown.net; carries@morristown.net; mike@mortgage-1one.com; jimbowman@pacifictrustlending.com; terry@pacifictrustlending.com; jeffhaag@pgmfederalway.com; tomrhea@pgmfederalway.com; brenda@pgmpetaluma.com; gerigero@pgmusa.com; glefebure@pgmusa.com; gmerrill@pgmusa.com; jbrilman@pgmusa.com; mkemsley@pgmusa.com; rvujovich@pgmusa.com; patricia@sandhillfinancial.com; loanldy@sbcglobal.net; ayonk@simplicitymortgage.com; tmccombs@simplicitymortgage.com; pholmes@sterlinghomeloan.com; jfreeman@stonecrest.net; djensen@thejensengroup.net; sjensen@thejensengroup.net; wes@wesloans.com |
| Subject: | BRANCH CONFERENCE CALL |



E & O Insurance
Billing 2-15-0...

Hello All,

Just a reminder of the call scheduled for tomorrow, Wednesday the 13th, at 1:00 p.m.  I would like to encourage all of you to dial in and participate in the call as there will be information shared that will be of interest to you all; for example: the charge back of E&O insurance, trust accounting, and the upcoming open enrollment for health benefits.  I will send out an agenda first thing in the morning, but in the meantime I am attaching a memo on E&O Policy Change that was believed to have gone out in February and will affect your March P&L.

Please call in at 800-820-4690; pass code 9877754#.


Patricia Mitchell
Pacific Guarantee Mortgage
a CMG Financial Services Company
3160 Crow Canyon Road., Suite 350
San Ramon, CA   94583
Ph: 925-983-3203      Fax: 925-866-8247

# EXHIBIT D

```
 1       A.   Yes.  I filled it in for myself and signed it.
 2       Q.   And you filled in the dollar ranges for
 3  yourself?
 4       A.   No, I actually used the same dollar ranges, I
 5  believe, on all the documents.  Or something similar.
 6       Q.   Even for yourself?
 7       A.   Yes.
 8       Q.   Before you signed it, did you read the contract
 9  listed in here?
10       A.   I don't remember.
11       Q.   I would like to ask you to look at Page 6.  In
12  particular, there's a Paragraph 8, which is broken down
13  into subparagraphs, and I would like to draw your
14  attention to Paragraph 8.3 which is entitled "Loan
15  Files."  Do you see that?
16       A.   I see that.
17       Q.   Did you read that paragraph before you signed
18  the contract you signed?
19       A.   I don't recall.
20       Q.   Okay.  Did you know, at any time while you were
21  employed at CMG, that the terms as set forth in 8.3 were
22  included in the contract?
23       A.   Yeah.  I believe I understood that.
24       Q.   Okay.  So you understood, before you terminated
25  your relationship with CMG, that all loan files, whether
```

1  pending or closed, were to be returned to CMG?

2      A.  Again, I didn't terminate the relationship with

3  CMG.  CMG terminated the relationship with me.

4      Q.  Okay.  I apologize.  I wasn't trying to put

5  words in your mouth.

6      A.  I just want to be clear.  I don't know.

7      Q.  That's fair.  Let me see if I can reword the

8  question.

9      A.  Okay.

10     Q.  At the time your relationship with CMG ended,

11 you understood that you were to return all loan files to

12 CMG, whether pending or closed?

13     A.  Yes.

14     Q.  You understood that "pending" referred to

15 pipeline loans?

16     A.  Not necessarily, but...

17     MR. COHEN:  But what?

18     THE WITNESS:  Well, I mean, pending -- well, I

19 guess it could be the same thing as pipeline.  Yeah, I

20 don't see why not.

21     MR. COHEN:  You don't have to agree with him just

22 because he's asking you a question.

23     MR. MEDLIN:  And I'm charming as hell.

24     MR. COHEN:  Well, there's that, too.  So if you

25 want to clarify -- David, would you mind if I ask him to

1  clarify his answer?

2      MR. MEDLIN: Of course not.

3      THE WITNESS: By pending, do you -- is pipeline and
4  pending the same meaning to you?

5      MR. MEDLIN: Q. Sir, that's one rule I do have. I
6  ask the questions.

7      MR. COHEN: Would you ask a fresh question for the
8  witness, please?

9      MR. MEDLIN: Q. You understood, on the last day of
10 your employment with CMG, that you were required to
11 return all loan files to CMG, including pipeline loans?

12     A. Yes.

13     Q. Okay. Is there any particular reason you did
14 not return the pipeline loan files to CMG?

15     A. Yes.

16     Q. What is that reason?

17     A. Because on or about January 31st I called Kim
18 Callas about a loan that was in process with CMG. It
19 was a home ownership accelerator loan. And she told me
20 -- I was in the Vancouver branch. She told me I had to
21 submit that -- or it might have been February 1st.
22 Because I asked specifically, as I understand the
23 contract, I am to close all loans, up to 5:00 p.m. on
24 the date of termination, with CMG. So I had every
25 intention to do that.

1        And there was a loan that was already submitted
2   to CMG. And Kim Callas instructed me that I had to
3   submit all my loans through Sierra Pacific.
4        Q. Okay. So it's your testimony that Kim Callas
5   instructed you not to turn over the pipeline loans?
6        A. No. It was --
7        MR. COHEN: Objection. That misstates the
8   testimony.
9        THE WITNESS: I was going to clarify. That's not
10  what I said. I was to submit all the loans through
11  Sierra Pacific.
12       MR. MEDLIN: Q. And did you understand -- pardon
13  me. Did you understand that to be an instruction not to
14  turn over the pipeline loan files?
15       A. Yes.
16       Q. Did you understand that Kim Callas was taking
17  the position that CMG was not interested in the income
18  to be generated from those files?
19       A. No, I didn't.
20       MR. COHEN: Objection. Misstates the testimony.
21       THE WITNESS: Yeah. I didn't understand that to be
22  an issue at all.
23       MR. MEDLIN: Q. Well, you understood from the
24  conversation that she was not taking the position that
25  CMG was entitled to that income?

```
 1        MR. COHEN:  Objection.  That misstates the
 2   testimony as well.
 3        THE WITNESS:  No.  That nothing --
 4        MR. COHEN:  Can I finish before you start your
 5   answer?  Thank you.
 6        THE WITNESS:  Sorry.
 7        MR. MEDLIN:  Are you done yet, Alan?
 8        MR. COHEN:  All done.
 9        MR. MEDLIN:  Q.  Well, at the end of that telephone
10   conversation, you understood that Kim Callas was
11   effectively telling you, pick up the pending loan files
12   and take them with you?
13        MR. COHEN:  Objection.  That misstates the
14   testimony.
15        THE WITNESS:  That's not what I said.  It was
16   really simple.  I was supposed to submit the loans
17   through Sierra Pacific.
18        MR. MEDLIN:  Q.  And if you submit them through
19   Sierra Pacific, you're not submitting them through CMG?
20        A.  No.  Not necessarily.
21        Q.  Okay.  How can you submit them through Sierra
22   Pacific and through CMG?
23        A.  Because we were entering -- so immediately
24   after that, I asked for an approval for us to be a
25   wholesale broker with Sierra Pacific with CMG, so that
```