David R. Medlin      (SBN 77417)
G. Bradley Hargrave  (SBN 173911)
Joshua A. Rosenthal  (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA  94612
Telephone:   (510) 832-2900
Facsimile:   (510) 832-2945
E-mail:      *jrosenthal@mhlawcorp.com*

Attorneys for Defendants/Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Bowman, Jr. and Pacific Real Estate Management Company, Inc., a Washington Corporation,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>CMG Mortgage Inc., a California Corporation; CMG Mortgage, Inc., d/b/a Pacific Guarantee Mortgage, CMG Mortgage Services, Inc., a California Corporation, CMG Mortgage Services, Inc. d/b/a Pacific Guarantee Mortgage,<br><br>　　　　　　　Defendants.<br>_____/<br>CMG Mortgage Inc., a California Corporation<br><br>　　　　　　　Counter-Claimant,<br><br>　　vs.<br><br>James W. Bowman, Jr., an individual,<br><br>　　　　　　　Cross-Defendant.<br>_____/ | Case No.: C 07 3140 SI<br><br>SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TRIAL CONTINUANCE<br><br>Dept:  Courtroom 10<br>Judge: Honorable Susan Illston<br><br>File date: June 14, 2007<br>Trial date: August 25, 2008 |

　　　　Minutes after filing the opposition to the ex parte application to continue the trial, this office received a notice of unavailability of counsel from one of the attorneys for plaintiffs (by mail - just about all other documents in this matter have been served by email).  A true and correct copy of the Notice of Unavailability of Counsel which was received by this office on Tuesday afternoon, July

1

29, 2008 is attached hereto as Exhibit E.  Mr. Cohen is apparently taking a week off with a few weeks to go before trial and will be gone on the day that pretrial documents are due.  There are joint documents due next week and there will likely be orders concerning discovery.  Mr. Cohen is saying that he needs a trial continuance because there is too much work to do between now and trial and then leaves for an entire week and demands that no work be done which requires the plaintiffs' participation.  It is shocking that plaintiffs would seek a trial continuance on the eve of trial because there is too much work to do and then counsel taking a week off right before the trial with nary an explanation as to the reason is even more outrageous.  Plaintiffs counsel cannot have his cake and eat it too.  He cannot claim that there is too much work to do and then claim that no work can be done which requires his participation right before trial.  The imaginary time crunch claimed by plaintiffs is nothing more than an attempt to avoid going to trial.  Defendants should not have to pay the cost for plaintiffs and their counsel's gamesmanship.

Date:   July 29, 2008                                **MEDLIN& HARGRAVE**
                                                     A PROFESSIONAL CORPORATION


                                                     /s/
                                                     Joshua A. Rosenthal,
                                                     Attorneys for Defendants

# EXHIBIT E

1  Alan F. Cohen (State Bar No. 194075)
   **LAW OFFICES OF ALAN F. COHEN**
2  101 Montgomery Street, Suite 2050
   San Francisco, CA 94104
3  415.984.1943 (tel.)
4  415.984.1953 (fax)
   cohenlaw@mindspring.com
5
   Angela M. Xavier (State Bar No. 165152)
6  Attorney At Law
   900 Cherry Avenue, Suite 300
7  San Bruno, CA 94066
   Telephone: (650) 355-0414
8  Facsimile: (650) 355-0842
9
   Attorneys for Plaintiffs and Cross-Defendant

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation | Case No.: C-07-3140-SI |
| 15  Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| 16   v. | |
| 17  CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, | |
| 21  Defendants. | |
| 22  CMG Mortgage Inc., a California Corporation Counter-Claimant, | |
| 24   v. | |
| 25  James W. Bowman, Jr., an individual, Cross-Defendant. | |

27  ///
28

                                    1                       CASE NO.: C-07-3140-SI
                         **NOTICE OF UNAVAILABILITY**

1 | NOTICE IS HEREBY GIVEN that commencing August 2, 2008 through August 10, 2008, Alan Cohen, attorney for Plaintiffs James W. Bowman, Jr. and Pacific Real Estate Management Company, will be unavailable for any purpose whatsoever, including but not limited to receiving notice of any kind, responding to *ex parte* applications, appearing in court, or attending depositions.

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct. (*Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299).

LAW OFFICES OF ALAN F. COHEN

Dated: July 28, 2008          By _____
                                    Alan F. Cohen
                                    Attorney for Plaintiffs

## PROOF OF SERVICE

I, Alan F. Cohen, declare that I am a resident of the State of California, am over the age of eighteen years, and not a party to the within action. I am a member of the bar of this Court. My address is 101 Montgomery Street, Ste. 2050, San Francisco, CA 94104.

On the date set forth below I served a true and correct copy of:

**NOTICE OF UNAVAILABILITY**

☒ (FIRST CLASS MAIL) by placing such copy in a sealed envelope postage thereon fully prepaid, with the United States Postal Service for mailing this day from San Francisco, California.

☐ (HAND DELIVERY) by hand delivery on to the party(ies) indicated below:

☐ (FACSIMILE) by consigning such copy to a facsimile operator for transmittal on this date to the party(ies) indicated.

☐ (OVERNIGHT COURIER) by consigning such copy in a sealed envelope postage thereon fully prepared, with the United States Postal Service or an overnight courier for next day delivery to the party(ies) indicated.

☐ (EMAIL) by emailing such copy to the address indicated below. Electronic transmission was reported complete and without error.

I served the above document(s) on the following persons:

David Medlin
Joshua Rosenthal
Medlin & Hargrave
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
jrosenthal@mhlawcorp.com

*Attorneys for Defendants CMG Mortgage, Inc., et al.*

I am readily familiar with my firm's practices for processing of correspondence for delivery according to the instructions indicated above, under which correspondence would be deposited in the mail or other delivery service set forth above on the date below. The above-referenced documents were placed for deposit in accordance with the office's practice. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on **July 28, 2008.**

_____
Alan F. Cohen

3                                    CASE NO.: C-07-3140-SI
NOTICE OF UNAVAILABILITY