1   Alan F. Cohen (State Bar No. 194075)
    **LAW OFFICES OF ALAN F. COHEN**
2   101 Montgomery Street, Suite 2050
    San Francisco, CA 94104
3   415.984.1943 (tel.)
    415.984.1953 (fax)
4   cohenlaw@mindspring.com

5
    Angela M. Xavier (State Bar No. 165152)
6   Attorney At Law
    900 Cherry Avenue, Suite 300
7   San Bruno, CA 94066
    Telephone: (650) 355-0414
8   Facsimile: (650) 355-0842

9
    Attorneys for Plaintiffs and Cross-Defendant
10
                    **UNITED STATES DISTRICT COURT**
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  JAMES W. BOWMAN, JR. and PACIFIC REAL          Case No.: C-07-3140-SI
    ESTATE MANAGEMENT COMPANY, INC., a
15  Washington Corporation                          **[PROPOSED] ORDER GRANTING EX
                                                     PARTE APPLICATION/MOTION FOR
16              Plaintiffs,                           CONTINUANCE**

17       v.

18  CMG MORTGAGE, INC., a California
    Corporation; CMG MORTGAGE, INC., d/b/a
19  PACIFIC GUARANTEE MORTGAGE, CMG
    MORTGAGE SERVICES, INC., a California
20  corporation; CMG MORTGAGE SERVICES,            Action Filed:        June 14, 2008
    INC., d/b/a PACIFIC GUARANTEE               Current Trial Date:    August 25, 2008
21  MORTGAGE,

22              Defendants.

23  CMG Mortgage Inc., a California Corporation

24              Counter-Claimant,

25       v.

26  James W. Bowman, Jr., an individual,

27              Cross-Defendant.

28

                                    1                    CASE NO.: C-07-3140-SI
    **ORDER GRANTING EX PARTE APPLICATION/MOTION FOR CONTINUANCE**

Plaintiff's Ex Parte Application/Motion for Continuance ("Motion") came on for decision on an *ex parte* basis without hearing.  Plaintiffs/Cross-Defendant James W. Bowman, Jr. and Pacific Real Estate Management Company filed papers in support of the Motion, and Defendants/Counter-Claimant CMG Mortgage, Inc. and CMG Mortgage Services, Inc. filed papers in opposition.  No appearances were entered.  The Court having considered the papers submitted in support of and in opposition to said Motion and the arguments of counsel, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED.  The parties will appear on August 12 at _____ to set a new date for trial.


IT IS SO ORDERED.


Dated: _____, 2008          _____

                                         Hon. Susan Illston

**ORDER GRANTING EX PARTE APPLICATION/MOTION FOR CONTINUANCE**