Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>   Plaintiffs,<br><br>  v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>   Defendants. | Case No.: C-07-3140-SI<br><br>**STIPULATION TO NONJURY TRIAL** |
| CMG Mortgage Inc., a California Corporation<br><br>   Counter-Claimant,<br><br>  v.<br><br>James W. Bowman, Jr., an individual,<br><br>   Cross-Defendant. | |

///

1  Plaintiff/Cross-Defendant James W. Bowman, Jr., Plaintiff Pacific Real Estate Management Company, Inc., Defendant/Counter-Claimant CMG Mortgage, Inc. and Defendant CMG Mortgage Services, Inc. withdraw any demand for a jury and stipulate to a nonjury trial of all claims and counter-claims in this action.

LAW OFFICES OF ALAN F. COHEN

Dated:  August 1, 2008                By _____
                                         Alan F. Cohen
                                         Attorney for Plaintiffs/Cross-Defendant


Dated: August 1, 2008                 By  /s/ Angela M. Xavier
                                         Angela M. Xavier
                                         Attorney for Plaintiffs/Cross-Defendant



MEDLIN & HARGRAVE


Dated: August 1, 2008                 By  /s/ Joshua A. Rosenthal
                                         Joshua A. Rosenthal
                                         Attorneys for Defendants/Counter-
                                         Claimants

2                                                                CASE NO.: C-07-3140-SI
**STIPULATION TO NONJURY TRIAL**