Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs and Cross-Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>       Plaintiffs,<br><br>   v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>       Defendants. | Case No.: C-07-3140-SI<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION/MOTION FOR CONTINUANCE**<br><br><br><br>Action Filed:         June 14, 2008<br>Current Trial Date:   August 25, 2008 |
| CMG Mortgage Inc., a California Corporation<br><br>       Counter-Claimant,<br><br>   v.<br><br>James W. Bowman, Jr., an individual,<br><br>       Cross-Defendant. | |

1  Plaintiff's Ex Parte Application/Motion for Continuance ("Motion") came on for decision
2  on an *ex parte* basis without hearing. Plaintiffs/Cross-Defendant James W. Bowman, Jr. and
3  Pacific Real Estate Management Company filed papers in support of the Motion, and
4  Defendants/Counter-Claimant CMG Mortgage, Inc. and CMG Mortgage Services, Inc. filed
5  papers in opposition. No appearances were entered. The Court having considered the papers
6  submitted in support of and in opposition to said Motion and the arguments of counsel, and good
7  cause appearing:

8  IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED. The parties will
9  appear on August 12 at _____ to set a new date for trial.

11  IT IS SO ORDERED.

13  Dated: _____, 2008        _____
                                              Hon. Susan Illston