Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
415.984.1943 (tel.)
415.984.1953 (fax)
cohenlaw@mindspring.com

Angela M. Xavier (State Bar No. 165152)
Attorney At Law
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 355-0414
Facsimile: (650) 355-0842

Attorneys for Plaintiffs James Bowman and Pacific Real Estate Management Company, Inc.

David R. Medlin      (SBN 77417)
G. Bradley Hargrave (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
**MEDLIN & HARGRAVE**
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone:   (510) 832-2900
Facsimile:   (510) 832-2945

Attorneys for Defendants/Counter-Claimants

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation<br><br>       Plaintiffs,<br><br>    v.<br><br>CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE,<br><br>       Defendants.<br><br>CMG MORTGAGE, INC.<br><br>       Counter Claimant | Case No.: C-07-3140-SI<br><br>**FOURTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 12, 2008<br>Time: 2:30 p.m.<br>Dept: Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Complaint filed:    June 14, 2007<br>Trial Date:         August 25, 2008 |

1

Case No.: C-07-3140-SI

**FOURTH JOINT CMC STATEMENT**

1  v.

2  JAMES W. BOWMAN, JR.

3      Counter Defendant

Pursuant to Local Rule 16-10(d), the parties submit this Fourth Joint Case Management Conference Statement.

### A. Plaintiff's position

For reasons stated in Plaintiffs' Ex Parte Application/Motion for Continuance and the availability of Plaintiffs' attorneys, Plaintiffs/Counter Defendant, depending on the Court's availability, request that trial date be continued to the third or fourth week of January, 2009.

Plaintiffs/Counter Defendant will not stipulate to a Magistrate hearing for a sooner trial date. Discovery has not been completed, particularly, in light of the fact that Defendants/Counter Claimants have not fully responded to Court orders regarding the production of documents and in other areas. In addition, discovery needs to be re-opened to allow the introduction of new evidence which Plaintiffs/Counter Defendant have obtained, such as branch manager information, which Defendants/Counter Claimants only recently produced.

Contrary to Defendants/Counter Claimants assertion, Plaintiffs/Counter Defendant are not "…using this continuance as an excuse to further ratchet up this litigation." A hurry up and rush approach to this case would only benefit Defendants/Counter Claimants, and serve to the detriment of Plaintiffs/Counter Defendant. Plaintiffs/Counter Defendant's motives are based on the sincere desire to bring to light all evidence that is attainable in order to fully and fairly litigate this case.

Last week, Defendants' counsel re-started informal settlement discussions which has been, greatly, appreciated by Plaintiffs and their counsel. This process is continuing and communication has improved. During the third case management conference in May, 2008, the Court stated that it would require the parties to attend either a further mediation or a settlement conference.

1   After the case management conference, in May 2008, Plaintiff Bowman and his
2   attorney, Angela M. Xavier, had contacted the ADR program. They spoke with an ADR
3   attorney and discussed the options of mediation or a settlement conference. The ADR attorney
4   had recommended a settlement conference at this stage of the case, and she said that settlement
5   conferences are, usually, held sixty (60) to ninety (90) days before trial.

6   On Tuesday, August 5, 2008, Plaintiff Bowman and his attorney, Angela M. Xavier,
7   again, contacted the Court's ADR program and inquired about what needs to be done for the
8   parties to go to a settlement conference. The ADR program director, stated that the assigned
9   judge must order the parties to attend a settlement conference. Plaintiffs are very hopefully that
10  a settlement can be reached between the parties on an informal basis. However, if such a
11  settlement is not reached, Plaintiffs believe that the parties would benefit from a settlement
12  conference. Thus, a trial date later in January, 2009, would afford the parties sufficient
13  opportunities to informally settle this matter. If this matter is not settled, on an informal basis,
14  then the parties would have the opportunity to participate in a Court ordered settlement
15  conference with a Magistrate judge some sixty (60) to ninety (90) days before the trial. For the
16  aforementioned reasons, Plaintiffs request that the Court order the parties to attend a settlement
17  conference through the Court's ADR program.

**B.  Defendants' position**

19  Defendants/Counter Claimants are ready to go to trial as soon as there is an available
20  date. Defendants/Counter Claimants will stipulate to a Magistrate hearing this matter if it will
21  mean a sooner trial date. Defendants/Counter Claimants welcome this matter being heard on
22  isolated free Court days, since it is a bench trial. Defendants/Counter Claimants oppose any
23  request by plaintiffs' to reopen the discovery cut off and motion cut off and using this
24  continuance as an excuse to further ratchet up this litigation. Defendants/Counter Claimants are
25  open to further ADR, have requested that plaintiffs participate in ADR and will willingly attend
26  another ADR session.

3                              Case No.: C-07-3140-SI
**FOURTH JOINT CMC STATEMENT**

LAW OFFICES OF ALAN F. COHEN

Dated: August ___, 2008           By  /s/ Alan Cohen
                                      Alan F. Cohen
                                      Attorney for Plaintiffs/ Counter-
                                      Defendant

Dated: August ___, 2008           By _____
                                      Angela M. Xavier
                                      Attorney for Plaintiffs/ Counter-
                                      Defendant

MEDLIN & HARGRAVE, P.C.

Dated: August 11, 2008            By  /s/
                                      Joshua A. Rosenthal
                                      Attorneys for Defendants/ Counter-
                                      Claimant

4                                                           Case No.: C-07-3140-SI

**FOURTH JOINT CMC STATEMENT**