1  Alan F. Cohen (State Bar No. 194075)
   **LAW OFFICES OF ALAN F. COHEN**
2  101 Montgomery Street, Suite 2050
   San Francisco, CA 94104
3  415.984.1943 (tel.)
   415.984.1953 (fax)
4  cohenlaw@mindspring.com

5
   Angela M. Xavier (State Bar No. 165152)
6  Attorney At Law
   900 Cherry Avenue, Suite 300
7  San Bruno, CA 94066
   Telephone: (650) 355-0414
8  Facsimile: (650) 355-0842

9
   Attorneys for Plaintiffs and Cross-Defendant
10
                    **UNITED STATES DISTRICT COURT**
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

| | |
|---|---|
| JAMES W. BOWMAN, JR. and PACIFIC REAL ESTATE MANAGEMENT COMPANY, INC., a Washington Corporation | Case No.: C-07-3140-SI |
| Plaintiffs, | **STIPULATION TO NONJURY TRIAL** |
| v. | |
| CMG MORTGAGE, INC., a California Corporation; CMG MORTGAGE, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, CMG MORTGAGE SERVICES, INC., a California corporation; CMG MORTGAGE SERVICES, INC., d/b/a PACIFIC GUARANTEE MORTGAGE, | |
| Defendants. | |
| CMG Mortgage Inc., a California Corporation | |
| Counter-Claimant, | |
| v. | |
| James W. Bowman, Jr., an individual, | |
| Cross-Defendant. | |

27  ///

28

1                                          CASE NO.: C-07-3140-SI
                    **STIPULATION TO NONJURY TRIAL**

1  Plaintiff/Cross-Defendant James W. Bowman, Jr., Plaintiff Pacific Real Estate Management Company, Inc., Defendant/Counter-Claimant CMG Mortgage, Inc. and Defendant CMG Mortgage Services, Inc. withdraw any demand for a jury and stipulate to a nonjury trial of all claims and counter-claims in this action.

LAW OFFICES OF ALAN F. COHEN

Dated: August 1, 2008                          By _____
                                                   Alan F. Cohen
                                                   Attorney for Plaintiffs/Cross-Defendant

Dated: August 1, 2008                          By   /s/ Angela M. Xavier
                                                   Angela M. Xavier
                                                   Attorney for Plaintiffs/Cross-Defendant

MEDLIN & HARGRAVE

Dated: August 1, 2008                          By   /s/ Joshua A. Rosenthal
                                                   Joshua A. Rosenthal
                                                   Attorneys for Defendants/Counter-Claimants

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA