UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/12/08

Case No.   C-07-3140SI          Judge:   SUSAN ILLSTON

Title: JAMES BOWMAN  -v- CMC MORTGAGE

Attorneys:, A Cohen, Xavier  J. Rosenthal, Medlin

Deputy Clerk:  Tracy Sutton  Court Reporter:  n/a

**PROCEEDINGS**

1 Case Management Conference - HELD BY PHONE

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    ( X)Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( x ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to   for Further Case Management Conference

Case continued to **12/22/08 @ 3:30 p.m.**  For Pretrial Conference
Case continued to **1/12/09 @ 8:30 a.m.** for Court Trial

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for purposes of settlement.  The settlement conference shall occur between October 1st through 10th, 2008.
This case shall also be referred to a magistrate-judge for discovery purposes.

Cc: Wings