# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BOWMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CMC MORTGAGE INC.,<br><br>        Defendant.<br>_____/ | No. C 07-03140 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: <u>December 22, 2008, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 12, 2009</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for purposes of settlement. The settlement conference shall occur between October 1st through 10th, 2008.
This case shall also be referred to a magistrate-judge for discovery purposes.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                            SUSAN ILLSTON
                                            United States District Judge