**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8    JAMES W. BOWMAN, JR., *et al.*,              No. C-07-3140 SI (EMC)
9              Plaintiffs,
                                                 **NOTICE AND ORDER CONTINUING**
10         v.                                     **SETTLEMENT CONFERENCE**
11   CMG MORTGAGE, INC., *et al.*,                **(Docket No. 115)**
12             Defendants.
     _____/
13
14
15         TO ALL PARTIES AND COUNSEL OF RECORD:
16         You are hereby notified that the Settlement Conference scheduled for September 26, 2008, at
17   9:30 a.m., Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has
18   been continued to the reserved dates of **October 7, 2008, at 9:30 a.m.,** or in the alternative, **October**
19   **31, 2008, at 9:30 a.m.**, contingent on Plaintiff's physical condition and ability to travel from
20   Washington to California.
21         All other provisions of and dates set forth in this Court's original Notice of Settlement
22   Conference and Settlement Conference Order shall remain in effect.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1      The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles

2   prior to the date set for Settlement Conference.

3      This order disposes of Docket No. 115.

4

5      IT IS SO ORDERED.

6

7   Dated: September 25, 2008

8                                              _____
                                               EDWARD M. CHEN
9                                              United States Magistrate Judge

**United States District Court**
For the Northern District of California

2