United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Bowman, Jr., | No. C 07-3140 SI  (JL) |
| Plaintiff, | |
| v. | **NOTICE** |
| CMG Mortgage Inc, et al., | |
| Defendants. _____/ | |

You are hereby notified that the discovery motions e-filed at Docket Numbers 92 and 93 and noticed on this Court's calendar October 15, 2008, will be submitted without a hearing as provided by Civil Local Rule 7-1(b). The hearing on October 15 is hereby vacated.

IT IS SO ORDERED.

DATED: September 29, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-3140\Notice 92, 93.wpd